IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LARRY GOLDEN, | § | |
| | § | |
| Plaintiff, | § | Case No. 6:25-cv-00434-LS |
| | § | |
| v. | § | |
| | § | |
| GOOGLE LLC | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF BRIAN C. BANNER IN SUPPORT OF
DEFENDANT GOOGLE LLC'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT AND FOR CASE MANAGEMENT ORDER**

I, Brian C. Banner, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of Texas and a shareholder at Slayden Grubert Beard PLLC, counsel for defendant Google LLC. I am over the age of 18, have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email I sent on September 30, 2025.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email I received on October 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2025, in Austin, Texas.

                                                                 */s/ Brian C. Banner*
                                                                 Brian C. Banner

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, I served the foregoing Declaration of Brian C. Banner in Support of Defendant Google LLC's Motion for Extension of Time to Respond to the Complaint and for Case Management Order on the plaintiff by First Class Mail at the following address:

    Larry Golden
    740 Woodruff Road, No. 1102
    Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

                                                                                                   _____
                                                                                                   Kailey Fung

# Exhibit 1

**Subject:** Golden v. Google, Case No. 6:25-CV-00434 (WDTX) - Request for Extension to Respond to Complaint
**Date:** Tuesday, September 30, 2025 at 11:02:14 AM Central Daylight Time
**From:** Brian Banner
**To:** atpg-tech@charter.net
**CC:** Valerie Barker

Mr. Golden,

My firm will be assisting Google in the litigation filed in WDTX. I understand Google's registered agent was served on September 24 making Google's answer/response deadline October 15, 2025. Will you oppose a request by Google to extend its answer/response deadline by 45 days to December 1? This type of extension is common in WDTX.

We look forward to hearing back from you.

Best regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**
401 Congress Ave, Ste 1650 | Austin, TX 78701 | USA
[O] 512.402.3569 | [C] 512.468.6297 | [sgbfirm.com](sgbfirm.com)

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

# Exhibit 2

| | |
|---|---|
| **Subject:** | RE: Golden v. Google, Case No. 6:25-CV-00434 (WDTX) - Request for Extension to Respond to Complaint |
| **Date:** | Thursday, October 2, 2025 at 12:40:23 PM Central Daylight Time |
| **From:** | atpg-tech@charter.net |
| **To:** | Brian Banner |
| **CC:** | Valerie Barker |

Mr. Banner,

I would propose a zoom meeting. I would like to make your Client an offer, and discuss settlement. If you know your Client is not interested in talking settlement, please let me know.

Yes, I will oppose the delay. Your Client was given multiple opportunities to put forth any defense allowable by law.

If your Client is not interested in talking settlement, and you do plan to file for an extension, please let me know if you will oppose a partial summary judgement on the joint infringement claim, and a motion for preliminary injunctive relief to discontinue the sale of the Tensor CPUs until this trial is over.

Larry

-------------------

From: "Brian Banner" <bbanner@sgbfirm.com>
To: <atpg-tech@charter.net>
Cc: "Valerie Barker" <vbarker@sgbfirm.com>
Sent: September 30, 2025 at 10:02 AM MDT
Subject: Golden v. Google, Case No. 6:25-CV-00434 (WDTX) - Request for Extension to Respond to Complaint
Mr. Golden,

My firm will be assisting Google in the litigation filed in WDTX. I understand Google's registered agent was served on September 24 making Google's answer/response deadline October 15, 2025. Will you oppose a request by Google to extend its answer/response deadline by 45 days to December 1? This type of extension is common in WDTX.

We look forward to hearing back from you.

Best regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**
401 Congress Ave, Ste 1650 I Austin, TX 78701 I USA
[O] 512.402.3569 I [C] 512.468.6297  I sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter.  Please let the sender know if this message was received in error.