IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LARRY GOLDEN, | § | |
| | § | |
| Plaintiff, | § | Case No. 6:25-cv-00434-LS |
| | § | |
| v. | § | |
| | § | |
| GOOGLE LLC | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT GOOGLE LLC'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT AND FOR CASE MANAGEMENT ORDER**

Before the Court is the Motion for an Extension of Time to Respond to Complaint. Having considered the motion and cited authorities, the Court finds that an extension of 45 days for Google LLC to respond to Mr. Golden's complaint is appropriate and the motion is GRANTED.

Before the Court is the Motion for a Case Management Order. Having considered the motion, cited authorities, and attached exhibits, the Court finds that an order deferring briefing and resolution of any further motions by Mr. Golden until his claims have survived a motion to dismiss is appropriate and the motion is GRANTED.

**SO ORDERED.**

**SIGNED** and **ENTERED** on _____.

_____
Leon Schydlower
United States District Judge