IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LARRY GOLDEN, § § Plaintiff, § § v. § § GOOGLE LLC § § Defendant. § | Case No. 6:25-cv-00434-LS JURY TRIAL DEMANDED |

### NOTICE OF ATTORNEY APPEARANCE

Defendant Google LLC hereby notifies the Court and the parties to this action that Matthew S. Warren of Warren Kash Warren LLP, 2261 Market Street, No. 606, San Francisco, California, 94114, an attorney admitted to practice before this Court, appears as counsel for defendant Google LLC in this matter.  Please serve all pleadings, correspondence and other materials on Mr. Warren at the above address.

Date:  October 9, 2025

Respectfully submitted,

_____
Matthew S. Warren (California Bar No. 230565)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-434@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I served a copy of the foregoing Notice of Attorney Appearance on the plaintiff by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

_____
Kailey Fung