IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LARRY GOLDEN, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>GOOGLE LLC, <br><br>　　　　Defendant. | § <br> § <br> § <br> § Civil Action No. 6:25-cv-00434-LS <br> § <br> § JURY TRIAL DEMANDED <br> § <br> § <br> § <br> § |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Google LLC hereby notifies the Court that Brian C. Banner of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.3569, Facsimile: 512.402.6865, E-mail: bbanner@sgbfirm.com) has entered this action as counsel for Defendant. Mr. Banner requests that future filings and court notifications be served on him at the e-mail address indicated above.

Dated: October 15, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Brian C. Banner
　　　　　　　　　　　　　　　　　　　Brian C. Banner (TX Bar No. 24059416)
　　　　　　　　　　　　　　　　　　　bbanner@sgbfirm.com
　　　　　　　　　　　　　　　　　　　SLAYDEN GRUBERT BEARD PLLC
　　　　　　　　　　　　　　　　　　　401 Congress Ave., Suite 1650
　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　tel: 512.402.3550
　　　　　　　　　　　　　　　　　　　fax: 512.402.6865

　　　　　　　　　　　　　　　　　　　***Attorney for Defendant Google LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2015, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. On the same day, I served a copy of the foregoing Notice of Attorney Appearance on the plaintiff by First Class Mail at the following address:

>Larry Golden
>740 Woodruff Road, No. 1102
>Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service. On the same day, I also sent a courtesy copy of this document by electronic mail to:

>Mr. Golden at atpg-tech@charter.net

>/s/ Brian C. Banner
>Brian C. Banner
>*Attorney for Defendant Google LLC*