IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | §<br>§<br>§<br>§ Civil Action No. 6:25-cv-00434-LS<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Google LLC hereby notifies the Court that Valerie K. Barker of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.5219, Facsimile: 512.402.6865, E-mail: vbarker@sgbfirm.com) has entered this action as counsel for Defendant. Ms. Barker requests that future filings and court notifications be served on her at the e-mail address indicated above.

Dated: October 15, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Valerie K. Barker
　　　　　　　　　　　　　　　　　　　　Valerie K. Barker (TX Bar No. 24087141)
　　　　　　　　　　　　　　　　　　　　vbarker@sgbfirm.com
　　　　　　　　　　　　　　　　　　　　SLAYDEN GRUBERT BEARD PLLC
　　　　　　　　　　　　　　　　　　　　401 Congress Ave., Suite 1650
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　tel: 512.402.3550
　　　　　　　　　　　　　　　　　　　　fax: 512.402.6865

　　　　　　　　　　　　　　　　　　　　***Attorney for Defendant Google LLC***

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October 2015, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. On the same day, I served a copy of the foregoing Notice of Attorney Appearance on the plaintiff by First Class Mail at the following address:

    Larry Golden
    740 Woodruff Road, No. 1102
    Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service. On the same day, I also sent a courtesy copy of this document by electronic mail to:

    Mr. Golden at atpg-tech@charter.net

                                                 */s/ Brian C. Banner*
                                                 Brian C. Banner
                                                 *Attorney for Defendant Google LLC*