UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LARRY GOLDEN, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 6:25-CV-00434-LS |
| GOOGLE, LLC, | § § | |
| *Defendant*. | § § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Larry Golden filed a motion for partial summary judgment for his claims of patent infringement against Defendant Google, LLC.[1] The Court considers Plaintiff's motion for summary judgment to be premature. Defendant has not yet appeared in the case and is not required to answer until December 1, 2025. "Federal courts are permitted to dismiss a motion for summary judgment without prejudice if it is filed before any party answers."[2] Additionally, discovery has not yet commenced. "Summary judgment assumes some discovery."[3]

Therefore, the Court denies Plaintiff's motion for partial summary judgment [ECF No. 10] without prejudice as premature.

**SO ORDERED**.

---

[1] ECF No. 10.
[2] *Watkins v. Monroe*, No. 6:18-cv-347, 2019 WL 1869864, at *1 (E.D. Tex. Mar. 27, 2019).
[3] *Brown v. Miss. Valley State Univ.*, 311 F.3d 328, 333 (5th Cir. 2002); *see also Ala. Farm Bureau Mut. Cas. Co., Inc. v. Am. Fid. Life Ins. Co.*, 606 F.2d 602, 609 (5th Cir. 1979) ("Summary judgment should not, therefore, ordinarily be granted before discovery has been completed.").

2

**SIGNED** and **ENTERED** on October 21, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**