# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LARRY GOLDEN,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 6:25-CV-00434-LS |
| **GOOGLE, LLC,** | § § § | |
| *Defendant*. | § | |

## ORDER SETTING MOTIONS HEARING

The Court finds that a motions hearing is required in this case. Counsel should be prepared to address all pending motions and bring proposed orders should the Court decide to rule from the bench. The hearing will be live and in-person in the United States District Court, 800 Franklin Ave., Waco, Texas 76701, on **January 22, 2026, at 3:00 p.m.**

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 9, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**