IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LARRY GOLDEN, | § § | |
| Plaintiff, | § § | Case No. 6:25-cv-00434-LS |
| v. | § § | |
| GOOGLE LLC | § § | |
| Defendant. | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

Defendant Google LLC hereby notifies the Court and the parties to this action that DeMarcus B. T. Williams of Warren LLP, 2261 Market Street, No. 606, San Francisco, California, 94114, an attorney admitted to practice before this Court, appears as counsel for defendant Google LLC in this matter.  Please serve all pleadings, correspondence and other materials on Mr. Williams at the above address.

Date:  January 20, 2026

Respectfully submitted,

_____
DeMarcus B. T. Williams (California Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-434@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

– 1 –

– 2 –

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I served the foregoing Notice of Attorney Appearance on the plaintiff by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

_____
Kailey Fung