# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LARRY GOLDEN,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 6:25-CV-00434-LS |
| | § | |
| **GOOGLE, LLC,** | § | |
| | § | |
| *Defendant*. | § | |

### ORDER TRANSFERRING VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

In accordance with the Court's ruling on the defendant's motion to transfer venue to the Northern District of California, the Clerk shall **TRANSFER** this case to the Northern District of California and **CLOSE** it in this district.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 22, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**