PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:25−cv−00434−LS

Golden v. Google, LLC  
Assigned to: District Judge Leon Schydlower  
Cause: 35:271 Patent Infringement

Date Filed: 09/18/2025  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Larry Golden**     represented by    **Larry Golden**  
740 Woodruff Rd #1102  
Greenville, SC 29607  
PRO SE

V.

**Defendant**

**Google, LLC**     represented by    **Matthew Warren**  
Warren LLP  
2261 Market Street, No. 606  
San Francisco, CA 94114  
415−895−2940  
Fax: 415−895−2964  
Email: matt@warrenllp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Brian Christopher Banner**  
Slayden Grubert Beard PLLC  
401 Congress Avenue, Suite 1650  
Austin, TX 78701  
512−402−3569  
Fax: 512−402−6865  
Email: bbanner@sgbfirm.com  
*ATTORNEY TO BE NOTICED*

**DeMarcus Williams**  
Warren LLP  
2261 Market St.  
San Francisco, CA 94306−2109  
415−895−2940  
Email: demarcus@warrenllp.com  
*ATTORNEY TO BE NOTICED*

**Erika Hart Warren**  
Warren LLP  
2261 Market Street No. 606  
San Francisco, CA 94114  
415−895−2940  
Email: erika@warrenllp.com

*ATTORNEY TO BE NOTICED*

**Valerie Barker**
Slayden Grubert Beard PLLC
401 Congress Avenue
Suite 1650
Austin, TX 78701
512−402−5219
Email: vbarker@sgbfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2025 | Ï 1 | COMPLAINT (Filing fee $ 405 receipt number 2051) filed by Larry Golden. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Summons # 12 Receipt (cap). (Entered: 09/19/2025) |
| 09/18/2025 | Ï 2 | Report on Patent/Trademark (AO120) and copy of Complaint sent to U.S. Patent and Trademark Office. (cap) (Entered: 09/19/2025) |
| 09/18/2025 | Ï 3 | Summons Issued as to Google, LLC. (cap) (Entered: 09/19/2025) |
| 09/19/2025 | Ï 4 | Case Opening Letter. (cap) (Entered: 09/19/2025) |
| 10/08/2025 | Ï 5 | Opposed MOTION for Extension of Time to File Answer , Opposed MOTION *for Case Management Order* by Google, LLC. (Attachments: # 1 Affidavit Attorney Declaration, # 2 Proposed Order)(Banner, Brian) (Entered: 10/08/2025) |
| 10/09/2025 | Ï 6 | NOTICE of Attorney Appearance by Matthew Warren on behalf of Google, LLC. Attorney Matthew Warren added to party Google, LLC(pty:dft) (Warren, Matthew) (Entered: 10/09/2025) |
| 10/09/2025 | Ï 7 | NOTICE of Attorney Appearance by Erika Hart Warren on behalf of Google, LLC. Attorney Erika Hart Warren added to party Google, LLC(pty:dft) (Warren, Erika) (Entered: 10/09/2025) |
| 10/11/2025 | Ï | Text Order GRANTING 5 Motion for Extension of Time to Answer. The only relief granted in this order is that Google has until December 1, 2025, to respond to the complaint, as requested. All other relief is denied with leave to seek anew after Google responds. Entered by District Judge Leon Schydlower. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LS) (Entered: 10/11/2025) |
| 10/11/2025 | Ï | Answer Reset Deadlines: Google, LLC answer due 12/1/2025. (cav) (Entered: 10/14/2025) |
| 10/14/2025 | Ï 9 | Response in Opposition to Motion, filed by Larry Golden, re 5 Opposed MOTION for Extension of Time to File Answer Opposed MOTION *for Case Management Order* filed by Defendant Google, LLC (lad) (Entered: 10/15/2025) |
| 10/14/2025 | Ï 10 | MOTION for Partial Summary Judgment by Larry Golden. (Attachments: # 1 Exhibit, # 2 Affidavit in Support) (lad). Modified on 10/16/2025 to correct Clerk's error in filing (lad). (Entered: 10/15/2025) |
| 10/15/2025 | Ï 8 | NOTICE of Attorney Appearance by Brian Christopher Banner on behalf of Google, LLC. Attorney Brian Christopher Banner added to party Google, LLC(pty:dft) (Banner, Brian) (Entered: 10/15/2025) |
| 10/15/2025 | Ï 11 | NOTICE of Attorney Appearance by Valerie Barker on behalf of Google, LLC. Attorney Valerie Barker added to party Google, LLC(pty:dft) (Barker, Valerie) (Entered: 10/15/2025) |

| | | |
|---|---|---|
| 10/21/2025 | 12 | ORDER DENYING 10 Motion for Partial Summary Judgment. Signed by District Judge Leon Schydlower. (cap) (Entered: 10/21/2025) |
| 12/01/2025 | 13 | MOTION to Dismiss by Google, LLC. (Banner, Brian) (Entered: 12/01/2025) |
| 12/08/2025 | 14 | PLAINTIFF'S RESPONSE TO DEFENDANT GOOGLE MOTION TO DISMISS AND PLAINTIFF'S CROSS MOTION FOR PERMANENT INJUNCTION RELIEF by Larry Golden. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (cap) (Entered: 12/09/2025) |
| 12/10/2025 | 15 | Opposed MOTION to Transfer Case by Google, LLC. (Banner, Brian) (Entered: 12/10/2025) |
| 12/15/2025 | 16 | REPLY to Response to Motion, filed by Google, LLC, re 13 MOTION to Dismiss filed by Defendant Google, LLC (Banner, Brian) (Entered: 12/15/2025) |
| 12/22/2025 | 17 | Response in Opposition to Motion, filed by Google, LLC, re 14 MOTION for Permanent Injunction filed by Plaintiff Larry Golden (Banner, Brian) (Entered: 12/22/2025) |
| 12/23/2025 | 18 | AMENDED COMPLAINT against Google, LLC amending 1 Complaint filed by Larry Golden. (Attachments: # 1 Exhibits) (cap) (Entered: 12/23/2025) |
| 12/23/2025 | | Text Order MOOTING 13 Motion to Dismiss entered by District Judge Leon Schydlower. Plaintiff filed an amended complaint. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LS) Mailed to Plf (lad). (Entered: 12/23/2025) |
| 12/29/2025 | 19 | Response in Opposition to Motion, filed by Larry Golden, re 15 Opposed MOTION to Transfer Case filed by Defendant Google, LLC (lad) (Entered: 12/30/2025) |
| 12/30/2025 | 20 | PLAINTIFF'S REPLY IN SUPPORT OF 14 PLAINTIFF'S MOTION FOR PERMANENT INJUNCTIVE RELIEF filed by Plaintiff Larry Golden (Attachments: # 1 Exhibit A, B, C)(lad) (Entered: 12/30/2025) |
| 01/05/2026 | 21 | REPLY to Response to Motion, filed by Google, LLC, re 15 Opposed MOTION to Transfer Case filed by Defendant Google, LLC (Banner, Brian) (Entered: 01/05/2026) |
| 01/06/2026 | 22 | MOTION to Dismiss *Amended Complaint* by Google, LLC. (Banner, Brian) (Entered: 01/06/2026) |
| 01/07/2026 | 23 | PLAINTIFF'S NOTICE OF RELATED FILINGS AND REQUEST FOR JUDICIAL NOTICE by Larry Golden. (Attachments: # 1 Exhibit A) (cap) (Entered: 01/07/2026) |
| 01/09/2026 | 24 | ORDER Setting Hearing on Motions. Motions Hearing set for 1/22/2026 03:00 PM before District Judge Leon Schydlower. Signed by District Judge Leon Schydlower. (cap) (Entered: 01/09/2026) |
| 01/14/2026 | 25 | PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT filed by Larry Golden re 22 MOTION to Dismiss *Amended Complaint* filed by Defendant Google, LLC. (cap) (Entered: 01/15/2026) |
| 01/20/2026 | 26 | NOTICE of Attorney Appearance by DeMarcus Williams on behalf of Google, LLC. Attorney DeMarcus Williams added to party Google, LLC(pty:dft) (Williams, DeMarcus) (Entered: 01/20/2026) |
| 01/20/2026 | 27 | PLAINTIFF'S MOTION for Settlement by Larry Golden. (cap) (Entered: 01/21/2026) |
| 01/21/2026 | 28 | REPLY to Response to Motion, filed by Google, LLC, re 13 MOTION to Dismiss filed by Defendant Google, LLC (Banner, Brian) (Entered: 01/21/2026) |
| 01/22/2026 | 29 | Minute Entry for proceedings held before District Judge Leon Schydlower. Motion Hearing held on 1/22/2026 re 15 Opposed MOTION to Transfer Case filed by Google, LLC. Case called for a Motions Hearing held in person. Parties announced ready. Statements and arguments of counsel |

| | | |
|---|---|---|
| | | heard. Hearing concluded. (Minute entry documents are not available electronically.) (Court Reporter Patrick Stephens.) (cap) (Entered: 01/22/2026) |
| 01/22/2026 | Ï | Text Order GRANTING 15 Motion to Transfer Case entered by District Judge Leon Schydlower. For the reasons stated on the record, the motion to transfer this case to the Northern District of California is GRANTED. The Court concluded during today's hearing that every private and public interest factor bearing on a venue transfer motion either militates in favor of transfer or is neutral, and there is not a single factor militating in favor of maintaining this lawsuit in the Waco Division of the Western District of Texas. There is nothing in the record reflecting that this case has any connection to this district and division. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LS) (Entered: 01/22/2026) |
| 01/22/2026 | Ï | Text Order DENYING WITH LEAVE TO REFILE IN THE TRANSFEREE district 14 Motion for Permanent Injunction entered by District Judge Leon Schydlower. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LS) (Entered: 01/22/2026) |
| 01/22/2026 | Ï | Text Order DENYING WITH LEAVE TO REFILE IN THE TRANSFEREE DISTRICT 22 Motion to Dismiss entered by District Judge Leon Schydlower. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LS) (Entered: 01/22/2026) |
| 01/22/2026 | Ï | Text Order DENYING WITH LEAVE TO REFILE IN THE TRANSFEREE DISTRICT 27 Motion for Settlement entered by District Judge Leon Schydlower. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LS) (Entered: 01/22/2026) |
| 01/22/2026 | Ï 30 | ORDER TRANSFERRING VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA. Signed by District Judge Leon Schydlower. (cap) (Entered: 01/22/2026) |