## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA -
## SAN FRANCISCO

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 992-7104

Email: atpg-tech@charter.net

FILED

FEB 05 2026    NOT SIGNED

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

LARRY GOLDEN,

          Plaintiff,

          v.

GOOGLE LLC

          Defendants.

CIVIL CASE NO: 3:2026cv00831-LJC

**JURY TRIAL DEMANDED**

**(Infringement under 35 U.S.C § 271(g)
(Joint Patent Infringement)
(Direct Patent Infringement),
(Willful Patent Infringement),**

January 30, 2026

---

### PLAINTIFF'S MOTION FOR "STAY" OF THE PROCEEDINGS
### TO GATHER WITNESS STATEMENTS

Pursuant to FRCP Rule 26(a)(2)(A)(B)(i)(ii)(iv): (a) Required Disclosures (2) Disclosure of Expert Testimony. (A) In General. In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705. (B) Witnesses Who Must Provide a Written Report. Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one

retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. The report must contain: (i) a complete statement of all opinions the witness will express and the basis and reasons for them; (ii) the facts or data considered by the witness in forming them; (iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;

Plaintiff is seeking a "stay of the proceedings" to allow Plaintiff and Defendant time to gather witness statements on who, when, and where the cell phone was modified into what is recognized as the "smartphone".

Plaintiff, doing business as ATPG TECHNOLOGY, LLC, performed work for the United States under an "implied authorization" to deliver new, improved upon, and useful "*modified*" cell phones that are integrated with, or interconnected to, a CBRNE-H detection capability.

Plaintiff, entered into collaborative and/or joint agreements with experts to ensure we succeeded in meeting the Government's deadlines for deliverables. Collectively the experts performed work to ensure we successfully "*modify*" a common everyday cell phone into a smartphone that was "suitable for use".

Plaintiff believes it is necessary to stay the proceedings to allow Plaintiff and Defendant time to gather witness statements because the Defendant, Google stated on the record *(Exhibit A)* that their witnesses would be grossly inconvenienced if this case were to stay in the Western District of Texas Court.

The Defendant, Google also stated on the record that they have at least four (4) witnesses that would be inconvenienced if the case remained in the Western District of Texas.

This simply means Google is preparing to argue the merits of the case and the witnesses are needed to support their merit arguments. Plaintiff have attached as *(Exhibit B)* a list of expert witnesses for the Plaintiff, but need time.

## GOOGLE MODIFIED THE CELL PHONE BEFORE IMPORTATION OR SHIPMENT INTO THE UNITED STATES

Google campaigned on modification and got what they asked for, an improper dismissal. When the twelve Judges added, "the accused devices will have to be modified in order to infringe Plaintiff's patent"; "infringement does not occur without modification, the modification of the Google accused devices"; and "the Google accused devices will have to be modified in order to function as a sensing device"; the Judges derived by reasoning or concluded from evidence: "infringement of Plaintiff's CMDC device occurs when a mobile, consumer, or cellular device is integrated with, or interconnected to, a CBRNE-H detection capability."

**Google's "modification" of the Cell Phone Prior to Shipment or Importation**

Google also admits infringement of Plaintiff's communicating, monitoring, detecting and controlling (CMDC) device occurs when a mobile, consumer, or cellular device is "modified by a third party" to enable the integration of, or interconnection with, a CBRNE-H detection capability.

What Google failed to admit is; it is Google themselves who are one of the parties responsible for "*modifying*" the cell phone to function as a CBRNE-H detection device. Google, alone with Apple and Samsung, was front row and center in "*modifying*" the cell phone; and is now being accused of "making" the alleged infringing products, and infringing Plaintiff's patented process prior to importation.

The United States impliedly authorized and consented to Google, alone with Apple and Samsung, to "modifying" the cell phone to include a CBRNE-H sensing and detection capability.

Under the Department of Homeland Security's Science and Technology Directorate (DHS S&T), BAA07-10 *Cell-All Ubiquitous Biological and Chemical Sensing* initiative [published 10/30/2007], Google, alone with Apple and Samsung,

3

was impliedly authorized to commercialize (i.e., to use, offer for sell, sell, or import for sell) Plaintiff's patented CMDC device.

> "... biological and chemical sensors could be effectively integrated into common cell phone devices and made available to the American public on a voluntary basis, the Nation could potentially benefit from a sensor network with more than 240M sensors. Through this BAA, HSARPA is seeking to accelerate advances in miniaturized biological and chemical sensing (e.g. laboratories on a chip) with integration into common device(s) and a communication systems concept for large scale multi-sensor networks. This proof of concept should be capable of detecting hazardous biological and/or chemical materials with eventual expansion to the detection of explosive and eventually radiological materials..." "The proposed concept should develop a miniaturized sensor, device and system..." [DHS S&T BAA07-10 *Cell-All Ubiquitous Biological and Chemical Sensing*] Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks –

**Key Claim Term for Construction: "built in, embedded"**

This term is central to the dispute. The previous complaint's infringement theories rely on combining Google's smartphones with external software (e.g., the ATAK application) or hardware (e.g., NFC tags, external sensors) (Compl. pp. 7-10). The scope of this term is critical in determining whether a Google product, that the defense states require such post-sale "modification", can be found to infringe the apparatus claims.

It appears the post-sale "modification" requirement reads on Plaintiff's patent claims for a CMDC device. Therefore, infringement is confirmed.

4

The complaint cites the "claim term construction" for "built-in, embedded" from a prior PTAB decision as: "something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device" (Compl. p. 6).

The language "connected to, or mounted to" support an interpretation that covers external peripherals, such as a Google Pixel Smartwatch, or software plug-ins, such as Draper's ATAK / CBRNE plug-ins that work with the core device.



The Google android operating system (OS) 4.0 Ice Cream Sandwich, is the standard OS for the above featured Sharp Pantone 5 107SH smartphone.

Qualcomm "*modified*" the Sharp cell phone (i.e., smartphone) to include a built-in radiation detector. The "connectivity" was made possible by the Google android operating system. Plaintiff's patented CPU carried out the operational and functional instructions of the Google android operating system. [*Phase I* of the *Cell-All* initiative calls for a CBRNE-H sensor internal the "modified cell phone"].

The Apple iPhone case featured below has the ability to detect hidden weapons and explosives from a distance of up to 40 feet …

> *SWORD smartphone attachment [is] a case\* [Phase II of the Cell-All initiative] that goes around [] an iPhone and uses the phone's audio sound waves as a sort of sonar to detect whether someone is carrying a gun, knife or explosive device. The case includes an array of 18 antennas that can create an image profile based on the radio frequency waves. The app can detect a person carrying something dangerous by tapping into its database of weapons and explosive devices.*



Plaintiff describes in his 2007 DHS S&T *Cell-All* "white paper" proposal a detector case like the one Apple is featuring in the picture above

---

\* "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones" (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: *The development of homeland security markets for environmental sensor networks*. Torin Monahan & Jennifer T. Mokos

The same system also uses facial recognition to match people against target photos fed into it, for example those banned from a school or company campus. https://9to5mac.com/2018/06/06/iphone-weapons-detector/

CNET reports that the device uses a combination of reflected sound waves and a database of pattern-matches to interpret them.

> [T]he smartphone attachment [is] a case that goes around either an **[Apple] iPhone 8 Plus or [Google] Pixel 2 XL** and uses the phone's audio sound waves as a sort of sonar to detect whether someone is carrying a gun, knife or explosive device. The case includes an array of 18 antennas that can create an image profile based on the radio frequency waves.
>
> The app can detect whether the person is carrying something dangerous by tapping into its database of weapons and explosive devices. The early tests showed no false positive readings, Oberholzer said, noting that the company is using artificial intelligence and machine learning to improve the database.



So far, [] the Department of Homeland Security has expressed an interest, and [] 8,000 early orders was made from private security companies, casinos and a

very large school district.' [$1250 iPhone 8 Plus case claims to detect weapons and explosives from 40 feet - 9to5Mac](#)

The previous picture features a Google or Apple smartphone detecting a weapon in a backpack. SWORD can identify a wide array of hidden threats by comparing incoming data to a comprehensive database that Sentinel Technologies maintains of all known weapons and explosives currently in circulation. Here the scanner identifies a weapon and suggests that it could be a knife.

SWORD is based on a programmable 3D sensor that penetrates objects via radio frequency technology. When a security agent directs the [smartphone] device at a person and begins scanning, an array of antennae transmits signals towards the individual, illuminating the area in front of the person.

Mobile devices and apps have the potential to play a significant role in carbon monoxide detection. With the advancement in sensor technologies, smartphones can now detect various environmental factors, including carbon monoxide levels. Several mobile apps are available on both Apple iOS and Google Android platforms that detects and monitors carbon monoxide levels.

These apps utilize the sensors present in smartphones, such as the accelerometer, microphone, and ambient light sensor, to measure carbon monoxide levels. Some apps even provide real-time monitoring, sending alerts to users when potentially dangerous levels of carbon monoxide are detected.

Smart carbon monoxide detectors are advanced devices that not only detect the presence of carbon monoxide (CO), but also have the ability to communicate with a smartphone via Wi-Fi or Bluetooth. This means you can receive real-time alerts, check the status of the detector, and even get historical data about CO levels.

The first step for connecting the smart carbon monoxide detector is to head to the smartphone app store (either the Apple App Store or Google Play Store).

Search for the dedicated smart carbon monoxide detector app. Download and install the app on the phone.

In the app, look for the option to add a new device. Select the type of carbon monoxide detector you have. The app will then prompt you to put the detector into pairing mode. This is usually done by pressing a specific button on the detector for a few seconds until the indicator light starts flashing.

Connect to Wi-Fi: Once the detector is in pairing mode, the app will search for available Wi-Fi networks. Select the home Wi-Fi network and enter the password. The detector will then connect to the Wi-Fi network.



Complete the Setup: After a successful Wi-Fi connection, the app will guide you through the final steps of the setup process. You can give the detector a name (e.g., "Living Room Detector") and set up additional preferences such as the type of alerts you want to receive.

Some detectors also support Bluetooth connectivity, which can be useful in cases where Wi-Fi is not available or for initial setup.

Turn on the detector and put it into Bluetooth pairing mode. On the phone, enable Bluetooth and search for available devices. Select the detector from the list of available devices.

Open the app and follow the prompts to complete the setup. You may still need to connect the detector to Wi-Fi later if you want to receive remote alerts.

The Google smartphone accelerometer, microphone, and ambient light sensors, utilize to measure carbon monoxide levels; and, the WiFi and Bluetooth communication means, used to connect the smart carbon monoxide detector; are standard components or features of the Google "*modified*" cell phone before shipment or importation into the United States.

## Google's "built-in, embedded" Smartphone Camera is designed for CBRNE detection before shipment or importation

Google smartphones have "built-in, embedded" QR code readers that is interconnected with the Google smartphone camera. Google's smartphone camera QR codes can be integrated with CBRNE (chemical, biological, radiological, nuclear, and explosives) detectors and/or sensors to enhance data sharing and operational efficiency.

- One of the benefits of integration is real-time data access. QR codes can link to live data from CBRNE sensors, providing immediate access to critical information.

- Scanning a QR code can simplify the process of retrieving sensor data, making it accessible to personnel without specialized training.

- QR codes can be printed on CBRNE equipment, allowing quick access to emergency protocols.

Google's smartphone camera biosensors are advanced sensors integrated into mobile devices to enhance photography and imaging capabilities. Smartphones use biosensors to monitor health metrics, such as heart rate or blood oxygen levels, through the camera. Optical Sensors: Capture light and convert it into electronic signals for image processing.

Smartphones not only offer interfaces for biosensors but also enable real-time analysis of detection results, and remote sharing via their built-in cameras

Smartphones are the supporting platforms for multimodal biosensing. The core hardware of smart phones (such as optical cameras, etc.) can be directly used as the core module for biological signal collection and analysis.

Optical sensing: the high resolution (up to 20 million pixels) and programmable flash of the mobile phone camera enable it to capture weak signals such as colorimetry, fluorescence, and chemiluminescence.

Miniaturization of microfluidic chips: given the size constraints of smartphones, the thickness of the new-generation microfluidic chips has been reduced to less than 5 mm, and a folding design has been adopted to align with the camera field of view of smartphones.

Smartphone-based optical detection systems, leveraging high-resolution cameras, portability, and computational power, have emerged as ideal platforms for point-of-care testing (POCT). These advantages render the system highly suitable for disease diagnosis in resource-limited settings. The multiplexing capability of optical sensing based on smart phones is particularly advantageous. The flash of a smart phone provides uniform illumination, while open-source

11

image processing algorithms (such as the ImageJ 1.54f plugin) can conduct quantitative analysis of the target object within minutes.

Smartphones can serve as portable detection platforms in biosensing detection. By integrating optical, electrochemical or biosensor modules, they can analyze target substances (such as glucose, proteins or pathogens) in biological samples in real time. Its high-performance cameras, data processing capabilities and wireless transmission functions significantly reduce the detection cost and enhance the accessibility of on-site detection.

In recent years, smartphones have become an important carrier of biosensing technology for food testing by virtue of their portability, high-performance cameras, data processing capabilities and wireless transmission functions. By integrating miniaturized sensors, image analysis algorithms and cloud-based data processing platforms, smartphones have demonstrated the advantages of high sensitivity, fast response and low cost in food safety detection.

Google, Samsung, and Apple allegedly "*modified*" the cell phone before shipment or importation, with at least the cell phone camera capable of CBRNE-H detection. See the chart below for extensive similarities in modifications:

| Google / Samsung / Apple Smartphones | Modifications made to the cell phone, post issue of the DHS S&T BAA07-10; *Cell-All Ubiquitous Biological and Chemical Sensing* initiative (2007) |
|---|---|
|  | **Model:** Google Pixel 10 Pro Fold / 5G<br>**CPU:** Google Tensor G5 CPU/Chipset<br>**OS (equivalent to transceivers):** Android 16, up to 7 major Android upgrades<br>**Camera for RN/Chem-Bio detection:** QR code reader; 5x optical zoom; 48 megapixel (MP); 10.8 megapixel (MP); and 10.5 megapixel (MP)<br>**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF<br>**Safety features:** Fingerprint ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID); Satellite (SOS) |



**Model:** Samsung Galaxy S25 FE / 5G
**CPU:** Samsung Exynos 2400 CPU/Chipset
**OS (equivalent to transceivers):** Android 16, up to 7 major Android upgrades
**Camera for RN/Chem-Bio detection:** QR code reader; 3x optical zoom; 50 megapixel (MP); 8 megapixel (MP); and 12 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Fingerprint ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID)



**Model:** Apple iPhone 17 Pro / 5G
**CPU:** Apple A19 Pro (3nm) CPU/Chipset
**OS (equivalent to transceivers):** iOS 26, upgradable to iOS 26.2
**Camera for RN/Chem-Bio detection:** QR code reader; 4x optical zoom; 48 megapixel (MP); 48 megapixel (MP); and 48 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Face ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID); Satellite (SOS)



**Model:** Google Pixel 10 / 5G
**CPU:** Google Tensor G5 (3nm) CPU/Chipset
**OS (equivalent to transceivers):** Android 16, up to 7 major Android upgrades
**Camera for RN/Chem-Bio detection:** QR code reader; 5x optical zoom; 48 megapixel (MP); 10.8 megapixel (MP); and 13 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Fingerprint ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID); Satellite (SOS)



**Model:** Samsung Galaxy Z Fold7 / 5G
**CPU:** Qualcomm Snapdragon 8 Elite (3nm) CPU/Chipset
**OS (equivalent to transceivers):** Android 16, up to 7 major Android upgrades
**Camera for RN/Chem-Bio detection:** QR code reader; 3x optical zoom; 200 megapixel (MP); 10 megapixel (MP); and 12 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Fingerprint ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID)



**Model:** Apple iPhone 17 Pro Max / 5G
**CPU:** Apple A19 Pro (3nm) CPU/Chipset
**OS (equivalent to transceivers):** iOS 26, upgradable to iOS 26.2
**Camera for RN/Chem-Bio detection:** QR code reader; 4x optical zoom; 48 megapixel (MP); 48 megapixel (MP); and 48 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Face ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID); Satellite (SOS) Apple



**Model:** Google Pixel 10 Pro / 5G
**CPU:** Google Tensor G5 (3nm) CPU/Chipset
**OS (equivalent to transceivers):** Android 16, up to 7 major Android upgrades
**Camera for RN/Chem-Bio detection:** QR code reader; 5x optical zoom; 50 megapixel (MP); 48 megapixel (MP); and 48 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Fingerprint ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID); Satellite (SOS)



**Model:** Samsung Galaxy S25+ / 5G
**CPU:** Qualcomm Snapdragon 8 Elite (3nm) CPU/Chipset
**OS (equivalent to transceivers):** Android 15, up to 7 major Android upgrades
**Camera for RN/Chem-Bio detection:** QR code reader; 3x optical zoom; 50 megapixel (MP); 10 megapixel (MP); and 12 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Fingerprint ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID)



**Model:** Google Pixel 10 Pro XL / 5G
**CPU:** Google Tensor G5 (3nm) CPU/Chipset
**OS (equivalent to transceivers):** Android 16, up to 7 major Android upgrades
**Camera for RN/Chem-Bio detection:** QR code reader; 5x optical zoom; 50 megapixel (MP); 48 megapixel (MP); and 48 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Fingerprint ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID); Satellite (SOS)



**Model:** Samsung Galaxy S25 Ultra / 5G
**CPU:** Qualcomm Snapdragon 8 Elite (3nm) CPU/Chipset
**OS (equivalent to transceivers):** Android 15, up to 7 major Android upgrades
**Camera for RN/Chem-Bio detection:** QR code reader; 5x optical zoom; 200 megapixel (MP); 10 megapixel (MP); and 50 megapixel (MP); 50 megapixel (MP)
**Connectivity protocols for CBRN:** Bluetooth, WiFi (internet-of-things), NFC; RF
**Safety features:** Fingerprint ID; Disabling locking mechanism; Advanced GPS location and tracking; NFC (short-range RF in lieu of RFID)

Plaintiff alleged Google infringed Plaintiff's patented process before importation or shipment of the infringing "*modified*" cell phones; and also alleged joint infringement after importation or shipment, because Google owns Android and is the controlling party in a joint enterprise agreement; it is Google who induces the use of the android open-source operating system[1], Google who releases a source code for developers uses to build upon; Google who control the upgrades and updates to the android operating system; and Google who control the terms of licensing the android open-source operating system (OS) for product grouping the alleged infringing android operating systems of multiple cell phone manufacturers.

| Manufacturers who have the Google Android (OS) Pre-installed before Importation | | | |
|---|---|---|---|
| Google Pixel 10 Smartphone | Samsung Galaxy S21 Smartphone | LG V60 ThinQ 5G | Asus / Qualcomm Smartphone for Snapdragon Insiders |
|  |  |  |  |
| **OS**: Google Android 16, 7 major Android upgrades | **OS**: Google Android 11, upgradable to Android 13 | **OS**: Google Android 10, upgradable to Android 13 | **OS**: Google Android 11 |
| **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc |

---

[1] Android, operating system for cellular telephones and tablet computers. Android began in 2003 as a project of the American technology company Android Inc., to develop an operating system for digital cameras. In 2004 the project changed to become an operating system for smartphones. Android Inc., was bought by the American search engine company Google Inc., in 2005. At Google, the Android team decided to base their project on Linux, an open-source operating system for personal computers.

Google Android is an open source, Linux-based software stack created for a wide array of devices [Est. 1,750 mobile phones, tablets, laptops] and form factors. The following chart shows the major components of the Google Android platform.



The Google Android Software Stack

Before Google released its first "Nexus One" smartphone in 2010, Google was performing work for the Government under an "implied" authorization to provide the operating systems and source codes needed for developers and programmers to build the software needed to have a Nation of "ubiquitous sensing for CBRNE-H". Google performed the work under the DHS S&T BAA07-10, *Cell-All Ubiquitous Biological and Chemical Sensing* initiative that was released in October of the year 2007 by the Department of Homeland Security.

The Google android software stack—hardware abstraction layer (HAL) provides standard interfaces that expose device hardware capabilities to the higher-level Java API framework. The HAL consists of multiple library modules, each of which implements an interface for a specific type of hardware component, such as the camera or Bluetooth module. When a framework API makes a call to access device hardware, the Google android system loads the library module for that hardware component.

An application programming interface (API) is a connection between computers or between computer programs. It is a type of software interface, offering a service to other pieces of software. A document or standard that describes how to build such a connection or interface is called an API specification. API is a set of functions and procedures allowing the creation of applications [in the *Cell-All* initiative, the creation of applications that enables CBRNE-H detection] that access the features or data of an operating system, application, or other service.

An API opens a software system to interactions from the outside. It allows two software systems to communicate across a boundary — an interface — using mutually agreed-upon signals. In other words, an API connects software entities together.

There are also APIs for programming languages, software libraries, operating systems, and computer hardware. An API can specify the interface between an application and the operating system. An API differs from an application binary interface (ABI) in that an API is source code based while an ABI is binary based.

Dispute over copyright protection for APIs: In 2010, Oracle Corporation sued Google for having distributed a new implementation of Java embedded in the Android operating system. Google had not acquired any permission to reproduce the Java API. In 2016, a jury determined that Google's reimplementation of the Java API constituted fair use, but Oracle vowed to appeal the decision. Oracle won on its appeal, with the Court of Appeals for the Federal Circuit ruling that Google's use of the APIs did not qualify for fair use.

In 2019, Google appealed to the Supreme Court of the United States over both the copyrightability and fair use rulings, and the Supreme Court granted review. The case was decided by the Supreme Court in Google's favor.

## PLEADING STANDARDS SET FORTH IN *TWOMBLY* AND *IQBAL*

Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), Plaintiff have alleged "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570. Plaintiff have alleged facts that give rise to "more than a sheer possibility that the defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted). Plaintiff have plead "enough fact[s] to raise a reasonable expectation that discovery will reveal that the defendant is liable for the misconduct alleged."

The following claim of infringement under 271(g) in Plaintiff's amended complaint is plead under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

## GOOGLE'S ALLEGED INFRINGEMENT UNDER 35 U.S.C. § 271(g)

BASICS: "Whoever without authority imports into the United States or offers to sell, sells, or uses within the United States a product which is made by a process patented in the United States shall be liable as an infringer, if the importation, offer to sell, sale, or use of the product occurs during the term of such process patent."

35 U.S. Code Section 271(g) provides that it is an act of infringement to import a product that is made abroad by a U.S. process patent. Prior to the enactment of Section 271(g), a manufacturer [Google] could often avoid infringing a U.S. process patent by performing the patented process overseas and importing the resulting product into the United States. But now, that is an infringing act under 271(g).

Plaintiff alleged the original design manufacturers (ODMs), and the original equipment manufacturers (OEMs), (i.e., Google, Samsung, Apple, LG, Qualcomm, and other third-party Government contractors—Rhevision, SeaCoast, NASA, Genel, Synkera), are responsible for *"modifying"* the cell phone into what is recognized today, throughout the world as the "smartphone".

The United States impliedly authorized and consented to Google *"modifying"* the cell phone to include a CBRNE-H detection capability. Under the Department of Homeland Security's Science and Technology Directorate (DHS S&T), BAA07-10 *Cell-All Ubiquitous Biological and Chemical Sensing* initiative [published 10/30/2007], Google was authorized to *"modify"* the cell phone and was also impliedly authorized to commercialize (i.e., to use, offer for sell, sell, or import for sell) Plaintiff's patented communicating, monitoring, detecting and controlling (CMDC) device (i.e., a new, improved upon, *"modified"* cell phone, or smartphone) for its own private benefit.

"Qualcomm's role has been to develop a smartphone app and the associated network software for processing data. Smartphone users can download the app from Google Play and, eventually, from Apple's iTunes store, so *Cell-All* will be operational on all phones [including Google and Samsung phones] ***using either Google's Android or Apple's iPhone operating systems***." [1]

In the related case, *Golden v. Samsung Electronics America, Inc.*, WDOT Case No. 25-0596-DAE filed on 12/22/2025, Golden alleges Samsung infringes valid patent claims of at least Golden's '619 patent; '287 patent; '439 patent; and, '189 patent that discloses a new, improved upon, and useful cell phone; and imports or uses the *"modified"* cell phones that are made by Plaintiff's patented process without authorization.

Plaintiff alleges both Google and Samsung, without authority imports into the United States, offers to sell, sells, and/or uses within the United States the accused *"modified"* cell phone" devices, which is made by a process patented in the United States. Google is allegedly liable as an infringer, for importing, offering for sell, selling, or using the accused *"modified"* cell phone" devices' during the term of Plaintiff's process patent." (35 U.S.C. § 271(g))

---

[1] Torin Monahana & Jennifer T. Mokos, (2013, Mar. 7). *"Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks"*. Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA. Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-

Although the patented process is performed abroad, Section 271(g) is not an extraterritorial application of U.S. patent law. Rather, the act of infringement is the act of importation into the United States. It's also interesting to note that Section 271(g) applies to products made within the United States as well, and the infringing act is the sale or use of the product.

Following similar reasoning, a 2019 Federal Circuit case, *Syngenta*, recently clarified that divided infringement is not an issue under 271(g). In other words, the patented process can be performed by multiple entities, and importation of the product can still infringe 271(g). Part of the Federal Circuit's rationale was that the infringing act is the act of importation, not performance of the patented process.

Even if Google performed the patented process, but all of the steps of that process occurred as the Google product passes from one factory to another during manufacture, the importer or seller [Google] of the final product can still be held liable, because the infringing act is the importation, and the infringing product is defined as being made by the patented process.

**Witnesses**

At the Motion Hearing held in the Western District of Texas Court in the case of *Golden v. Google, LLC*, No. 25-0434, Google stated on the record that Google has at least four (4) witnesses. This acknowledgement or admittance caused the transfer of the case to the Northern District of California.

This Court must be made aware, Google sacrificed any future motion to dismiss, and nullified its pending motion to dismiss for failure to state a claim because witnesses (fact or expert) are summoned to testify before a jury on issues-of-facts (i.e., fact witness) or issues-of facts/opinions (i.e., expert witnesses).

Google admits patent infringement claims are issues-of-facts to be tried by a jury [U.S. CONS'T 7th Amend], which voids a motion to dismiss under 12(b)(6).

22

| Exhibits | Description of Exhibits and Witnesses |
|---|---|
| **A** | The WDTC court examined the private interest factors, beginning with the convenience of the witnesses, which is the most important factor in the transfer analysis. Google argued that most of its relevant witnesses, are in the NDCA, and no relevant Google witness is located in Texas. The Court noted that Plaintiff did not identify any witnesses in or near the Western District of Texas (WDTX). This argument is also found in Google's Motion for Transfer; case no. 25-0434 Dkt. 15; attached as *Exhibit A*.<br><br>Plaintiff is asking the Court to stay the case so that Plaintiff can gather statement from its witnesses on fact issues in preparation for Plaintiff's guaranteed right to a trial by jury. [U.S. CONS'T; 7th Amend.] |
| | **HAROLD P. KIMBALL Jr.** Enabling Technologies, Inc. (ETI), President**;** Software Functional Manager / Senior Software Developer Support Systems Associates, Inc. (SSAI), Warner Robins, Georgia**; Education:** Bachelor of Science in Computer Science, 1990, Mercer University, Macon, Georgia; Associate of Science in Computer Science, 1987, Macon College, Macon, Georgia**; Technical Skills**: Machines: PCs, SUN, VAX, Alpha; Operating Environments: UNIX, VMS, MS-DOS, Novell Netware, Windows 95 & NT Software: Sybase, ORACLE, Advantage, FoxPro, Microsoft Word, TBBS bulletin board; Languages: Delphi, SQL, Ada, C, Assembly, Pascal, FoxPro, Pro*C, PL/SQL**; Experience and Accomplishments:** Manager *I* Lead Developer for the Digital Mapping Interface System (DMIS)**;**Manager / Lead Developer for the AC-130H Gunship Part Task Trainer (pIT).<br><br>Responsible for the *Cell-All* proposal; PowerPoint presentation; Two modified cell phones; and illustration at Embassy Suits, Greenville, SC; and TV broadcast at local station *(See Exhibit C)* |
| | **DOUG ERWIN CUMBIE.** Enabling Technologies, Inc. (ETI); Computer & Electrical Engineer; **Education:** BS, Electrical Engineering, University of West Florida, 2007; BS, Computer Engineering, University of Central Florida, 2001; **Job-Related Skills:** C and C++ programming (Bortand C++ Builder 6).; C# (MS Visual Studio 200312005 - desktop and mobile devices); Java language (Borland JBuilder, JCreator); VHDL knowledge, MC68HC11 microcontroller assembly language; ASP, VBScript, JavaScript, HTML, SOL, MySOL (Macromedia Dreamweaver); PSpice (circuit design), LogicWorks (digital circuit design); BASIC, OBasic; DOS, Windows 9812000IXP, Unix; Embedded systems**; Experience and Accomplishments:** Handheld Wireless GPS Tracking Device: Designed and developed with one team member for undergraduate electrical engineering senior design course. UAV Ground Station: Developed a ground control system for communicating with a remote unmanned aerial vehicle. *(See proposal; Exhibit C)* |
| | **GILBERT E. PACEY, Ph.D.** CBRNE Coordinator IDCAST; Professor, Director; Miami University Center for Nanotechnology, Department of Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056; **Education:** Bradley University, BA 1974; Loyola University of Chicago, Ph.D. 1979; **Professional Experiences:** Assistant Professor, Loyola, University of Chicago (1978-1979); Director; Ohio Micromachining Analytical Chemistry Consortium (1997-2001); **Publications:** Anita R. Taulbee, Justin A. Heuser, Wolfgang U. Spendel, Gilbert E. Pacey, "Qualitative Analysis of Collective Mode Frequency Shifts in L-alanine using Terahertz Spectroscopy", Anal. Chem., 2009, 81(7), 2664-2667. **Funding:** Dr. Pacey has 30 years' experience managing research projects at MU and the last 5 directing all MU research and external funding, intellectual property, and compliance issues. He is currently the CBRNE Sensors Coordinator for the Institute for the Development of Advanced Sensor Technology, IDCAST *(See proposal; Exhibit D)* |

**GURU SUBRAMANYAM, Ph.D.** Professor, Electrical & Computer Engineering, University of Dayton; **Education:** PhD in Electrical Engineering, University of Cincinnati, 1993; MS in Electrical Engineering, University of Cincinnati, 1988. **Work Experience:** August 2008- current: Professor, Dept. of ECE, University of Dayton, Dayton, OH.; **Publications (From more than 100 total publications);** G. Subramanyam, C.M. Bartsch, J. G. Grote, R. R. Naik, L.L. Brott, M. Stone, and A. Campbell, "Effect of external electrical stimuli on DNA-based biopolymers", NANO journal. **Funding:** Recent Research on voltage tunable dielectrics and biopolymers: Has been a Principal Investigator (PI) in several funded projects with AFRL, AFOSR, DARPA, NASA, NSF, and Ohio Board of Regents Research Challenge Grants. Total funding as a PI exceeds $1,500,000 to date. **Recent Collaborators:** Felix A. Miranda, Fred W. Van Keuls, Robert R. Romanofsky, (NASA Glenn Research Center, Cleveland, OH). *(See proposal; Exhibit D)*

**WOLFGANG U. SPENDEL, Ph.D.** Research Scientist IDCAST/Miami University Center for Nanotechnology, Department of Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056; **Education:** Ph.D. Physical Chemistry, Pennsylvania State University, State College PA, 1978; BS Chemistry, Grand Valley State College, Allendale, MI, 1974; **Work Experience:** Miami University, Ohio - Research Associate, Industry Liaison IMP Inc. (Consulting Position) Advanced Technology Development Principal Scientist - Research and development leader responsible for technology development and project management; Principal Scientists selected as the top 5% of the P&G's R&D staff. United States Marine Corps; **Publications/Patents:** Justin Heuser, James Moller, Wolfgang Spendel, and Gilbert Pacey, "Aqueous Foam Drainage Characterized by Terahertz Spectroscopy, Langmuir, 2008, 24(20), 11414-11421.; Heuser, J. A., Spendel, W. U., Pisarenko, A. N., Yu, C., Pechan, M. J., Pacey, G. E., Formation of surface magnetite nanoparticles from iron-exchanged zeolite using microwave radiation; J. Mater. Sci., 42, 9057 – 9062, 2007. *(See proposal; Exhibit D)*

**B**

**WILLIAM H. STEINECKER, Ph.D.** IDCAST Research Scholar; Department of Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056; **Education and Training:** Miami University, BS 2001; University of Michigan, MS 2003; University of Michigan, Ph.D. 2006; **Professional Experiences:** Post-Doctoral Researcher, Schlumberger-Doll Research (2006-2008); Research Scientist, Schlumberger: Oil phase DBR (2008); **Publications:** Rowe, M.P.; Steinecker, W.H.; Zellers, E.T. "Comparison of the Biphasic and Single-Phase Synthesized Gold Nanoparticles as Vapor Sensing Chemiresistors"; Kaanta, B.C.; Chen, H.; Lambertus, G.R.; Steinecker, W.H.; Zhdaneev, O.; Zhang, X. "High Sensitivity Micro-Thermal Conductivity Detector for Gas Chromatography," Proceedings of IEEE MEMS.; Zhong, Q.; Steinecker, W.H.; Zellers, E.T. "Characterization of a High-Performance Portable GC with a Chemiresistor Array Detector"; Kim, H.; Steinecker, W.H.; Lambertus, G.R.; Astle, A.A.; Najafi, K.; Zellers, E.T.; Washabaugh, P.D.; Bernal, L.P.; Wise, K.D. "Micropump-Driven High-Speed MEMS Gas Chromatography System." *(See proposal; Exhibit D)*

**JAMES A. COX, Ph.D.** Professor of Chemistry, Department of Chemistry and Biochemistry, Miami University, Oxford, OH 45056; **Educational:** Ph.D. 1967 Chemistry University of Illinois; BS Chemistry. 1963 Chemistry University of Minnesota; **Professional Experiences:** Professor Miami University; Chair Miami University; Professor Southern Illinois University Carbondale; Research Associate University of Wisconsin Madison; Lecturer University of Wisconsin Madison; **Publications (156 Total)** A.Z. Ernst, S. Zoladek, K. Wiaderek, A. Kolary-Zurowska, K. Miecznikowski, P.J. Kulesza, J.A. Cox, Network Films of Conducting Polymer-Linked Polyoxometalate-Modified Gold Nanoparticles: Preparation and Electrocatalytic Reactivity Toward Hydrogen Peroxide, Electrochimica Acta 53, 3924-3931, 2008.; A.Z. Ernst, L. Sun, K. Wiaderek, A. Kolary, S. Zoladek, P.J. Kulesza, J.A. Cox, Synthesis of Polyoxometalate-Protected Gold Nanoparticles by a Ligand-Exchange Method: Application to the Electrocatalytic Reduction of Bromate, Electroanalysis, 19-20, 2103-2109, 2007.; M.M. Wandstrat, W.U. Spendel, G.E. Pacey, and J.A. Cox, Oxidation of a Phospholipid at an Electrode Modified with an Electrochemically Formed Sol-Gel Film *(See proposal; Exhibit D)*

**AUGUSTUS WAY FOUNTAIN III, Ph.D.** Chief Scientist; **Targeted Area**: Laboratory for Testing; **Company Name**: U.S. Army Edgewood Chemical Biological Center (ECBC); **Company Profile**: Edgewood Chemical Biological Center (ECBC) science and technology expertise has protected the United States from the threat of chemical weapons since 1917. Since that time, the Center has expanded its mission to include biological materials and emerges today as the nation's premier authority on chemical and biological defense. **Scope of Work**: During the term of this agreement ECBC will provide technical advice on the identification and selection of commercial off-the-shelf (COTS) or Domestic Nuclear Detection Office (DNDO) developed chemical agent detectors, biological agent detectors, explosives detectors, and others as deemed necessary for integration under the SAFECON BAA. ECBC will also plan and coordinate an on-site test, for a period of one-week, of the integrated devices; assuming all materials would be provided by the proposer. Laboratory total cost for R&D: $17,137 dollars *(See read-ahead; Exhibit E)*

**THOMAS THUNDAT, Ph.D.** Chief Scientist; **Targeted Area**: Chemical, Explosive, Radiological, and Nuclear detection; **Company Name**: Oak Ridge National Laboratory; **Company Profile**: Oak Ridge National Laboratory (www.ornl.gov) is a Federally Funded Research and Development Corporation (FFRDC) managed and overseen by the Department of Energy and is its largest science and energy laboratory. Develop for or transfer technology to industry so it can be used in support of national or homeland security objectives as well as to enhance America's economic competitiveness in world markets. **Rough Order of Magnitude**: ORNL could provide new technology or access to technologies that we have helped develop in the following areas: For Chemical and Explosives detection, we are developing microcantilever-based technology that shows great promise. It will be small and have low power requirements, and could be achievable in the timeframe described in the BAA summary. For Radiological and Nuclear detection; low-cost gamma detection technologies that we can assist in configuring for this application. Total cost for R&D: $500,000 dollars. *(See read-ahead; Exhibit E)*

| | |
|---|---|
| **C** | Exhibit C is a copy of the response prepared by Larry Golden and Enabling Technologies, Inc.'s team of engineers. The response was prepared seeking funds to "modify" a cell phone in accordance with the specifications released by the Department of Homeland Security (DHS)'s S&T BAA07-10 *Cell-All Ubiquitous Biological and Chemical Sensing* initiative. Golden's ATPG Technology, LLC and Kimball's Enabling Technologies, Inc.'s joined to perform work for the Government under an "implied" authorization or consent agreement to deliver a "cell phone modified to detect for CBRNE agents or compounds." |
| **D** | Exhibit D is a copy of a proposal prepared by the expert team at IDCAST, University of Miami, Ohio. The proposal is in response to a TRUST solicitation released by the Department of Homeland Security (DHC). Plaintiff was invited to a DHS Industry Day in Sacramento, CA to discuss what to include in the upcoming TRUST solicitation. Plaintiff was promised by Program Manager Dave Masters that the specifications of the TRUST solicitation will align with the specifications of my patent and Phase II of the Cell-All initiative. In other words, a detection device that is located inside a maritime cargo container, that is monitored by a "*modified*" cell phone. A "*modified*" cell phone that has NFC as standard for communicating with a tag on the container and/or a QR code reader interconnected to the "*modified*" cell phone's camera for communicating with a QR code; both methods reveal the condition of the container. The IDCAST team will testify that no further modification to the cell phone is needed to function as a sensing device. |
| **E** | Exhibit E is a read-ahead document Plaintiff prepared for a meeting a Program Ed Turner. Plaintiff was invited in January of year 2008. Plaintiff and Mr. Harold Kimball [Enabling Technologies, Inc.] traveled to Washington, DC to meet with Mr. Turner to discuss Plaintiff's patent rights for a "modified" cell phone capable of CBRNE-H detection capability. Mr. Turner made an offer to Plaintiff to incubate Plaintiff's company, and the "modified" cell phone, there at the Department of Homeland Security. Plaintiff declined their offer. |

## WITNESSES WILL TESTIFY TO THE DESIGN OF GOOGLE'S SMARTPHONE AND SMARTWATCH

The witnesses will testify that Google, while performing work for the Government, under an "implied authorization"; designed its smartphones and smartwatches to align with the specifications of the Department of Homeland Security's Science and Technology Directorate (DHS S&T), BAA07-10 *Cell-All Ubiquitous Biological and Chemical Sensing* initiative [published 10/30/2007].

> "… biological and chemical sensors could be effectively integrated into common cell phone devices and made available to the American public … the Nation could potentially benefit from a sensor network with more than **240M sensors**. Through this BAA, HSARPA is seeking to accelerate advances in miniaturized biological and chemical sensing (e.g. laboratories on a chip) with integration into common device(s) and a communication systems concept for large scale multi-sensor networks. "The proposed concept should develop a miniaturized sensor, device and system…"

The circuit court has held that an apparatus claim directed to a computer that is claimed in functional terms is nonetheless infringed so long as the product [Google's smartphones or smartwatches] is designed "in such a way as to enable a user of that [product] to utilize the function . . ." *Fantasy Sports Props., Inc. v. Sportsline.com, Inc.*, 287 F.3d 1108, 1118 (Fed. Cir. 2002). "Where, [] a product includes the structural means for performing a claimed function, it can still infringe "separate and apart" from the operating system that is needed to use the product."

The witnesses will testify that Google's alleged infringing "*modified*" cell phone and watch devices are manufactured, and "suitable for use" as a sensing device before importation.

Even if Google performed the patented process, but all of the steps of that process occurred as the Google product passes from one factory to another during manufacture, the importer or seller [Google] of the final product can still be held

liable, because the infringing act is the importation, and the infringing product [Google's smartphones or smartwatches] is defined as being made by the patented process. (35 U.S. Code Section 271(g))

The witnesses will testify that the Google devices are designed to be altered or assembled before operation; which means Google, the manufacturer, may be held liable for infringement if the devices, as altered or assembled, infringes a valid patent. *See Paper Converting Mach. Co. v. Magna-Graphics Corp.*, 745 F.2d 11, 19, 223 USPQ 591, 597 (Fed. Cir. 1984) (components of a machine held to infringe when components are ready for assembly and serve "no useful non-infringing purpose")" https://www.casemine.com/judgement/us/5914bd8eadd 7b049347a30f7#p1556

The witnesses will testify that in view of the design "modifications" of the cell phone; the design meets the requirements of the DHS S&T *Cell-All* initiative of "*ubiquitous*" CBRNE-H sensing.

> "The DHS Cell-All project is also designed to exploit mobile-phone saturation to enroll everyday users as passive data collectors whose devices communicate silently to the DHS system and its private industry partners. [A]s a Qualcomm representative argued: ''Let's take advantage of the **300 million cell phones** that are out there today. They're always with us'' (Hoffman, 2011). Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks Torin Monahana, Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285"

**After Importation or Shipment**

The witnesses will testify to the fact that if a third-party, developer, or a user/owner, who builds on the source codes of the Google android operating system, or the Apple iOS operating system, to enable the phone or watch to function as a CBRNE-H sensing device, it does not change what the devices were

originally designed to do. According to Torin Monahana, Department of Communication Studies, The University of North Carolina at Chapel Hill "[s]martphone users can download the app [for enabling the devices to function as a CBRNE-H sensing device] from Google Play and, eventually, from Apple's iTunes store, so Cell-All will be operational on all phones using either **Google's Android** or **Apple's iPhone** operating systems."

The witnesses will testify that the PTAB's construction of "built-in, embedded" aligns with the original design of the "*modified*" cell phone.

> "In the *United States Department of Homeland Security v. Larry Golden* "Final Written Decision" Case IPR2014-00714, Entered: October 1, 2015, the PTAB construed "built in, embedded" as "something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device".

The witnesses will testify that the apps, designed to enabled the functionality of Google, Apple, and Samsung devices, to perform as CBRNE-H sensing devices, and the internal [*Phase I*] and external [*Phase II*] sensors and detectors; falls under the construed term "built in, embedded", such that they are integral parts of the asserted devices". Plus, the following patent claims covers the original design.

## Claim 1 of Plaintiff's U.S. Patent No: 9,096,189

1.    A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, [] for monitoring products, ***interconnected to a product for communication therebetween***, comprising:

at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices;

at least one satellite connection, Bluetooth connection, WiFi connection,

internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection;

wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories;

**Product grouping 2 (sensors)** include, [] chemical, biological, radiological, explosive and nuclear detectors, motion sensors, [], biometric sensors, [] security locks, [], detection of humans, [], temperature, …;

**Product grouping 3 (detector case; modified and adapted)** include, [] cell phone cases, [] laptop cases [], PDA cases, detector cases of tags, detector cases that is mounted to, [] affixed to, [] outside of, [] inside of, and [] adjacent to;

**Product grouping 4 (monitoring & communication devices)** include, [], mobile communication devices, [] desktop personal computers (PCs), [], laptops, satellite cell phones, cell phones, [] personal digital assistants (PDAs), [] handhelds;

**Product grouping 5 (communication methods)** include, [], Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, [] Wireless, Wired, Text Messaging, Cellular, Satellite, [] Radio Frequency (RF), [], Global Positioning System (GPS), …

**Product grouping 7 (authorized person)** include, [], owner, pilot, conductor, captain, [], airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the [] (CIA), the [] (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel." (Patent Specifications)

## Claim 23 of U.S. Patent No: 9,589,439

23.    A cell phone comprising:

a central processing unit (CPU) for executing and carrying out the instructions of a computer program;

at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection,

broadband connection, long range radio frequency (RF) connection, short range
radio frequency (RF) connection, or GPS connection;

at least one of a chemical sensor, a biological sensor, an explosive sensor, a
human sensor, a contraband sensor, or a radiological sensor *capable of being
disposed within, on, upon or adjacent the cell phone*;

> "As shown in FIGS. 1-10, the multi sensor detection []
> system 10 includes at least one—and preferably many—detector
> case 12 *that can be placed in, on, upon or adjacent the product*…"
> (Patent Specifications)

## Claim 5 of Plaintiff's U.S. Patent No: 10,163,287

5.    A monitoring device, comprising:

at least one central processing unit (CPU);

at least one of an internet connection or a Wi-Fi connection in
communication with the at least one CPU;

at least one of a Bluetooth connection, a cellular connection, or a satellite
connection in communication with the at least one CPU;

at least one sensor for chemical, biological, or human detection in
communication with the at least one CPU;

one or more detectors in communication with the at least one CPU for
detecting at least one of chemical, biological, radiological, or explosive agents;

at least one radio-frequency near-field communication (NFC) connection in
communication with the at least one CPU; and,

at least one of a *transmitter or a transceiver in communication with the at
least one CPU* configured to send signals to monitor at least one a chemical
biological, radiological, or explosive agent such that the communication device is
capable of communicating, monitoring, detecting, and controlling.

"incorporated with cell phone towers [] wi-fi, wi-max, broadband, GPS, navigation, radio frequency *interconnected to a central processing unit (cpu), such as cpu 40, or a transceiver* and monitoring equipment to include [] computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween." (Patent Specifications)

## CONCLUSION

Google filed a motion to transfer this case to the Northern District of California for the following reasons: "[T]he comparison between the transferor and transferee forums is not altered by the presence of other witnesses and documents in places outside both forums." … "[W]hen there are numerous witnesses in the transferee venue and the only other witnesses are far outside the plaintiff's chosen forum; the witness convenience factor favors transfer."

During the motion hearing, Google stated on the record that Google has at least four (4) witnesses. Plaintiff is asking for a "stay" for 30 days to allow Google time to produce the witnesses; witness statements; and subject matter.

If Google fail to produce the witnesses, Plaintiff believes Google lied in Court on the record about having witnesses, and for that reason alone the case should be transferred back to the Western District of Texas.

Sincerely,

s/ *Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(M) 8649927104

Email: atpg-tech@charter.net

31

## **VERIFICATION**

### **Pursuant to 28 U.S.C. § 1746**

I, Larry Golden, over the age of 18, competent to testify, and having firsthand knowledge of the facts stated herein, do hereby declare, certify, verify, affirm, and state under penalty of perjury under the laws of the United States of America, that the foregoing statements are true, correct, and complete to the best of my understanding, knowledge, and belief, and made in good faith.

Executed and signed this 30th day of January, 2026, with all rights reserved and without recourse and without prejudice; is this "verification" for "Plaintiff's Motion for "Stay" of the Proceedings to Gather Witness Statements".

s/ *Larry Golden*

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-992-7104

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 30th day of January, 2026, a true and correct copy of the foregoing "Plaintiff's Motion for "Stay" of the Proceedings to Gather Witness Statements", was served upon the following Defendant via express mail:

> Matthew Warren
>
> Warren LLP
>
> 2261 Market Street, No. 606
>
> San Francisco, CA 94114
>
> Phone: 415-895-2940
>
> Fax: 415-895-2964
>
> Email: matt@warrenllp.com

> *s/ Larry Golden*
>
> Larry Golden, Pro Se
>
> 740 Woodruff Rd., #1102
>
> Greenville, South Carolina 29607
>
> atpg-tech@charter.net
>
> 864-992-7104

Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| LARRY GOLDEN, | § | |
| | § | |
| Plaintiff, | § | Case No. 6:25-cv-00434-LS |
| | § | |
| v. | § | |
| | § | |
| GOOGLE LLC | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER

# TABLE OF CONTENTS

*Page*

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ii

INTRODUCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

A.    The Asserted Patents and Plaintiff's Litigation Campaign . . . . . . . . . . . . . . . . . . . . . . . .1

B.    Mr. Golden's Previous Litigation Against Google . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

C.    Mr. Golden's Current Litigation Against Google . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I.     The Court Should Rule on This Motion to Transfer Before the Motion to Dismiss . . . . . 4

II.    Mr. Golden Could Have Brought This Action in the Northern District of California . . . . 4

III.   The Northern District of California, Which Issued the Rulings Mr. Golden Claims
       Allow This Action, Should Determine Whether Res Judiciata Applies Here . . . . . . . . . . 5

IV.    The Northern District of California is a More Convenient District for This Litigation . . . 7

       A.    The Private Interest Factors Favor Transfer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

             1.    Relative Ease of Access to the Sources of Proof Favors Transfer . . . . . . . 7

             2.    Availability of Compulsory Process Favors Transfer . . . . . . . . . . . . . . . . 8

             3.    Cost of Attendance for Willing Witnesses Favors Transfer . . . . . . . . . . . 9

             4.    Consideration of Other Practical Problems Favors Transfer. . . . . . . . . . . 10

       B.    The Public Interest Factors Favor Transfer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

             1.    Administrative Difficulties Flowing From Court Congestion is Neutral. . 11

             2.    The Northern District Has a Strong Local Interest in this Dispute . . . . . .11

             3.    The Northern District is More Familiar With the Law That Will
                   Govern the Case, Including Its Own Prior Rulings . . . . . . . . . . . . . . . . .12

             4.    Avoiding Problems of Conflict of Laws Favors Transfer . . . . . . . . . . . . 13

       C.    The Public and Private Interest Factors Favor Transfer . . . . . . . . . . . . . . . . . . . . 13

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

## TABLE OF AUTHORITIES

*Cases*                                                                  *Page*

*In re Acer Am. Corp.*,
    626 F.3d 1252 (Fed. Cir. 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Action Indus., Inc. v. U.S. Fid. & Guar. Co.*,
    358 F.3d 337 (5th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Alexander v. Corning Inc.*,
    No. 24-626, Docket No. 39 (W.D. Tex. Sept. 26, 2025) . . . . . . . . . . . . . . . . . . . . . . . 12

*In re Apple, Inc.*,
    581 F. App'x 886 (Fed. Cir. 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*In re Apple Inc.*,
    979 F.3d 1332 (Fed. Cir. 2020) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*In re Apple Inc.*,
    No. 21-181, 2021 WL 5291804 (Fed. Cir. Nov. 15, 2021) . . . . . . . . . . . . . . . . . 8, 11, 12

*Balawajder v. Scott*,
    160 F.3d 1066 (5th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*Brotherhood of Locomotive Firemen & Enginemen v. Cent. of Ga. Ry. Co.*,
    411 F.2d 320 (5th Cir. 1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*In re Clarke*,
    94 F.4th 502 (5th Cir. 2024) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 11-13

*Coffey v. Van Dorn Iron Works*,
    796 F.2d 217 (7th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Eagle-Picher Indus., Inc. v. Am. Emps. Ins. Co.*,
    557 F. Supp. 225 (D.D.C. 1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6, 10

*In re Genentech, Inc.*,
    566 F.3d 1338 (Fed. Cir. 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 11

*Golden v. Google LLC*,
    No. 22-5246, 2023 WL 5154513 (N.D. Cal. Aug. 10, 2023) . . . . . . . . . . . . . . . . . . . . 2

*Golden v. Google LLC*,
    No. 22-5246, 2024 WL 1880336 (N.D. Cal. Apr. 3, 2024) . . . . . . . . . . . . . . . . . . . . . 2

*Golden v. Google LLC*,
    No. 24-2024, 2025 WL 1752485 (Fed. Cir. June 25, 2025) . . . . . . . . . . . . . . . . . . 2, 3

**TABLE OF AUTHORITIES**

(*continued*)

*Page*

*Golden v. Google LLC,*
    No. 24-2024, Docket No. 44 (Fed. Cir. Sept. 2, 2025) . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*In re Google LLC,*
    No. 21-170, 2021 WL 4427899 (Fed. Cir. Sept. 27, 2021) . . . . . . . . . . . . . . . . . . . . 9, 10

*In re Google LLC,*
    No. 21-171, 2021 WL 4592280 (Fed. Cir. Oct. 6, 2021) . . . . . . . . . . . . . . . . . . . . . . . . 12

*HD Silicon Sols. LLC v. Microchip Tech. Inc.,*
    No. 20-1092, 2021 WL 4953884 (W.D. Tex. Oct. 25, 2021) . . . . . . . . . . . . . . . . . . . . . 9

*In re Hoffmann-La Roche Inc.,*
    587 F.3d 1333 (Fed. Cir. 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 13

*Interactive Graphic Sols. LLC v. Microsoft Corp.,*
    No. 21-462, 2022 WL 1314462 (W.D. Tex. Apr. 20, 2022) . . . . . . . . . . . . . . . . . . 11, 12

*In re Link_A_Media Devices Corp.,*
    662 F.3d 1221 (Fed. Cir. 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*In re Netflix, Inc.,*
    No. 22-110, 2022 WL 167470 (Fed. Cir. Jan. 19, 2022) . . . . . . . . . . . . . . . . . . . . . . 9, 10

*In re Nintendo,*
    589 F.3d 1194 (Fed. Cir. 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Proven Networks, LLC v. Netapp, Inc.,*
    No. 20-369, 2021 WL 4875404 (W.D. Tex. Oct. 19, 2021) . . . . . . . . . . . . . . . . . . . . . . 7

*Regents of the Univ. of Cal. v. Eli Lilly & Co.,*
    119 F.3d 1559 (Fed. Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7, 10

*Reiffin v. Microsoft Corp.,*
    104 F. Supp. 2d 48 (D.D.C. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

*Relink US LLC v. Tesla, Inc.,*
    No. 23-1093, 2025 WL 2123783 (W.D. Tex. Apr. 3, 2025) . . . . . . . . . . . . . . . . . . . . 7-13

*Schneider v. Sears,*
    265 F. Supp. 257 (S.D.N.Y. 1967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Seariver Mar. Fin. Holdings, Inc. v. Pena,*
    952 F. Supp. 9 (D.D.C. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## TABLE OF AUTHORITIES

*(continued)*

*Page*

*S. California Ass'n of Gov'ts. v. Kleppe*,
    413 F. Supp. 563 (D.D.C. 1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-7, 12, 13

*Space Expl. Techs., Corp. v. Nat'l Lab. Rels. Bd.*,
    129 F.4th 906 (5th Cir. 2025) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Storage Tech. Corp. v. Cisco Sys., Inc.*,
    329 F.3d 823 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Super Interconnect Techs. v. Google LLC*,
    No. 21-259, 2021 WL 6015465 (W.D. Tex. Nov. 8, 2021) . . . . . . . . . . . . . . . . . . . . .4, 5

*In re TikTok, Inc.*,
    85 F.4th 352 (5th Cir. 2023) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 10, 12

*In re Toyota Motor Corp.*,
    747 F.3d 1338, 1340 (Fed. Cir. 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

*In re TS Tech USA Corp.*,
    551 F.3d 1315 (Fed. Cir. 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*United States v. Burns*,
    No. 08-03, 2008 WL 5263743 (N.D.W. Va. Dec. 18, 2008) . . . . . . . . . . . . . . . . . . . . .6

*USTA Tech., LLC v. Google LLC*,
    No. 22-1214, 2023 WL 4833481 (W.D. Tex. July 26, 2023) . . . . . . . . . . . . . . . . . . . 11

*In re Volkswagen AG*,
    371 F.3d 201 (5th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

*In re Volkswagen of Am., Inc.*,
    545 F.3d 304 (5th Cir. 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-7, 11, 12

*WAG Acquisition, L.L.C. v. Google LLC*,
    2022 WL 9569437 (W.D. Tex. Oct. 5, 2022) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 11

*WirelessWerx IP, LLC v. Google, LLC*,
    No. 22-1056, 2023 WL 11921792 (W.D. Tex. Apr. 14, 2023). . . . . . . . . . . . . . . . . . . 8

*WSOU Invs. LLC v. ZTE Corp.*,
    No. 20-487, 2022 WL 479131 (W.D. Tex. Feb. 16, 2022). . . . . . . . . . . . . . . . . . . . . . 4

## TABLE OF AUTHORITIES
(*continued*)

*Statutes*                   *Page*

28 U.S.C. § 84 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

28 U.S.C. § 1400(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

28 U.S.C. § 1404(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Other Authorities*         *Page*

15 Charles Alan Wright & Arthur R. Miller, *Fed. Prac. & Proc. Juris.* § 3854 (4th ed. 2025) . . 10

*Golden v. Google LLC*,
    No. 22-5246, Docket No. 1 (N.D. Cal. Sept. 14, 2022) . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Golden v. Google LLC*,
    No. 22-5246, Docket No. 11 (N.D. Cal. Oct. 26, 2022) . . . . . . . . . . . . . . . . . . . . . . . . .2

*Golden v. Google LLC*,
    No. 22-5246, Docket No. 42 (N.D. Cal. Aug. 23, 2023) . . . . . . . . . . . . . . . . . . . . . . . . 2

*Golden v. Google LLC*,
    No. 22-5246, Docket No. 44 (N.D. Cal. Sept. 7, 2023) . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Golden v. Google LLC*,
    No. 22-5246, Docket No. 76 (N.D. Cal. Sept. 9, 2025) . . . . . . . . . . . . . . . . . . . . . . . . . 3

## INTRODUCTION

Plaintiff Larry Golden sued Google in the Northern District of California, and lost.  Mr.

Golden now brings the same claims against Google in a new court—this Court.  But even in this

Court, interpretation of the Northern District's rulings, including their res judicata effect on this

action, will be central to the resolution of this case.  The best court to interpret the Northern

District's rulings is the Northern District itself, and so this Court should transfer this action there

in the interest of justice.  The public and private factors also favor transfer, as this case has no

connection to this Court and many connections to the Northern District.  This Court should

transfer this action to the Northern District of California, which is familiar with Mr. Golden, his

patents, his overall litigation campaign, and his specific litigation against Google.

## BACKGROUND

### A.    The Asserted Patents and Plaintiff's Litigation Campaign

Plaintiff Larry Golden holds twelve patents including the five he asserts in this action,

U.S. Patent Nos. 8,334,761, 10,163,287, 10,984,619, 11,645,898, and RE43,891.  Since 2013,

Mr. Golden has asserted his portfolio in an unsuccessful litigation campaign, filing thirteen

complaints claiming infringement of eleven patents against the United States of America as well

as Apple, Google, Intel, Qualcomm, and Samsung.[1]  None of Mr. Golden's claims have made it

past the pleading stage.  *See id.*  Mr. Golden's patents generally concern anti-terrorism

---

[1] *Golden v. United States*, No. 13-307 (Fed. Cl. May 1, 2013); *Golden v. United States*, No. 19-104 (Fed. Cl. Jan. 17, 2019); *Golden v. Apple, Inc.*, No. 19-2557 (D.S.C. Sept. 11, 2019); *Golden v. Apple, Inc.*, No. 20-2270 (D.S.C. June 16, 2020); *Golden v. Apple, Inc.*, No. 20-4353 (D.S.C. Jan. 5, 2021); *Golden v. Google LLC*, No. 21-244 (D.S.C. Jan. 26, 2021); *Golden v. Qualcomm Inc.*, No. 22-3283 (N.D. Cal. June 6, 2022); *Golden v. Intel Corp.*, No. 22-3828 (N.D. Cal. June 28, 2022); *Golden v. Apple, Inc.*, No. 22-4152 (N.D. Cal. July 15, 2022); *Golden v. Google LLC*, No. 22-5246 (N.D. Cal. Sept. 14, 2022); *Golden v. Samsung Elecs. Am., Inc.*, No. 23-48 (N.D. Cal. Jan. 5, 2023); *Golden v. United States*, No. 23-185 (Fed. Cl. Feb. 7, 2023); *Golden v. United States*, No. 23-811 (Fed. Cl. May 31, 2023).

– 1 –

technology; the patents-in-suit address "anti-terrorist detection and prevention systems," specifically, "a chemical/biological/radiological detector unit with a disabling locking system for protecting products that can be grouped into several product groupings, from terrorist activity, and also from preventing unauthorized access to and tampering with the storage and transport of ordnance and weapons." '287 patent at 1:57-63, 3:35-41; '761 patent at 1:19-24, 2:62-3:1; '619 patent at 1:52-57, 3:30-35; '898 patent at 1:56-61, 3:36-41; RE'891 patent at 1:39-44, 3:17-22.

**B.    Mr. Golden's Previous Litigation Against Google**

In 2022, Mr. Golden filed suit against Google in the Northern District of California, claiming infringement of three patents on "anti-terrorist detection and prevention systems," *supra*, including the '287 patent at issue here. *Golden v. Google LLC*, No. 22-5246, Docket No. 1 at 2 (N.D. Cal. Sept. 14, 2022). Google moved to dismiss, arguing that the complaint did not allege that Google's "devices themselves infringe," but claimed only that its "devices could infringe his patents if a user added another application, 'ATAK,' made not by Google, but by the U.S. military." *Id.*, Docket No. 11 at 5:6-8. The Court granted Google's motion with leave to amend, holding "[t]hat a device is capable of being modified to operate in an infringing manner is not sufficient, by itself, to support a finding of infringement." *Golden v. Google*, No. 22-5246, 2023 WL 5154513, at *1, *3 (N.D. Cal. Aug. 10, 2023).

Mr. Golden amended his complaint, providing additional allegations and adding a new patent, the '619 patent at issue here. *Id.*, Docket No. 42 at 2-3. Google filed a second motion to dismiss (*id.*, Docket No. 44), which the Court granted without leave to amend. *Id.*, 2024 WL 1880336, at *4-5 (N.D. Cal. Apr. 3, 2024). Mr. Golden appealed. *Golden v. Google*, No. 24-2024, 2025 WL 1752485 (Fed. Cir. June 25, 2025). The Federal Circuit affirmed, finding no infringement because "Mr. Golden's infringement allegations require modification of the accused

products to show infringement," and finding that "the district court did not err in finding that Mr. Golden fails to adequately allege joint infringement." *Id.* at *3. Mr. Golden filed petitions for rehearing and rehearing *en banc*, which the Court denied. *Golden v. Google*, No. 24-2024, Docket No. 44 (Fed. Cir. Sept. 2, 2025). On September 9, the Court of Appeals issued its mandate affirming the Northern District of California's complete dismissal of Mr. Golden's previous complaint. *Golden v. Google*, No. 22-5246, Docket No. 76 (N.D. Cal. Sept. 9, 2025).

**C.     Mr. Golden's Current Litigation Against Google**

Nine days after the Federal Circuit issued its mandate in the previous action, Mr. Golden filed this action. Compl. Although his complaint acknowledges his previous losses in the Northern District of California and the Federal Circuit, *e.g.*, Compl. at 15, 16, 17, and although he previously asserted two of the pending five patents against Google in those cases, *see id.*, Mr. Golden filed this action here, rather than in the Northern District of California. *See id.*

In his complaint, Mr. Golden admits his losses in the previous action, but does not admit the effect of those losses. Instead, he claims that his previous losses enable, rather than preclude, his current claims. Mr. Golden alleges that, when the previous courts found no infringement because his "allegations require[d] modification of the accused products to show infringement" and that he "fail[ed] to adequately allege joint infringement," *Golden v. Google*, 2025 WL 1752485, at *3, what they actually meant was that "'joint infringement' is established when Google was found to have controlled the 'manner or timing' of the third-party's modification or performance," and that "infringement occurs when a mobile, consumer, or cellular device is integrated with, or interconnected to, a CBRNE-H detection capability," Mr. Golden's term for functionality he claims his patents cover. Compl. at 9. As a result, Mr. Golden alleges, "Google has inadvertently litigated itself into a situation of greater liability." *Id.* at 18. Mr. Golden claims

that "Google's potential liability" includes "all the Actors in Google's Android Ecosystem performing a required step." *Id.* Thus Mr. Golden now alleges that his claims, which the Northern District dismissed because they required modification of Google's accused devices, should proceed in this Court *because* they require modification of Google's accused devices.

## ARGUMENT

### I.     The Court Should Rule on This Motion to Transfer Before the Motion to Dismiss

"[O]nce a party files a transfer motion, disposition of that motion should take top priority in the case." *In re Apple Inc.*, 979 F.3d 1332, 1343 (Fed. Cir. 2020); *see also, e.g., Space Expl. Techs., Corp. v. Nat'l Lab. Rels. Bd.*, 129 F.4th 906, 911 (5th Cir. 2025). This Court has accordingly "prioritize[d] deciding transfer motions before reaching the merits of the case." *WSOU Invs. LLC v. ZTE Corp.*, No. 20-487, 2022 WL 479131, at *1 (W.D. Tex. Feb. 16, 2022). Doing so is particularly appropriate here, where Mr. Golden filed in a new court after receiving adverse rulings from a previous court, and Google's motion to dismiss requires resolution of the meaning and scope of those rulings. *See supra* §§ B, C. Transfer will allow the court that issued those rulings to address them.

### II.    Mr. Golden Could Have Brought This Action in the Northern District of California

28 U.S.C. § 1404(a) "provides that 'for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.'" *In re Volkswagen AG*, 371 F.3d 201, 202 (5th Cir. 2004). Because motions to transfer do "not involve substantive issues of patent law," the Federal Circuit "applies the laws of the regional circuit in which the district court sits, in this case the Fifth Circuit." *In re TS Tech USA Corp.*, 551 F.3d 1315, 1319 (Fed. Cir. 2008) (citing *Storage Tech. Corp. v. Cisco Sys., Inc.*, 329 F.3d 823, 836 (Fed. Cir. 2003)). "The preliminary question under

§ 1404(a) is whether a civil action 'might have been brought' in the [transfer] destination venue."

*Super Interconnect Techs. v. Google LLC*, No. 21-259, 2021 WL 6015465, at *2 (W.D. Tex.

Nov. 8, 2021) (alteration in original) (quoting *In re Volkswagen of Am., Inc.*, 545 F.3d 304, 312

(5th Cir. 2008)).  Google maintains its "principal place of business at 1600 Amphitheatre

Parkway, Mountain View," in Santa Clara county, in the Northern District of California.  Compl.

at 2; *see* 28 U.S.C. § 84.  Under 28 U.S.C. § 1400(b), Mr. Golden thus could have filed this

action in the Northern District—just as he did file his previous action.  *Supra* § B.

**III.    The Northern District of California, Which Issued the Rulings Mr. Golden Claims
          Allow This Action, Should Determine Whether Res Judicata Applies Here**

Once the Court finds an action "could have been brought" in the proposed transferee

district, *see supra*, it has "broad discretion in deciding whether to order a transfer." *Volkswagen

of Am.*, 545 F.3d at 311 (quoting *Balawajder v. Scott*, 160 F.3d 1066, 1067 (5th Cir. 1998)).  In

this action, the Court should exercise its discretion to transfer the case to the Northern District,

which issued rulings in Mr. Golden's previous litigation that will be central to any resolution of

this action, and which is best suited to determine whether its prior rulings are res judicata here.

When a court issues a ruling and a litigant later files claims implicating that ruling in a

different court, the original "court's familiarity with the parties' dispute also renders it better

suited to determining, in the first instance, which issues and claims in the instant complaint are

precluded by its decision," *Reiffin v. Microsoft Corp.*, 104 F. Supp. 2d 48, 57 (D.D.C. 2000), and

in those circumstances the original court, not the later court, should "determine which claims are

barred by res judicata because they were actually litigated or should have been litigated in the

earlier case." *S. California Ass'n of Gov'ts. v. Kleppe*, 413 F. Supp. 563, 566 (D.D.C. 1976)

(citing *Brotherhood of Locomotive Firemen & Enginemen v. Cent. of Ga. Ry. Co.*, 411 F.2d 320

(5th Cir. 1969)).  Following this rule, courts transfer cases such as this one back to the original

court when "preclusion motions place" the later court "in the position of deciding what exactly"

an earlier court "decided, and whether that decision would be *res judicata* under the preclusion

law of that Circuit." *Eagle-Picher Indus., Inc. v. Am. Emps. Ins. Co.*, 557 F. Supp. 225, 226

(D.D.C. 1983); *see, e.g.*, *United States v. Burns*, No. 08-03, 2008 WL 5263743, at *3 (N.D. W.

Va. Dec. 18, 2008) (finding "transfer to the United States District Court for the Western District

of Kentucky is appropriate" where "deciding issues of res judicata and accord and satisfaction,

including the effect of earlier dismissals without prejudice, can be best addressed by the district

court judge and magistrate judge in that district"); *Reiffin*, 104 F. Supp. 2d at 57; *Seariver Mar.*

*Fin. Holdings, Inc. v. Pena*, 952 F. Supp. 9, 11 (D.D.C. 1997); *S. California*, 413 F. Supp. at 566.

This Court should do the same. Resolution of this action will require determination of

whether previous rulings from the Northern District of California are res judicata here. *Supra*

§§ B, C. Mr. Golden makes those rulings central to his complaint, claiming they enable his

claims of joint infringement in this action. *E.g.*, Compl. at 3-19. Google also considers those

rulings central to this action, but for different reasons: Google contends that the Northern

District's previous rulings require dismissal of Mr. Golden's claims under res judicata. The court

resolving this action will therefore be "in the position of deciding what exactly" the Northern

District "decided, and whether that decision would be *res judicata*." *Eagle-Picher*, 557 F. Supp.

at 226. The court best suited to interpret the Northern District's rulings is the Northern District.

Although the Court should also transfer this action based on the public and private

interest factors set forth below, it may exercise its "broad discretion in deciding whether to order

a transfer" solely on this ground to ensure the "interest of justice." *Volkswagen of Am.*, 545 F.3d

at 311, 313. "The 'interest of justice' of this provision is 'a term broad enough to cover the

particular circumstances of each case, which in sum indicate the administration of justice will be

advanced by transfer.'" *S. California*, 413 F. Supp. at 564 (quoting *Schneider v. Sears*, 265 F. Supp. 257, 263 (S.D.N.Y. 1967)). "Consideration of the interest of justice, which includes judicial economy, 'may be determinative to a particular transfer motion, even if the convenience of the parties and witnesses might call for a different result.'" *Regents of the Univ. of Cal. v. Eli Lilly & Co.*, 119 F.3d 1559, 1565 (Fed. Cir. 1997) (quoting *Coffey v. Van Dorn Iron Works*, 796 F.2d 217, 220-21 (7th Cir. 1986)). The interest of justice suffices to transfer this case.

**IV.     The Northern District of California is a More Convenient District for This Litigation**

    **A.     The Private Interest Factors Favor Transfer**

"If the destination venue would have been a proper venue, then '[t]he determination of "convenience" turns on a number of public and private interest factors, none of which can be said to be of dispositive weight.'" *Proven Networks, LLC v. NetApp, Inc.*, No. 20-369, 2021 WL 4875404, at *1 (W.D. Tex. Oct. 19, 2021) (alteration in original) (quoting *Action Indus., Inc. v. U.S. Fid. & Guar. Co.*, 358 F.3d 337, 340 (5th Cir. 2004)). "The private-interest factors are: '(1) the relative ease of access to source of proof; (2) the availability of compulsory process to secure the attendance of witnesses; (3) the cost of attendance for willing witnesses; and (4) all other practical problems that make trial of a case easy, expeditious and inexpensive.'" *Relink US LLC v. Tesla, Inc.*, No. 23-1093, 2025 WL 2123783, at *3 (W.D. Tex. Apr. 3, 2025) (quoting *Volkswagen of Am.*, 545 F.3d at 315). These factors favor transfer to the Northern District.

    **1.     Relative Ease of Access to the Sources of Proof Favors Transfer**

"The first factor focuses on the location of documents and physical evidence relating to the case." *Relink*, 2025 WL 2123783, at *3 (quoting *In re TikTok, Inc.*, 85 F.4th 352, 358 (5th Cir. 2023)). "If the current district does not have evidence relating to a case, this factor favors transfer." *Relink,* 2025 WL 2123783, at *3. "In 'patent infringement cases, the bulk of the

relevant evidence usually comes from the accused infringer.'" *Id.* at *4 (quoting *In re Nintendo*,
589 F.3d 1194, 1199 (Fed. Cir. 2009)).  "As this Court has previously stated, 'the Federal Circuit
has held that it is an error not to also consider the location of document custodians and location
where documents are created and maintained, which may bear on the ease of retrieval.'"
*WirelessWerx IP, LLC v. Google, LLC*, No. 22-1056, 2023 WL 11921792, at *3 (W.D. Tex.
Apr. 14, 2023) (quoting *WAG Acquisition, L.L.C. v. Google LLC*, No. 21-816, 2022 WL
9569437, at *4 (W.D. Tex. Oct. 5, 2022)).

As the complaint acknowledges, Google's headquarters are in the Northern District.  *See
supra* § II.  Although Mr. Golden has yet to serve preliminary infringement contentions, the
complaint makes broad allegations of infringement against Google and against the entire
"Android Ecosystem," Compl. at 18; although these allegations are too broad to determine a
single location for evidence, Google's headquarters in the Northern District will be a significant
"location of document custodians and location where documents are created and maintained."
*WirelessWerx*, 2023 WL 11921792, at *3 (quoting *WAG Acquisition*, 2022 WL 9569437, at *4).
The complaint also alleges infringement by non-party Waymo LLC, which it acknowledges is
"headquartered in Mountain View, California."  Compl. at 20.  This factor favors transfer.

## 2.    Availability of Compulsory Process Favors Transfer

This factor weighs "heavily in favor of transfer when more third-party witnesses reside
within the transferee venue than reside in the transferor venue."  *In re Apple Inc.,* No. 21-181,
2021 WL 5291804, at *3 (Fed. Cir. Nov. 15, 2021) (quoting *In re Apple, Inc.*, 581 F. App'x 886,
889 (Fed. Cir. 2014)); *see Relink*, 2025 WL 2123783, at *4.  That is so here.  The complaint
alleges infringement by non-party Waymo LLC, which it acknowledges is in the Northern
District.  *Supra* § IV.A.1.  For those non-party witnesses in the Northern District of California,

– 8 –

the subpoena powers of this Court "will be of little other use in this case," while, "[b]y comparison, the subpoena powers of the Northern District of California may be expected to be invaluable, in the event process is required to hale relevant witnesses into court." *In re Acer Am. Corp.*, 626 F.3d 1252, 1255 (Fed. Cir. 2010). "The fact that the transferee venue is a venue with usable subpoena power here weighs in favor of transfer, and not only slightly." *In re Genentech, Inc.*, 566 F.3d 1338, 1345 (Fed. Cir. 2009).

### 3.    Cost of Attendance for Willing Witnesses Favors Transfer

"Testifying imposes external costs on witnesses, even those willing to testify," and "[t]his factor 'attempts to internalize and minimize' these costs by 'favoring the venue that is more convenient from the perspective of willing witnesses.'" *Relink*, 2025 WL 2123783, at *5 (quoting *In re Clarke*, 94 F.4th 502, 515 (5th Cir. 2024)). "The Fifth Circuit has adopted distance as the metric for convenience," where "[t]he factor of inconvenience 'positively and linearly scales' with the distance over one hundred miles witnesses must travel to testify." *Id.* (quoting *Clarke*, 94 F.4th at 515). "When considering this factor, the Court should consider all potential material and relevant witnesses," and "should not accord the convenience of party witnesses less weight." *HD Silicon Sols. LLC v. Microchip Tech. Inc.*, No. 20-1092, 2021 WL 4953884, at *5 (W.D. Tex. Oct. 25, 2021). Witnesses for Google and for non-party Waymo may reside in the Northern District. *See supra.* "While it is true that the witnesses in the Northern District of California are largely affiliated with the parties, that does not negate the inconvenience and cost to those individuals to travel a significant distance to testify." *In re Google LLC*, No. 21-170, 2021 WL 4427899, at *4 (Fed. Cir. Sept. 27, 2021).

Conversely, Mr. Golden lives in South Carolina (Compl. at 2), and thus must travel to either district. "[T]he comparison between the transferor and transferee forums is not altered by

the presence of other witnesses and documents in places outside both forums." *In re Netflix, Inc.*,

No. 22-110, 2022 WL 167470, at *4 (Fed. Cir. Jan. 19, 2022) (quoting *In re Toyota Motor Corp.*,

747 F.3d 1338, 1340 (Fed. Cir. 2014)).  "[W]hen there are numerous witnesses in the transferee

venue and the only other witnesses are far outside the plaintiff's chosen forum, the witness

convenience factor favors transfer." *Relink*, 2025 WL 2123783, at *6 (alteration in original)

(quoting *Google*, 2021 WL 4427899, at *4).

### 4.    Consideration of Other Practical Problems Favors Transfer

"The fourth factor considers all other practical problems that make trial of a case easy,

expeditious and inexpensive." *Relink*, 2025 WL 2123783, at *6 (quoting *TikTok*, 85 F.4th at

362).  This factor strongly favors transfer.  First and foremost, the Northern District is best suited

to decide what the Northern District previously "decided, and whether that decision would be *res

judicata*." *Eagle-Picher*, 557 F. Supp. at 226; *see supra* § III.  In addition, "judicial economy

also supports the transfer of cases to a court that has dealt with the same major issues in other

cases." 15 Charles Alan Wright & Arthur R. Miller, *Fed. Prac. & Proc. Juris.* § 3854 (4th ed.

2025); *see, e.g., Regents*, 119 F.3d. at 1565.  The Northern District of California has already

issued final judgment against Mr. Golden regarding two of the patents in this action, *see supra*

§ B, and should decide whether that ruling is res judicata.  *See supra* § III.  This factor strongly

favors transfer.

### B.    The Public Interest Factors Favor Transfer

The public factors include:  "(5) the administrative difficulties flowing from court

congestion; (6) the local interest in having localized interests decided at home; (7) the familiarity

of the forum with the law that will govern the case; and (8) the avoidance of unnecessary

problems of conflict of laws . . . [or] the application of foreign law." *Relink*, 2025 WL 2123783, at *7 (alterations in original) (quoting *Clarke*, 94 F.4th at 509). They favor transfer.

### 1.    Administrative Difficulties Flowing From Court Congestion is Neutral

"[T]he Federal Circuit has repeatedly 'noted that the Western District of Texas and the Northern District of California show no significant differences in caseload or time-to-trial statistics.'" *USTA Tech., LLC v. Google LLC*, No. 22-1214, 2023 WL 4833481, at *6 (W.D. Tex. July 26, 2023) (quoting *In re Apple Inc.*, 2021 WL 5291804, at *4). Current statistics from the Administrative Office of the U.S. Courts, updated on June 30, 2025, show that this Court and the Northern District have similar median times to trial (32.8 and 37.6 months respectively). *See* https://uscourts.gov/sites/default/files/document/fcms_na_distprofile0630.2025.pdf. The Federal Circuit and this Court have found that congestion is "the most speculative" factor and that when "relevant factors weigh in favor of transfer and others are neutral, then the speed of the transferee district court should not alone outweigh all those other factors." *WAG Acquisition*, 2022 WL 9569437, at *7 (quoting *Genentech*, 566 F.3d at 1347). This factor is neutral.

### 2.    The Northern District Has a Strong Local Interest in this Dispute

"The local interests factor considers 'the local interest in having localized interests decided at home.'" *Relink*, 2025 WL 2123783, at *7 (quoting *Volkswagen of Am.*, 545 F.3d at 315). "[T]he sale of an accused product offered nationwide does not give rise to a substantial interest in any single venue." *Interactive Graphic Sols. LLC v. Microsoft Corp.*, No. 21-462, 2022 WL 1314462, at *6 (W.D. Tex. Apr. 20, 2022) (alteration in original) (quoting *In re Hoffmann-La Roche Inc.*, 587 F.3d 1333, 1338 (Fed. Cir. 2009)). The Federal Circuit has "repeatedly rejected that a party's 'general presence in a particular district' can alone 'give that district a special interest in the case.' Rather, 'what is required is that there be significant

connections between a particular venue and *the events that gave rise to a suit*.'"  *Apple*, 2021 WL

5291804, at *5 (citations omitted) (quoting *In re Google LLC*, No. 21-171, 2021 WL 4592280, at

*5 (Fed. Cir. Oct. 6, 2021)).  In this action, the principal "events that gave rise to a suit" are the

Northern District of California's rulings, which Mr. Golden contends authorize him to bring this

action.  *Supra* § C.  Any other "events that gave rise to a suit" in this action likely relate to the

"Android Ecosystem" and Waymo self-driving cars, and thus may also concern the Northern

District for that reason.  *Supra* §§ IV.A.1, IV.A.2.  "[T]he place of the alleged wrong is one of the

most important factors in venue determinations," *Relink,* 2025 WL 2123783 at *7 (alteration in

original) (quoting *TikTok*, 85 F.4th at 364), especially when "there is no relevant factual

connection to the [transferor district]."  *Relink,* 2025 WL 2123783 at *7 (alteration in original)

(quoting *Volkswagen of Am.*, 545 F.3d at 317-18).  That is the Northern District, where Google

has its headquarters.

Conversely, "the Plaintiff resides outside of this District," *Interactive Graphic Sols.*, 2022

WL 1314462, at *6, *see supra* § IV.A.3, and "[t]he record bears out that the issues and parties

have no relevant connection to the Western District of Texas."  *Alexander v. Corning Inc.*, No.

24-626, Docket No. 39 at 2 (W.D. Tex. Sept. 26, 2025).  This factor favors transfer.

### 3.    The Northern District is More Familiar With the Law That Will Govern the Case, Including Its Own Prior Rulings

Although "[e]ither District is equally capable of applying federal patent law," *Relink*,

2025 WL 2123783, at *8, in this action, "the law that will govern the case" includes the previous

rulings from the Northern District in his case against Google, as well as other cases involving the

patents-in-suit.  *Id.* at *7 (quoting *Clarke*, 94 F.4th at 509); *see supra* §§ B, III.  The best court to

"determine which claims are barred by res judicata because they were actually litigated or should

have been litigated in the earlier case" is the Court that decided "the earlier case," the Northern District of California. *S. California*, 413 F. Supp. at 566.

      **4.**      **Avoiding Problems of Conflict of Laws Favors Transfer**

The factor of "the avoidance of unnecessary problems of conflict of laws . . . [or] the application of foreign law" favors transfer. *Relink*, 2025 WL 2123783, at *7 (alterations in original) (quoting *Clarke*, 94 F.4th at 509). The claims in this action "arise under the federal patent laws, for which there is uniformity nationwide, and which the Northern District of California is equally equipped to address." *In re Link_A_Media Devices Corp.*, 662 F.3d 1221, 1224 (Fed. Cir. 2011). But the Northern District has already addressed two of the patents in this action; should this Court proceed with this action, it could issue a ruling that conflicts with the Northern District's previous rulings. A transfer would avoid this possibility.

      **C.**      **The Public and Private Interest Factors Favor Transfer**

Of the eight public and private factors, seven favor transfer, and one is neutral. As the factors show, the Northern District "has a meaningful local interest in adjudicating the dispute and no meaningful connection exists" with this District. *Hoffmann-La Roche*, 587 F.3d at 1338. This Court should transfer to the Northern District of California.

## <u>CONCLUSION</u>

For the foregoing reasons, Google respectfully requests that the Court transfer this action to the United States District Court for the Northern District of California.

Date: December 10, 2025          Respectfully submitted,

                                        */s/ Brian C. Banner*
                                        Brian C. Banner (State Bar No. 24059416)
                                        Valerie Barker (State Bar No. 24087141)
                                        SLAYDEN GRUBERT BEARD PLLC
                                        401 Congress Avenue, Suite 1650
                                        Austin, Texas, 78701

+1 (512) 402-3569
+1 (512) 402-6865 facsimile
bbanner@sgbfirm.com
vbarker@sgbfirm.com

Matthew S. Warren
Erika H. Warren
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-434@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF CONFERENCE

I certify that on Thursday, December 4, 2025, under Local Rule CV-7(g), the parties met

and conferred in a good-faith attempt to resolve this matter by agreement.  Defendant provided

its position on this motion to plaintiff, and plaintiff expressed his opposition to this motion.

*/s/ Brian C. Banner*
Brian C. Banner

– 14 –

## CERTIFICATE OF SERVICE

I certify that on December 10, 2025, I served the foregoing Defendant Google LLC's

Motion to Transfer on plaintiff Larry Golden by First Class Mail at the following address:

> Larry Golden
> 740 Woodruff Road, No. 1102
> Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive

custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of this document by electronic mail to Mr.

Golden at atpg-tech@charter.net.

_____
Denora Guevara

Exhibit B

**HAROLD P. KIMBALL Jr.**

Enabling Technologies, Inc. (ETI), President
Software Functional Manager / Senior Software Developer Support Systems Associates, Inc. (SSAI), Warner Robins, Georgia

**Education:**
Bachelor of Science in Computer Science, 1990, Mercer University, Macon, Georgia
Associate of Science in Computer Science, 1987, Macon College, Macon, Georgia

**Technical Skills**:
Machines: PCs, SUN, VAX, Alpha
Operating Environments: UNIX, VMS, MS-DOS, Novell Netware, Windows 95 & NT Software:
Sybase, ORACLE, Advantage, FoxPro, Microsoft Word, TBBS bulletin board
Languages: Delphi, SQL, Ada, C, Assembly, Pascal, FoxPro, Pro*C, PL/SQL

**Experience and Accomplishments:**
- Manager *I* Lead Developer for the Digital Mapping Interface System (DMIS)
- Manager / Lead Developer for the AC-130H Gunship Part Task Trainer (pIT).
- Lead Developer for re-engineered Linux based APG-150 Control Unit, AC-130H Gunship
- Designed and coded software (desktop and web) for the C-141 Parts Application Program Indenture (API).
- Designed and coded a Delphi application to manage the AC-130H Gunship's Electrical Load Analysis (ELA) database.
- Designed and coded software for the Integrated Database. The database which uses SQL Server 7.0 tracks Tech Order production by using Work Breakdown Structures
- Designed and coded the Data Replication module for Tracker plus
- Designed and coded the Create Company and Import modules for Tracker plus
- Designed and coded Delphi applications to monitor, save and decode ML-STD-1553 messages
- Designed and coded a Delphi application to track drawings and the fabrication of assemblies for the C-(4) test bench
- Designed and coded the Operational Flight Program (OFP) for the AC-130H Gunship's re-engineered A VQ-19 L TD/R Control Indicator Unit
- Developed a MIL-STD-1553B application in Delphi to load and verify the Display Generator Unit (DGU) OFP for the AC-130H Gunship
- Developed a Delphi application to capture and analyze MIL-STD-1553B data.
- Developed a Windows based Control Display Unit (CDU) simulator in Delphi for AC-130H Gunship crews

1

**DOUG ERWIN CUMBIE**

Enabling Technologies, Inc. (ETI); Computer & Electrical Engineer

**Education:**
BS, Electrical Engineering, University of West Florida, 2007
BS, Computer Engineering, University of Central Florida, 2001

**Job-Related Skills:**
- C and C++ programming (Bortand C++ Builder 6).
- C# (MS Visual Studio 200312005 - desktop and mobile devices)
- Java language (Borland JBuilder, JCreator)
- VHDL knowledge, MC68HC11 microcontroller assembly language
- ASP, VBScript, JavaScript, HTML, SOL, MySOL (Macromedia Dreamweaver)
- PSpice (circuit design), LogicWorks (digital circuit design)
- BASIC, OBasic
- DOS, Windows 9812000IXP, Unix
- Embedded systems

**Experience and Accomplishments:**
- Developed version 3.0 to 5.0 of the Digital Mapping Interface System for Gunships (DMISG) moving map software for AC-130H and AC-130U model gunships.
- Assisted in the development of a moving map software application for a Pocket PC handheld device.
- Software development of the Mil-Std 1553B portion of an AC-130H Navigation and Fire Control Tester computer.
- Developed EEPROM programmer and zymology tester for AC-130H Display Generator Unit
- Software development olathe AC-130H Gunship GPS Trainer
- Assisted in the engineering design and development of the AC-130H Gunship Gun Tester

**Independent Projects:**
Handheld Wireless GPS Tracking Device: Designed and developed with one team member for undergraduate electrical engineering senior design course. The device consisted of a GPS module, microcontroller, LCD display, and a long-range wireless transceiver integrated into a battery powered, portable handheld unit.
UAV Ground Station: Developed a ground control system for communicating with a remote unmanned aerial vehicle. Project was developed for the ECAAT UAV team of the University of West Florida. The software application utilizes a wireless link to provide a real-time display of the UAV's present position and onboard system information on a laptop computer. Additional features developed and currently in progress include: waypoint uploading and modification, target information upload, and manual override

2

**GILBERT E. PACEY, Ph.D.**

CBRNE Coordinator IDCAST
Professor, Director; Miami University Center for Nanotechnology, Department of
Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056
Telephone: 513-529-2875 e-mail paceyge@muohio.edu

**Education:**
Bradley University, BA 1974
Loyola University of Chicago, Ph.D. 1979

**Professional Experiences:**
Assistant Professor, Loyola, University of Chicago (1978-1979)
Assistant Professor, Miami University (1979-1984)
Associate Professor, Miami University (1984-1989)
Professor, Miami University (1989- )
Associate Dean for Research and Scholarship (2003-2008)
Associate Director, Molecular Micro-Spectroscopy Laboratory (1983-1988)
Director; Ohio Micromachining Analytical Chemistry Consortium (1997-2001)

**Publications:**
112. Anita R. Taulbee, Justin A. Heuser, Wolfgang U. Spendel, Gilbert E. Pacey, "Qualitative Analysis of Collective Mode Frequency Shifts in L-alanine using Terahertz Spectroscopy", Anal. Chem., 2009, 81(7), 2664-2667.
111. Sean D. Puckett, Gilbert E. Pacey, "Detection of Water in Jet Fuel Using Layer-by-Layer Thin Film Coated Long Period Grating Sensor", Talanta, 2009, 78, 300-304.
110. Justin Heuser, James Moller, Wolfgang Spendel, and Gilbert Pacey, "Aqueous Foam Drainage Characterized by Terahertz Spectroscopy", Langmuir, 2008, 24(20), 11414-11421.
108. J.A. Heuser, W.U. Spendel, A.N. Pisarenko, C. Yu, M.J. Pechan, and G.E. Pacey, "Formation of Surface Magnetite Nanoparticles from Iron-Exchanged Zeolite using Microwave Radiation", J. Mater. Sci., 2007, 42, 9057–9062.
107. M.M. Wandstrat, W.U. Spendel, G.E. Pacey, and J.A. Cox, "Oxidation of a Phospholipid an Electrode Modified with an Electrochemically Formed Sol-Gel Film Doped with Cyclodextrin, Electroanalysis", Electroanalysis", 2007, 19, No. 2-3, 139 – 143.
106. Burns, Carolyn A.; Ward, K.; Spendel, Wolgang U.; Pacey, Gilbert E. "Ionic Strength Effects on Gold Nanoparticle Surface Plasmon Resonance," Talanta, 2006, 69, 873-876.

**Funding:**
Dr. Pacey has 30 years' experience managing research projects at MU and the last 5 directing all MU research and external funding, intellectual property, and compliance issues. He is currently the CBRNE Sensors Coordinator for the Institute for the Development of Advanced Sensor Technology, IDCAST, which is a $28 million Ohio Third Frontier Wright Center for Innovation focused on sensor development. He is currently funding in THz spectroscopy and imaging (NIH) and CBRNE sensing (million Ohio Research Scholar). He has a career funding record (fund just for his group) exceeding ten million dollars.

# GURU SUBRAMANYAM, Ph.D.

Professor, Electrical & Computer Engineering, University of Dayton
Phone: 937-229-3188; Fax: 937-229-4529, E-mail: Guru.Subramanyam@notes.udayton.edu

## Education:
PhD in Electrical Engineering, University of Cincinnati, 1993
MS in Electrical Engineering, University of Cincinnati, 1988.
BE in Electrical & Electronics Engineering, University of Madras, 1984, (First Class).

## Work Experience:
August 2008- current: Professor, Dept. of ECE, University of Dayton, Dayton, OH.
August 2002-2008: Associate Professor, Dept. of ECE, University of Dayton, Dayton, OH.
August 1998-2002: Assistant Professor, University of Dayton, Dayton, OH.

## Publications (From more than 100 total publications)
- G. Subramanyam, C.M. Bartsch, J. G. Grote, R. R. Naik, L.L. Brott, M. Stone, and A. Campbell, "Effect of external electrical stimuli on DNA-based biopolymers", NANO journal,
- C. M. Bartsch, G. Subramanyam, J. G. Grote, F. K. Hopkins, L. L. Brott, and R. R. Naik, "A new capacitive test structure for microwave characterization of bio-polymers", Microwave and Optical Technology Letters, vol. 49, no.2, pp. 1261-65, June 2007.
- G. Subramanyam, E. Heckman, J. G. Grote, and F. K. Hopkins, "Characterization of DNA    based polymers for microwave photonics applications", IEEE Microwave and Wireless Technology Letters, vol. 15, no.4, pp.232-234, 2005.
- G. Subramanyam, E. Heckman, J. G. Grote, F. K. Hopkins, et al., "Marine DNA derived polymers for microwave photonics applications", Microwave and Optical Technology Letters, vol.46, no.3, pp. 278-282, August 2005.
- G. Subramanyam, F. Ahamed, R. Biggers, "Si MMIC compatible ferroelectric varactor shunt switches", IEEE Microwave and Wireless Component Letters, pp. 739-741, November 2005.

**Funding:** Recent Research on voltage tunable dielectrics and biopolymers: Has been a Principal Investigator (PI) in several funded projects with AFRL, AFOSR, DARPA, NASA, NSF, and Ohio Board of Regents Research Challenge Grants. Total funding as a PI exceeds $1,500,000 to date. Thin film barium strontium titanate (BST) varactor technology developed by Professor Subramanyam has been licensed by a company (Inventis Corp) resulting in a new start-up Analog Bridge Inc.
.
## Recent Collaborators:
Felix A. Miranda, Fred W. Van Keuls, Robert R. Romanofsky, Carl Mueller, Joseph Warner (NASA Glenn Research Center, Cleveland, OH).
Dale Stevens, Chris Bozada, Keith Stamper, Gregory Creech, Tony Quach, Robert Neidhard, Edward Nykiel, Mark Calcatera, Rebecca Cortez, John Ebel, Richard Strawser, Ross Detmer and Steve Schneider (WPAFB, AFRL Sensors Directorate). Rand Biggers (Late), Angela Campbell, James Grote, Ken Hopkins, Rajesh Naik, and Lawrence Brott (WPAFB, AFRL Materials and Manufacturing Directorate), Morley Stone (AFRL Human Effectiveness Directorate)
Perry Yaney, Terry Murray, Joseph Haus, Andrew Sarangan, Qiwen Zhan, Elena Guiliants (University of Dayton).
R. Ramesh (UC Berkley), T. Venkatesan, S. Aggarwal, and C.L. Canedy (University of Maryland)
C.L. Chen (University of Texas, San Antonio), P. Boolchand (University of Cincinnati), S. Dey (Arizona State University), R. Katiyar (University of Puerto-Rico).

**WOLFGANG U. SPENDEL, Ph.D.**

Research Scientist IDCAST/Miami University Center for Nanotechnology, Department of
Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056
Telephone: 513-529-8081 e-mail spendewu@muohio.edu

**Education:**
Ph.D. Physical Chemistry, Pennsylvania State University, State College PA, 1978
BS Chemistry, Grand Valley State College, Allendale, MI, 1974
Electronics Design Associates Degree, Cleveland Institute of Electronics, 1994

**Work Experience:**
Miami University, Ohio - Research Associate, Industry Liaison                                    2003
IMP Inc. (Consulting Position) Advanced Technology Development                        2002
Procter & Gamble, Cincinnati, OH                                                                1978 - 2002
Principal Scientist - Research and development leader responsible for technology development and
project management. Principal Scientists selected as the top 5% of the P&G's R&D staff.
Temple University, Philadelphia, PA. - Post-Doctoral Fellow                                       1978
United States Marine Corps                                                                        1966 – 1970

**Publications/Patents:**
1. Justin Heuser, James Moller, Wolfgang Spendel, and Gilbert Pacey, "Aqueous Foam
   Drainage Characterized by Terahertz Spectroscopy, Langmuir, 2008, 24(20), 11414-11421.
2. Heuser, J. A., Spendel, W. U., Pisarenko, A. N., Yu, C., Pechan, M. J., Pacey, G. E.,
   Formation of surface magnetite nanoparticles from iron-exchanged zeolite using
   microwave radiation; J. Mater. Sci., 42, 9057 – 9062, 2007.
3. M.M. Wandstrat, W.U. Spendel, G.E. Pacey, and J.A. Cox, Oxidation of a Phospholipid at
   an Electrode Modified with an Electrochemically Formed Sol-Gel Film Doped with
   Cyclodextrin, Electroanalysis, 19, 139-143, 2007.
4. S.D. Puckett, J.A. Heuser, J.D. Keith, W.U. Spendel, and G.E. Pacey, "Interaction of Ozone
   with Gold Nanoparticles", Talanta (2005), 66(5), 1242 – 1246
5. Burns, C.; Spendel, W. U.; Pacey, G. E.; "Solution ionic strength effect on nanoparticle
   solution color transition"; Talanta (2006), 69(4), 873-876
6. U. S. Patent Compositions containing modified chitosan for fabric treatment (coinventor J.
   L. Moe, 2002)
7. U. S. Patent Modified starch-based polymer-containing fabric care compositions and
   methods employing same (coinventor J. L. Moe, 2001)
8. U. S. Patent: Method for Making Soft Tissue Paper Using Polysiloxane Compound (patent
   no. 5,164,046; coinventor R. S. Ampulski).
9. U. S. Patent: Method for Highly Efficient Laundering of Textiles (patent no. 4,489,455;
   Dec. 25, 1984)
10. U. S. Patent: Apparatus for Highly Efficient Laundering of Textiles (patent no. 4,489,574;
    Dec. 25, 1984)

**WILLIAM H. STEINECKER, Ph.D.**

IDCAST Research Scholar
Department of Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056
Telephone: 937-285-4814, Fax: 513-529-5715, e-mail steinewh@muohio.edu

**Education and Training:**
Miami University, BS 2001
University of Michigan, MS 2003
University of Michigan, Ph.D. 2006

**Professional Experiences:**
Undergraduate Student Research Assistant, Miami University (1998-2001)
Graduate Student Instructor, University of Michigan (2001-2002)
Graduate Student Research Assistant, University of Michigan (2001-2006)
Post-Doctoral Researcher, Schlumberger-Doll Research (2006-2008)
Research Scientist, Schlumberger: Oil phase DBR (2008)

**Publications:**
1. Rowe, M.P.; Steinecker, W.H.; Zellers, E.T. "Comparison of the Biphasic and Single Phase Synthesized Gold Nanoparticles as Vapor Sensing Chemiresistors." In preparation.
2. Rowe, M.P.; Steinecker, W.H.; Zellers, E.T. "Selective Detection of Environmental Tobacco Smoke Marker Compounds with Gold Nanoparticle Sorptive Sensors." In preparation.
3. Kaanta, B.C.; Chen, H.; Lambertus, G.R.; Steinecker, W.H.; Zhdaneev, O.; Zhang, X. "High Sensitivity Micro-Thermal Conductivity Detector for Gas Chromatography," Proceedings of IEEE MEMS '09, **2009**, page numbers not yet available.
4. Zhong, Q.; Steinecker, W.H.; Zellers, E.T. "Characterization of a High-Performance Portable GC with a Chemiresistor Array Detector." The Analyst, **2009**, 134(2), 283-293.
5. Kim, H.; Steinecker, W.H.; Lambertus, G.R.; Astle, A.A.; Najafi, K.; Zellers, E.T.; Washabaugh, P.D.; Bernal, L.P.; Wise, K.D. "Micropump-Driven High-Speed MEMS Gas Chromatography System." Proceedings of Transducers '07, **2007**, 1505-1508.
6. Steinecker, W.H.; Rowe, M.P.; Zellers, E.T. "Model of Vapor-Induced Resistivity Changes in Gold-Thiolate Monolayer-Protected Nanoparticle Sensor Films." Anal. Chem., **2007**, 79(13), 4977-4986.
7. Zhong, Q.; Veeneman, R.A.; Steinecker, W.H.; Jia, C.; Batterman, S.A.; Zellers, E.T. "Rapid Determination of ETS Markers with a Prototype Field-Portable GC Employing a Microsensor Array Detector." J. Environmental Monitoring, **2007**, 9(5), 440-448.
8. Rowe, M.P.; Steinecker, W.H.; Zellers, E.T. "Exploiting Charge-Transfer Complexation for Selective Measurement of Gas-Phase Olefins with Nanoparticle-Coated Chemiresistors." Anal. Chem., **2007**, 79(3), 1164-1172.

**JAMES A. COX, Ph.D.**

Professor of Chemistry, Department of Chemistry and Biochemistry, Miami University, Oxford, OH 45056

**Educational:**
Ph.D. 1967 Chemistry University of Illinois
BS Chemistry. 1963 Chemistry University of Minnesota

**Professional Experiences:**
1994-present Professor Miami University
1987-1994 Professor and Chair Miami University
1967-1986 Professor (Ass't - Full) Southern Illinois University Carbondale
1967-1969 Research Associate University of Wisconsin Madison (50%)
1967-1969 Lecturer University of Wisconsin Madison (50%)

**Publications (156 Total)**

1. A.Z. Ernst, S. Zoladek, K. Wiaderek, A. Kolary-Zurowska, K. Miecznikowski, P.J. Kulesza, J.A. Cox, Network Films of Conducting Polymer-Linked Polyoxometalate-Modified Gold Nanoparticles: Preparation and Electrocatalytic Reactivity Toward Hydrogen Peroxide, Electrochimica Acta 53, 3924-3931, 2008.
2. A.Z. Ernst, L. Sun, K. Wiaderek, A. Kolary, S. Zoladek, P.J. Kulesza, J.A. Cox, Synthesis of Polyoxometalate-Protected Gold Nanoparticles by a Ligand-Exchange Method: Application to the Electrocatalytic Reduction of Bromate, Electroanalysis, 19-20, 2103-2109, 2007.
3. M.M Wandstrat and J.A. Cox, Preconcentration and Determination of a Phospholipid at a Surface Modified by Layer-by-Layer Assembly, Electroanalysis, 19, 49-54, 2007.
4. M.M. Wandstrat, W.U. Spendel, G.E. Pacey, and J.A. Cox, Oxidation of a Phospholipid at an Electrode Modified with an Electrochemically Formed Sol-Gel Film Doped with Cyclodextrin, Electroanalysis, 19, 139-143, 2007.
5. D.V. Ca, L. Sun, J.A. Cox, Optimization of the Dispersion of Gold and Platinum Nanoparticles on Indium Tin Oxide for the Electrocatalytic Oxidation of Cysteine and Arsenite, Electrochimica Acta, 51, 2188-2194, 2006.



# Augustus Way Fountain III

University of South Carolina
Verified email at mailbox.sc.edu - Homepage
Analytical Chemistry Laser Spectroscopy Raman Spectroscopy Surface Enhanced Raman Spectroscopy CBRNE

TITLE

### Coherent Plasmon-Exciton Coupling in Silver Platelet-J-aggregate Nanocomposites
BG DeLacy, O Miller, CW Hsu, Z Zander, SD Lacey, R Yagloski, ...
Nano Letters

### Classification of chemical and biological warfare agent simulants by surface-enhanced Raman spectroscopy and multivariate statistical techniques
WF Pearman, AW Fountain
Applied spectroscopy 60 (4), 356-365

### Photonic integrated circuits for Department of Defense-relevant chemical and biological sensing applications: state-of-the-art and future outlooks
R Chandrasekar, ZJ Lapin, AS Nichols, RM Braun, AW Fountain III
Optical Engineering 58 (2), 020901-020901

### Optimization of surface-enhanced Raman spectroscopy conditions for implementation into a microfluidic device for drug detection
ND Kline, A Tripathi, R Mirsafavi, I Pardoe, M Moskovits, C Meinhart, ...
Analytical chemistry 88 (21), 10513-10522

### Raman spectroscopy for homeland security applications
G Mogilevsky, L Borland, M Brickhouse, AW Fountain III
International Journal of Spectroscopy 2012 (1), 808079

### Semi-automated detection of trace explosives in fingerprints on strongly interfering surfaces with Raman chemical imaging
A Tripathi, ED Emmons, PG Wilcox, JA Guicheteau, DK Emge, ...
Applied Spectroscopy 65 (6), 611-619

### Raman chemical imaging of explosive-contaminated fingerprints
ED Emmons, A Tripathi, JA Guicheteau, SD Christesen, AW Fountain
Applied spectroscopy 63 (11), 1197-1203

### Kinetics and reaction mechanisms of thiophenol adsorption on gold studied by surface-enhanced Raman spectroscopy
A Tripathi, ED Emmons, SD Christesen, AW Fountain III, JA Guicheteau

8

## TITLE

The Journal of Physical Chemistry C 117 (44), 22834-22842

### Recent advances and remaining challenges for the spectroscopic detection of explosive threats
AW Fountain III, SD Christesen, RP Moon, JA Guicheteau, ED Emmons
Applied spectroscopy 68 (8), 795-811

### Quantitative and qualitative analysis of some inorganic compounds by Raman spectroscopy
DR Lombardi, C Wang, B Sun, AW Fountain, TJ Vickers, CK Mann, ...
Applied spectroscopy 48 (7), 875-883

### Dielectrophoretic nanoparticle aggregation for on-demand surface enhanced Raman spectroscopy analysis
R Salemmilani, BD Piorek, RY Mirsafavi, AW Fountain III, M Moskovits, ...
Analytical chemistry 90 (13), 7930-7936

### Critical role of adsorption equilibria on the determination of surface-enhanced Raman enhancement
A Tripathi, ED Emmons, AW Fountain III, JA Guicheteau, M Moskovits, ...
ACS nano 9 (1), 584-593

### Bioaerosol analysis with Raman chemical imaging microspectroscopy
A Tripathi, RE Jabbour, JA Guicheteau, SD Christesen, DK Emge, ...
Analytical Chemistry 81 (16), 6981-6990

### Characterization of polymorphic states in energetic samples of 1, 3, 5-trinitro-1, 3, 5-triazine (RDX) fabricated using drop-on-demand inkjet technology
ED Emmons, ME Farrell, EL Holthoff, A Tripathi, N Green, RP Moon, ...
Applied Spectroscopy 66 (6), 628-635

### Factors that affect the accuracy of Raman shift measurements on multichannel spectrometers
AW Fountain, TJ Vickers, CK Mann
Applied spectroscopy 52 (3), 462-468

### A standard method to inactivate Bacillus anthracis spores to sterility via gamma irradiation
CK Cote, T Buhr, CB Bernhards, MD Bohmke, AM Calm, ...
Applied and environmental microbiology 84 (12), e00106-18

### Fate dynamics of environmentally exposed explosive traces
RR Kunz, KE Gregory, MJ Aernecke, ML Clark, A Ostrinskaya, ...
The Journal Of Physical Chemistry A 116 (14), 3611-3624

### Polymeric humidity sensor based on laser carbonized polyimide substrate
JM Ingram, M Greb, JA Nicholson, AW Fountain III
Sensors and Actuators B: Chemical 96 (1-2), 283-289

### Ultraviolet resonance Raman spectroscopy of explosives in solution and the solid state
ED Emmons, A Tripathi, JA Guicheteau, AW Fountain III, SD Christesen
The Journal of Physical Chemistry A 117 (20), 4158-4166

TITLE

Theory of SERS enhancement: general discussion
D Graham, R Goodacre, H Arnolds, JF Masson, G Schatz, J Baumberg, ...
Faraday discussions 205, 173-211

Detection of papaverine for the possible identification of illicit opium cultivation
RY Mirsafavi, K Lai, ND Kline, AW Fountain III, CD Meinhart, M Moskovits
Analytical chemistry 89 (3), 1684-1688

A comparative study of the gaseous products generated by thermal and ultra-violet laser pyrolyses of the polyimide PMDA-ODA
SF Dinetz, EJ Bird, RL Wagner, AW Fountain III
Journal of analytical and applied pyrolysis 63 (2), 241-249

Quantitative Comparison of Trace Organonitrate Explosives Detection by GC-MS and GC-ECD$^2$ Methods with Emphasis on Sensitivity
KE Gregory, RR Kunz, DE Hardy, AW Fountain III, SA Ostazeski
Journal of chromatographic science 49 (1), 1-7

Surface-enhanced Raman scattering (SERS) evaluation protocol for nanometallic surfaces
JA Guicheteau, ME Farrell, SD Christesen, AW Fountain III, PM Pellegrino, ...
Applied spectroscopy 67 (4), 396-403

Handheld dual-wavelength Raman instrument for the detection of chemical agents and explosives
SD Christesen, JA Guicheteau, JM Curtiss, AW Fountain III
Optical Engineering 55 (7), 074103-074103

Optimization of substrates for surface-enhanced Raman spectroscopy of bacteria
NF Fell Jr, AGB Smith, M Vellone, AW Fountain III
Vibrational spectroscopy-based sensor systems 4577, 174-181

Molecular structure and solvent factors influencing SERS on planar gold substrates
A Tripathi, ED Emmons, ND Kline, SD Christesen, AW Fountain III, ...
The Journal of Physical Chemistry C 122 (18), 10205-10216

Comparison of visible and near-infrared Raman cross-sections of explosives in solution and in the solid state
ED Emmons, JA Guicheteau, AW Fountai III, SD Christesen
Applied Spectroscopy 66 (6), 636-643

Assessing metal nanofabricated substrates for surface-enhanced Raman scattering (SERS) activity and reproducibility
J Guicheteau, S Christesen, D Emge, P Wilcox, AW Fountain
Applied Spectroscopy 65 (2), 144-151

Development and characterization of electrochemical devices using ultraviolet laser induced carbonization of polyimide films
GH Wynn, AW Fountain

## TITLE

Journal of the Electrochemical Society 144 (11), 3769

### Effect of substituents on surface equilibria of thiophenols and isoquinolines on gold substrates studied using surface-enhanced Raman spectroscopy
ED Emmons, JA Guicheteau, AW Fountain, A Tripathi
Physical Chemistry Chemical Physics 22 (28), 15953-15965

### Routine wavenumber calibration of an FT-Raman spectrometer
AW Fountain III, CK Mann, TJ Vickers
Applied spectroscopy 49 (7), 1048-1053

### Analytical SERS: general discussion
H Aitchison, J Aizpurua, H Arnolds, J Baumberg, S Bell, A Bonifacio, ...
Faraday Discussions 205, 561-600

### Reassessing SERS enhancement factors: using thermodynamics to drive substrate design
JA Guicheteau, A Tripathi, ED Emmons, SD Christesen, AW Fountain
Faraday Discussions 205, 547-560

### Review of chemical signature databases
L Borland, M Brickhouse, T Thomas, AW Fountain III
Analytical and bioanalytical chemistry 397 (3), 1019-1028

### Electron-Deficient Aryl β-Diketones: Synthesis and Novel Tautomeric Preferences
JC Sloop, PD Boyle, AW Fountain, WF Pearman, JA Swann
European Journal of Organic Chemistry 2011 (5), 936-941

### Sequential Raman chemical imaging and biometric analysis on fingerprints for rapid identification of threat materials and individuals
JA Guicheteau, H Swofford, A Tripathi, PG Wilcox, ED Emmons, ...
Journal of Forensic Identification 63 (1), 90

### Long-range standoff detection of chemical, biological, and explosive hazards on surfaces
AW Fountain III, JA Guicheteau, WF Pearman, TH Chyba, SD Christesen
Micro-and Nanotechnology Sensors, Systems, and Applications II 7679, 135-147

### Quantitative surface-enhanced Raman spectroscopy chemical analysis using citrate as an in situ calibrant
R Salemmilani, RY Mirsafavi, AW Fountain, M Moskovits, CD Meinhart
Analyst 144 (5), 1818-1824

### Detection of an explosive simulant via electrical impedance spectroscopy utilizing the UiO-66-NH 2 metal–organic framework
GW Peterson, M Mcentee, CR Harris, AD Klevitch, AW Fountain, JR Soliz, ...
Dalton Transactions 45 (43), 17113-17116

### Measurement of trace explosive residues in a surrogate operational environment: implications for tactical use of chemical sensing in C-IED operations

11

## TITLE

RR Kunz, KC Gregory, D Hardy, J Oyler, SA Ostazeski, AW Fountain III
Analytical and bioanalytical chemistry 395 (2), 357-369

### Trace explosive detection in fingerprints with Raman chemical imaging
A Tripathi, ED Emmons, JA Guicheteau, SD Christesen, PG Wilcox, ...
Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing ...

### Novel fluorinated indanone, tetralone and naphthone derivatives: synthesis and unique structural features
JC Sloop, PD Boyle, AW Fountain, C Gomez, JL Jackson, WF Pearman, ...
Applied Sciences 2 (1), 61-99

### Photonic nanostructures as SERS substrates for reproducible characterization of bacterial spores
JEP Jones, NF Fell Jr, TA Alexander, AW Fountain III
Chemical and Biological Sensing V 5416, 94-104

### Photooxidative bleaching of chlorophyllin
M Salin, L Alvarez, B Lynn, B Habulihaz, A Fountain
Free Radical Research 31 (Supplement 1), 97-105

### Spectral characterization of RDX, ETN, PETN, TATP, HMTD, HMX, and C-4 in the mid-infrared region
CS Yang, BR Williams, A Tripathi, MS Hulet, AC Samuels, JA Domanico, ...

### Preparation of Chemical Samples on Relevant Surfaces Using Inkjet Technology
RP Moon, JA Guicheteau, SD Christesen, I Fountain, W Augustus, ...

### Identification of nucleophilic and electrophilic binding sites on gold surface-enhanced Raman substrates
A Tripathi, ED Emmons, AW Fountain III, SD Christesen, JA Guicheteau
The Journal of Physical Chemistry C 120 (41), 23523-23528

### Laser spectroscopy for the detection of chemical, biological and explosive threats
SD Christesen, AW Fountain III, JA Guicheteau, TH Chyba, WF Pearman
Laser Spectroscopy for Sensing, 393-420

### Proximal and point detection of contaminated surfaces using Raman spectroscopy
JA Guicheteau, SD Christesen, A Tripathi, ED Emmons, PG Wilcox, ...
Optics and Photonics for Counterterrorism and Crime Fighting VII; Optical ...

### Development of a thermal evaporation cell for gas-phase infrared absorption spectroscopy of compounds with low volatility
JM Ingram, AW Fountain III
Applied spectroscopy 61 (11), 1254-1258

### Long range standoff detection of chemical and explosive hazards on surfaces
AW Fountain III, SD Christesen, JA Guicheteau, WF Pearman, T Chyba

12

TITLE

Optically Based Biological and Chemical Detection for Defence V 7484, 21-31

## Coordination of Quantum Dots in a Polar Solvent by Small-Molecule Imidazole Ligands
ABG Nuwanthaka P. Jayaweera, John H. Dunlap, Fiaz Ahmed, Taylor Larison ...
Inorganic Chemistry 61 (28), 10942-10949

## Raman detection of explosives
SD Christesen, AW Fountain III, ED Emmons, JA Guicheteau
Laser Based Optical Detection of Explosives, 99-123

## Raman and Surface-Enhanced Raman for Military Applications
J Guicheteau, S Christesen, A Tripathi, E Emmons, D Emge, P Wilcox, ...
AIP Conference Proceedings 1267 (1), 1069-1070

## Chemical, biological, radiological, nuclear, and explosives (CBRNE) sensing IX
JM Oyler, SA Ostazeski
SPIE/International Society for Optical Engineering

## Transforming Defense Basic Research Strategy
AW Fountain III
The US Army War College Quarterly: Parameters 34 (4), 7

## Use of metal-organic frameworks and metal oxides for sensing chemicals using electrical impedance spectroscopy
GW Peterson, AW Fountain III, JR Soliz, AJ Hauser
US Patent 10,495,592

## Sensing of NO 2 with zirconium hydroxide via frequency-dependent electrical impedance spectroscopy
CR Harris, JR Soliz, AD Klevitch, MJ Bartz, JA Rossin, AW Fountain, ...
Dalton Transactions 46 (33), 10791-10797

## Free surface microfluidic/SERS for detection of gas-phase DNT
BD Piorek, SJ Lee, N Judy, CD Meinhart, M Moskovits, A Fountain, ...
Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing …

## Sensing Impacts of the Fate of Trace Explosives Signatures under Environmental Conditions
ML Clark, MJ Aernecke, KE Gregory, DE Hardy, RR Kunz, I Fountain, ...

## Characterizing the spectral reproducibility of quartz-bound Au nanoparticle substrates for surface-enhanced Raman spectroscopy
WN Radicic, EV Ni, C Tombrello, AW Fountain III
Chemical and Biological Sensing VII 6218, 14-22

## Chemical fingerprint identification system: beyond concept and towards applications for field expeditionary military forensic analysis
JA Guicheteau, A Tripathi, MK Allred, T Olvera, ED Emmons, PG Wilcox, ...
Counterterrorism, Crime Fighting, Forensics, and Surveillance Technologies …

TITLE

Light-emitting element based on laser carbonized polymer substrate
JM Ingram, AW Fountain III, TM Spudich
US Patent 8,587,188

Standard method for characterizing SERS substrates
JA Guicheteau, ME Hankus, SD Christesen, AW Fountain III, ...
Micro-and Nanotechnology Sensors, Systems, and Applications IV 8373, 485-492

Explosives sensing using multiple optical techniques in a standoff regime with a common platform
AR Ford, RD Waterbury, DM Vunck, JB Rose, TB Blank, KR Pohl, ...
Advanstar Communications Inc.

Explosives signatures and analysis
AW Fountain III, JM Oyler, SA Ostazeski
Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing ...

SPIE: Washington
AW Fountain, J Patrick, PJ Gardner
DC, USA

An algorithm for wavelength calibration in hyperspectral imaging camera
E Lo, AW Fountain
Algorithms and Technologies for Multispectral, Hyperspectral, and ...

Multivariate statistical classification of surface enhanced Raman spectra of chemical and biological warfare agent simulants
AW Fountain III, WF Pearman
Chemical and Biological Sensors for Industrial and Environmental Security ...

Characterization of photonic nanostructures used as surface-enhanced Raman substrates for bacterial spores
JP Jones, TA Alexander, NF Fell Jr, AW Fountain III
Optically Based Biological and Chemical Sensing for Defence 5617, 323-333

Surface-enhanced Raman substrate optimization for bacterial identification
JP Jones, NF Fell Jr, TA Alexander, K Dorschner, C Tombrello, BR Reis, ...
Sensors, and Command, Control, Communications, and Intelligence (C3I ...

Exploring Digital Signals and Noise in Instrumental Analysis: SignalsNoise. mcd
AW Fountain III
Journal of Chemical Education 78 (2), 271

Use of multivariate analysis to determine temperature from low-resolution infrared spectra of carbon dioxide
MP Szczepanski, AW Fountain
Applied Spectroscopy 54 (2), 197-201

TITLE

Chemical, Biological, Radiological, Nuclear, and Explosive Threats: An Introduction
AW Fountain III
Handbook of Security Science, 703-708

CBRNE sensing at 20 years: a retrospection and prospects for the future
AW Fountain III
Chemical, Biological, Nuclear, and Explosives (CBRNE) Sensing …

Development of inkjet-deposited test standards for optical sensors
R Moon, K Hung, E Roese, A Tripathi, E Emmons, AW Fountain III, ...
Electro-Optical Remote Sensing XII 10796, 92-98

Raman Chemical Imaging of Explosive-Contaminated Fingerprints for Forensic Attribution
AW Fountain, A Tripathi, ED Emmons, PG Wilcox, JA Guicheteau, ...
Applied Industrial Optics: Spectroscopy, Imaging and Metrology, AIWA1

Comparison of Absolute Raman Cross Sections of Explosives in the Solid State and in Solution
ED Emmons, AW Fountain III, JA Guicheteau, SD Christesen
AIP Conference Proceedings 1267 (1), 508-509

Investigating Photonic nanostructures for reproducible characterization of bacterial spores
JEP Jones, NF Fell Jr, T Alexander, C Tombrello, AW Fountain III
Chemical and Biological Point Sensors for Homeland Defense 5269, 192-202

Development and optimization of a laser carbonized polyimide film as a sensor substrate for an all-polymer humidity sensor
JM Ingram, JA Nicholson, AW Fountain III
Polyimides and Other High Temperature Polymers 2, 437

Thermal and UV laser pyrolysis of the polyimide PMDA-ODA: analysis of the gaseous products by time-resolved and discrete infrared spectroscopy
SF Dinetz, EJ Bird, RL Wagner, AW Fountain III
Polyimides and Other High Temperatur Polymers, 55-63

Rapid detection of drugs and explosives for forensic analysis
CD Meinhart, M Moskovits, AW Fountain, ND Kline

Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing XVIII
AW Fountain III, JA Guicheteau
Proc. of SPIE Vol 10183, 1018301-1

Ultraviolet Surface-Enhanced Raman Scattering for Detection Applications
ED Emmons, JA Guicheteau, AW Fountain III
ARMY EDGEWOOD CHEMICAL BIOLOGICAL CENTER APG MD

Ultraviolet resonance Raman spectroscopy of nitroaromatic compounds for standoff detection applications

TITLE

ED Emmons, JA Guicheteau, SD Christesen, AW Fountain III
Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing …

Biological aerosol background characterization
J Blatny, AW Fountain III
Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing …

Raman Chemical Imaging of Explosive Contaminated Fingerprints for Forensic Applications
ED Emmons, A Tripathi, JA Guicheteau, SD Christesen, AW Fountain III
Advanstar Communications Inc.

Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing X
A Fountain, PJ Gardner
SPIE/International Society for Optical Engineering

Chemical and Biological Sensing VIII
A Fountain
SPIE/International Society for Optical Engineering

Book Review: Handbook of Near-Infrared Analysis, Infrared and Raman Characteristic Group Frequencies: Table and Charts, Mass Spectrometry Principles and Applications, Mass …
KW Busch, H Wang, GW Small, AW Fountain III
Applied Spectroscopy 56 (3), 82A-83A

Focal Point Article
M Diem, S Boydston-White, L Chiriboga
Appl. Spectrosc 53 (4), 148A-161A

Abscissa calibration and transfer for the development of instrument independent Raman spectra
AW Fountain III
The Florida State University

Evaluation of the zero x plus/gold Raman microscope objective for representative sampling of pharmaceutical tablets
AW Fountain III
Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing …

5 Raman Detection
SD Christesen, AW Fountain III, ED Emmons, JA Guicheteau
Laser-Based Optical Detection of Explosives, 99

Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing XIX
JA Guicheteau, AW Fountain III, CR Howle
Proc. of SPIE Vol 10629, 1062901-1

Sensing of NO with Zirconium Hydroxide via Electrical Impedance Spectroscopy
C Harris, J Soliz, A Klevitch, J Rossin, A Fountain III, G Peterson, ...
Bulletin of the American Physical Society 61

16

TITLE

Chemical, Biological, Radiological, Nuclear, and Explosives (CBRNE) Sensing XVII
AW Fountain III
Proc. of SPIE Vol 9824, 982401-1

Sensing of $NO_2$ with Zirconium Hydroxide via Electrical Impedance Spectroscopy
C Harris, J Soliz, A Klevitch, J Rossin, A Fountain III, G Peterson, ...
APS March Meeting Abstracts 2016, C51. 003

Detection of Trace Materials Concomitant with Fingerprints Using a Multispectral UV Camera
W Huang, BL Shoop, AW Fountain
Laser Science, JW2A. 84



# Thomas Thundat

Other names
Professor, University at Buffalo
Verified email at buffalo.edu - Homepage
Nanotechnology nanosensors

TITLE

**Bioassay of prostate-specific antigen (PSA) using microcantilevers**
G Wu, RH Datar, KM Hansen, T Thundat, RJ Cote, A Majumdar
Nature biotechnology 19 (9), 856-860

**Adsorption-induced surface stress and its effects on resonance frequency of microcantilevers**
GY Chen, T Thundat, EA Wachter, RJ Warmack
Journal of Applied Physics 77 (8), 3618-3622

**Origin of nanomechanical cantilever motion generated from biomolecular interactions**
G Wu, H Ji, K Hansen, T Thundat, R Datar, R Cote, MF Hagan, ...
Proceedings of the National Academy of Sciences 98 (4), 1560-1564

**Detection of mercury vapor using resonating microcantilevers**
T Thundat, EA Wachter, SL Sharp, RJ Warmack
Applied Physics Letters 66 (13), 1695-1697

**Nanotechnologies for biomolecular detection and medical diagnostics**
MMC Cheng, G Cuda, YL Bunimovich, M Gaspari, JR Heath, HD Hill, ...
Current opinion in chemical biology 10 (1), 11-19

**Thermal and ambient-induced deflections of scanning force microscope cantilevers**
T Thundat, RJ Warmack, GY Chen, DP Allison
Applied Physics Letters 64 (21), 2894-2896

**Cantilever-based optical deflection assay for discrimination of DNA single-nucleotide mismatches**
KM Hansen, HF Ji, G Wu, R Datar, R Cote, A Majumdar, T Thundat
Analytical Chemistry 73 (7), 1567-1571

**Stretchable, injectable, and self-healing conductive hydrogel enabled by multiple hydrogen bonding toward wearable electronics**
J Chen, Q Peng, T Thundat, H Zeng
Chemistry of Materials 31 (12), 4553-4563

18

TITLE

Nanosensors for trace explosive detection
L Senesac, TG Thundat
Materials today 11 (3), 28-36

Organic-inorganic hybrid functional materials: An integrated platform for applied technologies
SH Mir, LA Nagahara, T Thundat, P Mokarian-Tabari, H Furukawa, ...
Journal of The Electrochemical Society 165 (8), B3137-B3156

A novel approach toward fabrication of high performance thin film composite polyamide membranes
B Khorshidi, T Thundat, BA Fleck, M Sadrzadeh
Scientific reports 6 (1), 22069

Preparation and characterization of STM tips for electrochemical studies
LA Nagahara, T Thundat, S Lindsay
Review of scientific instruments 60 (10), 3128-3130

Resonance response of scanning force microscopy cantilevers
GY Chen, RJ Warmack, T Thundat, DP Allison, A Huang
Review of Scientific Instruments 65 (8), 2532-2537

Enhanced functionality of cantilever based mass sensors using higher modes
S Dohn, R Sandberg, W Svendsen, A Boisen
Applied Physics Letters 86 (23)

Microcantilever sensors
T Thundat, PI Oden, RJ Warmack
Microscale Thermophysical Engineering 1 (3), 185-199

Glucose biosensor based on the microcantilever
J Pei, F Tian, T Thundat
Analytical Chemistry 76 (2), 292-297

Vapor detection using resonating microcantilevers
T Thundat, GY Chen, RJ Warmack, DP Allison, EA Wachter
Analytical Chemistry 67 (3), 519-521

Microcantilever biosensors
KM Hansen, T Thundat
Methods 37 (1), 57-64

Carbon fiber doped thermosetting elastomer for flexible sensors: physical properties and microfabrication
A Khosla, S Shah, MDNI Shiblee, SH Mir, LA Nagahara, T Thundat, ...
Scientific reports 8 (1), 12313

Gold grown epitaxially on mica: conditions for large area flat faces
JA DeRose, T Thundat, LA Nagahara, SM Lindsay
Surface Science 256 (1-2), 102-108

19

TITLE

Direct-current triboelectricity generation by a sliding Schottky nanocontact on MoS$_2$ multilayers
J Liu, A Goswami, K Jiang, F Khan, S Kim, R McGee, Z Li, Z Hu, J Lee, ...
Nature nanotechnology 13 (2), 112-116

In-vivo orthopedic implant diagnostic device for sensing load, wear, and infection
BMC Evans III, TG Thundat, RD Komistek, DA Dennis, M Mahfouz
US Patent 7,097,662

Sensitive detection of plastic explosives with self-assembled monolayer-coated microcantilevers
LA Pinnaduwage, V Boiadjiev, JE Hawk, T Thundat
Applied Physics Letters 83 (7), 1471-1473

A microsensor for trinitrotoluene vapour
LA Pinnaduwage, A Gehl, DL Hedden, G Muralidharan, T Thundat, ...
Nature 425 (6957), 474-474

Viscous drag measurements utilizing microfabricated cantilevers
PI Oden, GY Chen, RA Steele, RJ Warmack, T Thundat
Applied physics letters 68 (26), 3814-3816

Micromechanical sensors for chemical and physical measurements
EA Wachter, T Thundat
Review of Scientific Instruments 66 (6), 3662-3667

Cantilever sensors: nanomechanical tools for diagnostics
R Datar, S Kim, S Jeon, P Hesketh, S Manalis, A Boisen, T Thundat
MRS bulletin 34 (6), 449-454

Exclusive self-aligned β-phase PVDF films with abnormal piezoelectric coefficient prepared via phase inversion
N Soin, D Boyer, K Prashanthi, S Sharma, AA Narasimulu, J Luo, ...
Chemical Communications 51 (39), 8257-8260

A coupling for success: Controlled growth of Co/CoOx nanoshoots on perovskite mesoporous nanofibres as high-performance trifunctional electrocatalysts in alkaline condition
B Hua, M Li, YF Sun, YQ Zhang, N Yan, J Chen, T Thundat, J Li, JL Luo
Nano Energy 32, 247-254

Thin film composite polyamide membranes: parametric study on the influence of synthesis conditions
B Khorshidi, T Thundat, BA Fleck, M Sadrzadeh
RSC Advances 5 (68), 54985-54997

Nerve Agents Detection Using a Cu$^{2+}$/L-Cysteine Bilayer-Coated Microcantilever
Y Yang, HF Ji, T Thundat
Journal of the American Chemical Society 125 (5), 1124-1125

20

TITLE

Role of relative humidity in atomic force microscopy imaging
T Thundat, XY Zheng, GY Chen, RJ Warmack
Surface Science Letters 294 (1-2), L939-L943

Robust fabrication of thin film polyamide-TiO$_2$ nanocomposite membranes with enhanced thermal stability and anti-biofouling propensity
B Khorshidi, I Biswas, T Ghosh, T Thundat, M Sadrzadeh
Scientific Reports 8 (1), 784

Imaging nanoparticles in cells by nanomechanical holography
L Tetard, A Passian, KT Venmar, RM Lynch, BH Voy, G Shekhawat, ...
Nature nanotechnology 3 (8), 501-505

Microcantilever sensor
TG Thundat, EA Wachter
US Patent 5,719,324

Fabrication of antifouling and antibacterial polyethersulfone (PES)/cellulose nanocrystals (CNC) nanocomposite membranes
D Zhang, A Karkooti, L Liu, M Sadrzadeh, T Thundat, Y Liu, R Narain
Journal of Membrane Science 549, 350-356

High performance triboelectric nanogenerators based on phase-inversion piezoelectric membranes of poly (vinylidene fluoride)-zinc stannate (PVDF-ZnSnO3) and polyamide-6 (PA6)
N Soin, P Zhao, K Prashanthi, J Chen, P Ding, E Zhou, T Shah, SC Ray, ...
Nano Energy 30, 470-480

Microfluidic cantilever detects bacteria and measures their susceptibility to antibiotics in small confined volumes
H Etayash, MF Khan, K Kaur, T Thundat
Nature communications 7 (1), 12947

Polypyrrole-doped conductive supramolecular elastomer with stretchability, rapid self-healing, and adhesive property for flexible electronic sensors
J Chen, J Liu, T Thundat, H Zeng
ACS applied materials & interfaces 11 (20), 18720-18729

Design & fabrication of cantilever array biosensors
A Boisen, T Thundat
Materials today 12 (9), 32-38

Morphological evolution of strained films by cooperative nucleation
DE Jesson, KM Chen, SJ Pennycook, T Thundat, RJ Warmack
Physical review letters 77 (7), 1330

Investigation of adsorption and absorption-induced stresses using microcantilever sensors
Z Hu, T Thundat, RJ Warmack

21

TITLE

Journal of Applied Physics 90 (1), 427-431

Images of the DNA double helix in water
SM Lindsay, T Thundat, L Nagahara, U Knipping, RL Rill
Science 244 (4908), 1063-1064

Carbonized nanocellulose sustainably boosts the performance of activated carbon in ionic liquid supercapacitors
Z Li, J Liu, K Jiang, T Thundat
Nano Energy 25, 161-169

Standoff photoacoustic spectroscopy
CW Van Neste, LR Senesac, T Thundat
Applied Physics Letters 92 (23)

Remote infrared radiation detection using piezoresistive microcantilevers
PG Datskos, PI Oden, T Thundat, EA Wachter, RJ Warmack, SR Hunter
Applied Physics Letters 69 (20), 2986-2988

Remote optical detection using microcantilevers
EA Wachter, T Thundat, PI Oden, RJ Warmack, PG Datskos, SL Sharp
Review of Scientific Instruments 67 (10), 3434-3439

Stretched DNA structures observed with atomic force microscopy
T Thundat, DP Allison, RJ Warmack
Nucleic acids research 22 (20), 4224-4228

Flexible ultraviolet photodetectors based on one-dimensional gallium-doped zinc oxide nanostructures
SJ Young, YH Liu, MDNI Shiblee, K Ahmed, LT Lai, L Nagahara, ...
ACS Applied Electronic Materials 2 (11), 3522-3529

A parametric study on the synergistic impacts of chemical additives on permeation properties of thin film composite polyamide membrane
B Khorshidi, T Thundat, D Pernitsky, M Sadrzadeh
Journal of Membrane Science 535, 248-257

A novel self-assembled monolayer (SAM) coated microcantilever for low level caesium detection
HF Ji, E Finot, R Dabestani, T Thundat, GM Brown, PF Britt
Chemical Communications, 457-458

Pulsed laser deposited dysprosium-doped gadolinium-vanadate thin films for noncontact, self-referencing luminescence thermometry
Ž Antić, MD Dramićanin, K Prashanthi, D Jovanović, S Kuzman, T Thundat
Adv. Mater 28 (35), 7745-7752

Effects of temperature and pressure on microcantilever resonance response

22

TITLE

J Mertens, E Finot, T Thundat, A Fabre, MH Nadal, V Eyraud, E Bourillot
Ultramicroscopy 97 (1-4), 119-126

Microbar sensor
EA Wachter, TG Thundat
US Patent 5,445,008

Nanowatt chemical vapor detection with a self-sensing, piezoelectric microcantilever array
JD Adams, G Parrott, C Bauer, T Sant, L Manning, M Jones, B Rogers, ...
Applied Physics Letters 83 (16), 3428-3430

Nanocrystalline ruthenium oxide dispersed Few Layered Graphene (FLG) nanoflakes as supercapacitor electrodes
N Soin, SS Roy, SK Mitra, T Thundat, JA McLaughlin
Journal of Materials Chemistry 22 (30), 14944-14950

Uncooled thermal imaging using a piezoresistive microcantilever
PI Oden, PG Datskos, T Thundat, RJ Warmack
Applied Physics Letters 69 (21), 3277-3279

Detection of 2, 4-dinitrotoluene using microcantilever sensors
LA Pinnaduwage, T Thundat, JE Hawk, DL Hedden, PF Britt, EJ Houser, ...
Sensors and Actuators B: Chemical 99 (2-3), 223-229

Ultrasensitive Detection of $CrO_4^{2-}$ Using a Microcantilever Sensor
HF Ji, T Thundat, R Dabestani, GM Brown, PF Britt, PV Bonnesen
Analytical Chemistry 73 (7), 1572-1576

Standoff spectroscopy of surface adsorbed chemicals
CW Van Neste, LR Senesac, T Thundat
Analytical Chemistry 81 (5), 1952-1956

Nanolithography on semiconductor surfaces under an etching solution
LA Nagahara, T Thundat, S Lindsay
Applied Physics Letters 57 (3), 270-272

Microcantilever biosensors for chemicals and bioorganisms
KR Buchapudi, X Huang, X Yang, HF Ji, T Thundat
Analyst 136 (8), 1539-1556

DNA and RNA sequencing by nanoscale reading through programmable electrophoresis and nanoelectrode-gated tunneling and dielectric detection
JW Lee, TG Thundat
US Patent 6,905,586

Glucose biosensing using an enzyme-coated microcantilever
A Subramanian, PI Oden, SJ Kennel, KB Jacobson, RJ Warmack, ...
Applied Physics Letters 81 (2), 385-387

23

TITLE

Determination of adsorption-induced variation in the spring constant of a microcantilever
S Cherian, T Thundat
Applied Physics Letters 80 (12), 2219-2221

Friction effects in the deflection of atomic force microscope cantilevers
RJ Warmack, XY Zheng, T Thundat, DP Allison
Review of scientific instruments 65 (2), 394-399

New modes for subsurface atomic force microscopy through nanomechanical coupling
L Tetard, A Passian, T Thundat
Nature nanotechnology 5 (2), 105-109

Detection of $CrO_4^{2-}$ Using a Hydrogel Swelling Microcantilever Sensor
Y Zhang, HF Ji, GM Brown, T Thundat
Analytical chemistry 75 (18), 4773-4777

Measurement of mechanical properties of cantilever shaped materials
E Finot, A Passian, T Thundat
Sensors 8 (5), 3497-3541

Thermal transpiration at the microscale: a Crookes cantilever
A Passian, RJ Warmack, TL Ferrell, T Thundat
Physical review letters 90 (12), 124503

Sustained electron tunneling at unbiased metal-insulator-semiconductor triboelectric contacts
J Liu, M Miao, K Jiang, F Khan, A Goswami, R McGee, Z Li, L Nguyen, ...
Nano energy 48, 320-326

Mercury vapor detection with a self-sensing, resonating piezoelectric cantilever
B Rogers, L Manning, M Jones, T Sulchek, K Murray, B Beneschott, ...
Review of scientific instruments 74 (11), 4899-4901

Detection of $Hg^{2+}$ Using Microcantilever Sensors
X Xu, TG Thundat, GM Brown, HF Ji
Analytical chemistry 74 (15), 3611-3615

Detection of pH variation using modified microcantilever sensors
HF Ji, KM Hansen, Z Hu, T Thundat
Sensors and Actuators B: Chemical 72 (3), 233-238

An alternative solution to improve sensitivity of resonant microcantilever chemical sensors: comparison between using high-order modes and reducing dimensions
F Lochon, I Dufour, D Rebiere
Sensors and Actuators B: Chemical 108 (1-2), 979-985

Atomic force microscopy of deoxyribonucleic acid strands adsorbed on mica: the effect of humidity on apparent width and image contrast
T Thundat, RJ Warmack, DP Allison, LA Bottomley, AJ Lourenco, ...
Journal of Vacuum Science & Technology A: Vacuum, Surfaces, and Films 10 (4 …

TITLE

Atomic force microscopy of DNA on mica and chemically modified mica
T Thundat, DP Allison, RJ Warmack, GM Brown, KB Jacobson, JJ Schrick, ...
Scanning microscopy 6 (4), 2

Simulation of adsorption-induced stress of a microcantilever sensor
DW Dareing, T Thundat
Journal of Applied Physics 97 (4)

Electromechanical imaging of biological systems with sub-10nm resolution
SV Kalinin, BJ Rodriguez, S Jesse, T Thundat, A Gruverman
Applied Physics Letters 87 (5)

Detection of trinitrotoluene via deflagration on a microcantilever
LA Pinnaduwage, A Wig, DL Hedden, A Gehl, D Yi, T Thundat, RT Lareau
Journal of Applied Physics 95 (10), 5871-5875

Detection of heavy metal ions using protein-functionalized microcantilever sensors
S Cherian, RK Gupta, BC Mullin, T Thundat
Biosensors and Bioelectronics 19 (5), 411-416

Microwave ring resonator-based non-contact interface sensor for oil sands applications
MH Zarifi, M Rahimi, M Daneshmand, T Thundat
Sensors and Actuators B: Chemical 224, 632-639

Critical issues in sensor science to aid food and water safety
RH Farahi, A Passian, L Tetard, T Thundat
ACS nano 6 (6), 4548-4556

Micromechanical potentiometric sensors
TG Thundat
US Patent 6,016,686

Degradable thermoresponsive nanogels for protein encapsulation and controlled release
N Bhuchar, R Sunasee, K Ishihara, T Thundat, R Narain
Bioconjugate chemistry 23 (1), 75-83

A web of streamers: biofilm formation in a porous microfluidic device
A Valiei, A Kumar, PP Mukherjee, Y Liu, T Thundat
Lab on a Chip 12 (24), 5133-5137

Multi-walled carbon nanotubes decorated with silver nanoparticles for acetone gas sensing at room temperature
SJ Young, YH Liu, ZD Lin, K Ahmed, MDNI Shiblee, S Romanuik, ...
Journal of The Electrochemical Society 167 (16), 167519

Trace explosive detection using photothermal deflection spectroscopy
AR Krause, C Van Neste, L Senesac, T Thundat, E Finot
Journal of Applied Physics 103 (9)

TITLE

### Characterization of atomic force microscope tips by adhesion force measurements
T Thundat, XY Zheng, GY Chen, SL Sharp, RJ Warmack, LJ Schowalter
Applied Physics Letters 63 (15), 2150-2152

### Micromechanical antibody sensor
TG Thundat, KB Jacobson, MJ Doktycz, SJ Kennel, RJ Warmack
US Patent 6,289,717

### Impedimetric detection of pathogenic gram-positive bacteria using an antimicrobial peptide from class IIa bacteriocins
H Etayash, K Jiang, T Thundat, K Kaur
Analytical chemistry 86 (3), 1693-1700

### Synthesis of thin film composite polyamide membranes: Effect of monohydric and polyhydric alcohol additives in aqueous solution
B Khorshidi, B Soltannia, T Thundat, M Sadrzadeh
Journal of Membrane Science 523, 336-345

### STM and AFM images of nucleosome DNA under water
SM Lindsay, LA Nagahara, T Thundat, U Knipping, RL Rill, B Drake, ...
Journal of Biomolecular structure and Dynamics 7 (2), 279-287

### High resolution microwave microstrip resonator for sensing applications
MH Zarifi, T Thundat, M Daneshmand
Sensors and Actuators A: Physical 233, 224-230

### Calibration of atomic force microscope tips using biomolecules
T Thundat, XY Zheng, SL Sharp, DP Allison, RJ Warmack, DC Joy, ...
Scanning microscopy 6 (4), 1

### Sustained drug release and antibacterial activity of ampicillin incorporated poly (methyl methacrylate)–nylon6 core/shell nanofibers
A Sohrabi, PM Shaibani, H Etayash, K Kaur, T Thundat
Polymer 54 (11), 2699-2705

### Manipulation and controlled amplification of Brownian motion of microcantilever sensors
A Mehta, S Cherian, D Hedden, T Thundat
Applied Physics Letters 78 (11), 1637-1639

### Injectable self-healing zwitterionic hydrogels based on dynamic benzoxaborole–sugar interactions with tunable mechanical properties
Y Chen, W Wang, D Wu, M Nagao, DG Hall, T Thundat, R Narain
Biomacromolecules 19 (2), 596-605

### Harmonic response of near-contact scanning force microscopy
GY Chen, RJ Warmack, A Huang, T Thundat
Journal of applied physics 78 (3), 1465-1469

TITLE

Portable Nanofiber-Light Addressable Potentiometric Sensor for Rapid *Escherichia coli* Detection in Orange Juice
PM Shaibani, H Etayash, K Jiang, A Sohrabi, M Hassanpourfard, ...
ACS sensors 3 (4), 815-822

The detection of Escherichia coli (E. coli) with the pH sensitive hydrogel nanofiber-light addressable potentiometric sensor (NF-LAPS)
PM Shaibani, K Jiang, G Haghighat, M Hassanpourfard, H Etayash, ...
Sensors and Actuators B: Chemical 226, 176-183

Microfluidic manipulation via Marangoni forces
RH Farahi, A Passian, TL Ferrell, T Thundat
Applied physics letters 85 (18), 4237-4239

Universal spin-momentum locked optical forces
F Kalhor, T Thundat, Z Jacob
Applied Physics Letters 108 (6)

Detection of volatile organic compounds using microwave sensors
MH Zarifi, A Sohrabi, PM Shaibani, M Daneshmand, T Thundat
IEEE Sensors Journal 15 (1), 248-254

Real-time detection of breast cancer cells using peptide-functionalized microcantilever arrays
H Etayash, K Jiang, S Azmi, T Thundat, K Kaur
Scientific reports 5 (1), 13967

Einstein–de Haas effect in a NiFe film deposited on a microcantilever
TM Wallis, J Moreland, P Kabos
Applied physics letters 89 (12)

Moore's law in homeland defense: an integrated sensor platform based on silicon microcantilevers
LA Pinnaduwage, HF Ji, T Thundat
IEEE sensors journal 5 (4), 774-785

Synthesis of selenium nanoparticle and its photocatalytic application for decolorization of methylene blue under UV irradiation
S Nath, SK Ghosh, S Panigahi, T Thundat, T Pal
Langmuir 20 (18), 7880-7883

Critical nuclei shapes in the stress-driven 2D-to-3D transition
KM Chen, DE Jesson, SJ Pennycook, T Thundat, RJ Warmack
Physical Review B 56 (4), R1700

Nanomechanical sandwich assay for multiple cancer biomarkers in breast cancer cell-derived exosomes
H Etayash, AR McGee, K Kaur, T Thundat
Nanoscale 8 (33), 15137-15141

27

TITLE

### Knudsen forces on microcantilevers
A Passian, A Wig, F Meriaudeau, TL Ferrell, T Thundat
Journal of applied physics 92 (10), 6326-6333

### Tribo-thermoelectric and tribovoltaic coupling effect at metal-semiconductor interface
Z Zhang, T He, J Zhao, G Liu, ZL Wang, C Zhang
Materials Today Physics 16, 100295

### Observation of dipolar emission patterns from isolated Eu3+: Y2O3 doped nanocrystals: new evidence for single ion luminescence
AP Bartko, LA Peyser, RM Dickson, A Mehta, T Thundat, R Bhargava, ...
Chemical physics letters 358 (5-6), 459-465

### In situ detection of calcium ions with chemically modified microcantilevers
HF Ji, T Thundat
Biosensors and Bioelectronics 17 (4), 337-343

### A sensitive, handheld vapor sensor based on microcantilevers
LA Pinnaduwage, DL Hedden, A Gehl, VI Boiadjiev, JE Hawk, RH Farahi, ...
Review of Scientific Instruments 75 (11), 4554-4557

### Micromechanical radiation dosimeter
T Thundat, SL Sharp, WG Fisher, RJ Warmack, EA Wachter
Applied Physics Letters 66 (12), 1563-1565

### Interfacial friction-induced electronic excitation mechanism for tribo-tunneling current generation
J Liu, K Jiang, L Nguyen, Z Li, T Thundat
Materials Horizons 6 (5), 1020-1026

### Developing high throughput thin film composite polyamide membranes for forward osmosis treatment of SAGD produced water
B Khorshidi, A Bhinder, T Thundat, D Pernitsky, M Sadrzadeh
Journal of membrane science 511, 29-39

### Silicon and zinc telluride nanoparticles synthesized by pulsed laser ablation: size distributions and nanoscale structure
DH Lowndes, CM Rouleau, T Thundat, G Duscher, EA Kenik, ...
Applied surface science 127, 355-361

### Glucose-responsive polymer brushes for microcantilever sensing
T Chen, DP Chang, T Liu, R Desikan, R Datar, T Thundat, R Berger, ...
Journal of Materials Chemistry 20 (17), 3391-3395

### Bioelectromechanical imaging by scanning probe microscopy: Galvani's experiment at the nanoscale
SV Kalinin, BJ Rodriguez, J Shin, S Jesse, V Grichko, T Thundat, ...
Ultramicroscopy 106 (4-5), 334-340

28

TITLE

Crack-like sources of dislocation nucleation and multiplication in thin films
DE Jesson, KM Chen, SJ Pennycook, T Thundat, RJ Warmack
Science 268 (5214), 1161-1163

Systems and methods for directional reactive power ground plane transmission
TG Thundat, CW Van Neste
US Patent App. 12/572,349

Optical modulation processes in thin films based on thermal effects of surface plasmons
AL Lereu, A Passian, JP Goudonnet, T Thundat, TL Ferrell
Applied Physics Letters 86 (15)

On−Off Blinking and Multiple Bright States of Single Europium Ions in $Eu^{3+}$:$Y_2O_3$ Nanocrystals
MD Barnes, A Mehta, T Thundat, RN Bhargava, V Chhabra, B Kulkarni
The Journal of Physical Chemistry B 104 (26), 6099-6102

Recent progresses in 4D printing of gel materials
K Ahmed, MDNI Shiblee, A Khosla, L Nagahara, T Thundat, H Furukawa
Journal of The Electrochemical Society 167 (3), 037563

Anomalous interfacial stress generation during sodium intercalation/extraction in $MoS_2$ thin-film anodes
Z Li, K Jiang, F Khan, A Goswami, J Liu, A Passian, T Thundat
Science Advances 5 (1), eaav2820

Metabolic study of cancer cells using a pH sensitive hydrogel nanofiber light addressable potentiometric sensor
PM Shaibani, H Etayash, S Naicker, K Kaur, T Thundat
ACS sensors 2 (1), 151-156

Piezoelectrically tunable resonance frequency beam utilizing a stress-sensitive film
TG Thundat, EA Wachter
US Patent 6,336,366

Direct atomic force microscope imaging of EcoRI endonuclease site specifically bound to plasmid DNA molecules.
DP Allison, PS Kerper, MJ Doktycz, JA Spain, P Modrich, FW Larimer, ...
Proceedings of the National Academy of Sciences 93 (17), 8826-8829

Electromechanical imaging of biomaterials by scanning probe microscopy
BJ Rodriguez, SV Kalinin, J Shin, S Jesse, V Grichko, T Thundat, ...
Journal of structural biology 153 (2), 151-159

Imaging isolated strands of DNA molecules by atomic force microscopy
T Thundat, DP Allison, RJ Warmack, TL Ferrell
Ultramicroscopy 42, 1101-1106

TITLE

Wireless power-data transmission for industrial internet of things: Simulations and experiments
SK Oruganti, A Khosla, TG Thundat
IEEE Access 8, 187965-187974

Immobilization of DNA for scanning probe microscopy.
DP Allison, LA Bottomley, T Thundat, GM Brown, RP Woychik, JJ Schrick, ...
Proceedings of the National Academy of Sciences 89 (21), 10129-10133

Standoff detection of explosive residues using photothermal microcantilevers
CW Van Neste, LR Senesac, D Yi, T Thundat
Applied Physics Letters 92 (13)

Experimental realization of Zenneck type wave-based non-radiative, non-coupled wireless power transmission
SK Oruganti, F Liu, D Paul, J Liu, J Malik, K Feng, H Kim, Y Liang, ...
Scientific reports 10 (1), 925

Separation and quantum tunneling of photo-generated carriers using a tribo-induced field
J Liu, Y Zhang, J Chen, R Bao, K Jiang, F Khan, A Goswami, Z Li, F Liu, ...
Matter 1 (3), 650-660

Scaled-up Direct-Current Generation in MoS$_2$ Multilayer-Based Moving Heterojunctions
J Liu, F Liu, R Bao, K Jiang, F Khan, Z Li, H Peng, J Chen, A Alodhayb, ...
ACS applied materials & interfaces 11 (38), 35404-35409

The effect of oxygen flow rate on metal–insulator transition (MIT) characteristics of vanadium dioxide (VO2) thin films by pulsed laser deposition (PLD)
SA Bukhari, S Kumar, P Kumar, SP Gumfekar, HJ Chung, T Thundat, ...
Applied Surface Science 529, 146995

A rational design for enhanced oxygen reduction: Strongly coupled silver nanoparticles and engineered perovskite nanofibers
YQ Zhang, HB Tao, J Liu, YF Sun, J Chen, B Hua, T Thundat, JL Luo
Nano Energy 38, 392-400

Micromechanical transient sensor for measuring viscosity and density of a fluid
TG Thundat, PI Oden, RJ Warmack, EL Finot
US Patent 6,311,549

Transient response of tapping scanning force microscopy in liquids
GY Chen, RJ Warmack, PI Oden, T Thundat
Journal of Vacuum Science and Technology. B, Microelectronics Processing and ...

Photothermal spectroscopy of Bacillus anthracis and Bacillus cereus with microcantilevers
A Wig, ET Arakawa, A Passian, TL Ferrell, T Thundat
Sensors and Actuators B: Chemical 114 (1), 206-211

## TITLE

### Palladium nanosheet-based dual gas sensors for sensitive room-temperature hydrogen and carbon monoxide detection
A Kumar, Y Zhao, MM Mohammadi, J Liu, T Thundat, MT Swihart
ACS sensors 7 (1), 225-234

### Detection of gas trace of hydrofluoric acid using microcantilever
J Mertens, E Finot, MH Nadal, V Eyraud, O Heintz, E Bourillot
Sensors and Actuators B: Chemical 99 (1), 58-65

### Micromechanical calorimetric sensor
TG Thundat, MJ Doktycz
US Patent 6,096,559

### Elastic phase response of silica nanoparticles buried in soft matter
L Tetard, A Passian, RM Lynch, BH Voy, G Shekhawat, V Dravid, ...
Applied Physics Letters 93 (13)

### Detection of Femtomolar Concentrations of HF Using an $SiO_2$ Microcantilever
Y Tang, J Fang, X Xu, HF Ji, GM Brown, T Thundat
Analytical Chemistry 76 (9), 2478-2481

### Consistently High $V_{oc}$ Values in p-i-n Type Perovskite Solar Cells Using $Ni^{3+}$-Doped NiO Nanomesh as the Hole Transporting Layer
UK Thakur, P Kumar, S Gusarov, AE Kobryn, S Riddell, A Goswami, ...
ACS Applied Materials & Interfaces 12 (10), 11467-11478

### Freestanding hierarchical porous carbon film derived from hybrid nanocellulose for high-power supercapacitors
Z Li, K Ahadi, K Jiang, B Ahvazi, P Li, AO Anyia, K Cadien, T Thundat
Nano Research 10 (5), 1847-1860

### Curvature effects in surface plasmon dispersion and coupling
A Passian, RH Ritchie, AL Lereu, T Thundat, TL Ferrell
Physical Review B—Condensed Matter and Materials Physics 71 (11), 115425

### Electrostatically tunable resonance frequency beam utilizing a stress-sensitive film
TG Thundat, EA Wachter, JK Davis
US Patent 6,263,736

### Flocculation and dewatering of mature fine tailings using temperature-responsive cationic polymers
D Zhang, T Thundat, R Narain
Langmuir 33 (23), 5900-5909

### Hollow microtube resonators via silicon self-assembly toward subattogram mass sensing applications
J Kim, J Song, K Kim, S Kim, J Song, N Kim, MF Khan, L Zhang, JE Sader, ...
Nano letters 16 (3), 1537-1545

31

TITLE

Surface enhanced strong visible photoluminescence from one-dimensional multiferroic BiFeO3 nanostructures
K Prashanthi, G Thakur, T Thundat
Surface Science 606 (19-20), L83-L86

A multisized piezoelectric microcantilever biosensor array for the quantitative analysis of mass and surface stress
S Shin, JP Kim, SJ Sim, J Lee
Applied Physics Letters 93 (10)

Design and analysis of piezoresistive microcantilever for surface stress measurement in biochemical sensor
SM Yang, TI Yin
Sensors and Actuators B: Chemical 120 (2), 736-744

Electrical, spectroscopic, and morphological investigation of chromium diffusion through gold films
MA George, WS Glaunsinger, T Thundat, SM Lindsay
Thin solid films 189 (1), 59-72

Adsorbate deformation as a contrast mechanism in STM images of biopolymers in an aqueous environment: images of the unstained, hydrated DNA double helix
SM Lindsay, T Thundat, L Nagahara
Journal of Microscopy 152 (1), 213-220

Molecular recognition using receptor-free nanomechanical infrared spectroscopy based on a quantum cascade laser
S Kim, D Lee, X Liu, C Van Neste, S Jeon, T Thundat
Scientific reports 3 (1), 1111

Atomic force microscope investigation of $C_{60}$ adsorbed on silicon and mica
T Thundat, RJ Warmack, D Ding, RN Compton
Applied physics letters 63 (7), 891-893

Effect of process parameters on phase stability and metal-insulator transition of vanadium dioxide (VO2) thin films by pulsed laser deposition
R McGee, A Goswami, B Khorshidi, K McGuire, K Schofield, T Thundat
Acta Materialia 137, 12-21

Enhancement of $\beta$-phase in PVDF films embedded with ferromagnetic Gd5Si4 nanoparticles for piezoelectric energy harvesting
S Harstad, N D'Souza, N Soin, AA El-Gendy, S Gupta, VK Pecharsky, ...
AIP Advances 7 (5)

Nanoscale magnetoelectric coupling in multiferroic $BiFeO_3$ nanowires
K Prashanthi, PM Shaibani, A Sohrabi, TS Natarajan, T Thundat
physica status solidi (RRL)–Rapid Research Letters 6 (6), 244-246

32

TITLE

### Gravimetric sensing of metallic deposits using an end-loaded microfabricated beam structure
PI Oden
Sensors and Actuators B: Chemical 53 (3), 191-196

### Tribo-tunneling DC generator with carbon aerogel/silicon multi-nanocontacts
J Liu, MI Cheikh, R Bao, H Peng, F Liu, Z Li, K Jiang, J Chen, T Thundat
Advanced Electronic Materials 5 (12), 1900464

### Effect of annealing atmosphere on microstructural and photoluminescence characteristics of multiferroic BiFeO$_3$ thin films prepared by pulsed laser deposition …
K Prashanthi, M Gupta, YY Tsui, T Thundat
Applied Physics A 110 (4), 903-907

### Pump–probe photothermal spectroscopy using quantum cascade lasers
RH Farahi, A Passian, L Tetard, T Thundat
Journal of Physics D: Applied Physics 45 (12), 125101

### Micro-differential thermal analysis detection of adsorbed explosive molecules using microfabricated bridges
LR Senesac, D Yi, A Greve, JH Hales, ZJ Davis, DM Nicholson, A Boisen, ...
Review of Scientific Instruments 80 (3)

### Label-free sugar detection using phenylboronic acid-functionalized piezoresistive microcantilevers
GA Baker, R Desikan, T Thundat
Analytical chemistry 80 (13), 4860-4865

### Chemical sensing in Fourier space
T Thundat, E Finot, Z Hu, RH Ritchie, G Wu, A Majumdar
Applied Physics Letters 77 (24), 4061-4063

### Micro and nanocantilever sensors
PG Datskos, T Thundat, NV Lavrik
Encyclopedia of nanoscience and nanotechnology 10, 1-10

### Adsorption–desorption characteristics of explosive vapors investigated with microcantilevers
G Muralidharan, A Wig, LA Pinnaduwage, D Hedden, T Thundat, ...
Ultramicroscopy 97 (1-4), 433-439

### Silicon and zinc telluride nanoparticles synthesized by low energy density pulsed laser ablation into ambient gases
DH Lowndes, CM Rouleau, TG Thundat, G Duscher, EA Kenik, ...
Journal of materials research 14 (2), 359-370

### Mapping individual cosmid DNAs by direct AFM imaging
DP Allison, PS Kerper, MJ Doktycz, T Thundat, P Modrich, FW Larimer, ...
Genomics 41 (3), 379-384

TITLE

### Optical and infrared detection using microcantilevers
PI Oden, EA Wachter, PG Datskos, TG Thundat, RJ Warmack
Infrared Technology and Applications XXII 2744, 345-354

### A novel photoplastic piezoelectric nanocomposite for MEMS applications
K Prashanthi, M Naresh, V Seena, T Thundat, VR Rao
Journal of Microelectromechanical Systems 21 (2), 259-261

### Nanocatalytic spontaneous ignition and self-supporting room-temperature combustion
Z Hu, V Boiadjiev, T Thundat
Energy & fuels 19 (3), 855-858

### Electromagnetic and nuclear radiation detector using micromechanical sensors
TG Thundat, RJ Warmack, EA Wachter
US Patent 6,118,124

### Single-contact transmission for the quasi-wireless delivery of power over large surfaces
CW Van Neste, JE Hawk, A Phani, JAJ Backs, R Hull, T Abraham, ...
Wireless Power Transfer 1 (2), 75-82

### Effect of chain length on nanomechanics of alkanethiol self-assembly
R Desikan, S Armel, HM Meyer, T Thundat
Nanotechnology 18 (42), 424028

### Observation of the surface stress induced in microcantilevers by electrochemical redox processes
F Tian, JH Pei, DL Hedden, GM Brown, T Thundat
Ultramicroscopy 100 (3-4), 217-223

### Adsorption of trinitrotoluene on uncoated silicon microcantilever surfaces
LA Pinnaduwage, D Yi, F Tian, T Thundat, RT Lareau
Langmuir 20 (7), 2690-2694

### Hydrogen sensing at room temperature using flame-synthesized palladium-decorated crumpled reduced graphene oxide nanocomposites
MM Mohammadi, A Kumar, J Liu, Y Liu, T Thundat, MT Swihart
ACS sensors 5 (8), 2344-2350

### Surface-conjugated antimicrobial peptide leucocin a displays high binding to pathogenic gram-positive bacteria
H Etayash, L Norman, T Thundat, M Stiles, K Kaur
ACS applied materials & interfaces 6 (2), 1131-1138

### Simulation of SiO2-based piezoresistive microcantilevers
V Chivukula, M Wang, HF Ji, A Khaliq, J Fang, K Varahramyan
Sensors and Actuators A: Physical 125 (2), 526-533

TITLE

Desorption characteristics of uncoated silicon microcantilever surfaces for explosive and common nonexplosive vapors
LA Pinnaduwage, T Thundat, A Gehl, SD Wilson, DL Hedden, RT Lareau
Ultramicroscopy 100 (3-4), 211-216

Detection of Cd (II) using antibody-modified microcantilever sensors
S Velanki, S Kelly, T Thundat, DA Blake, HF Ji
Ultramicroscopy 107 (12), 1123-1128

A piezoresistive microcantilever array for surface stress measurement: curvature model and fabrication
A Choudhury, PJ Hesketh, T Thundat, Z Hu
Journal of Micromechanics and Microengineering 17 (10), 2065

Separation and counting of single molecules through nanofluidics, programmable electrophoresis, and nanoelectrode-gated tunneling and dielectric detection
JW Lee, TG Thundat
US Patent 7,033,476

Narrow-bandwidth spontaneous luminescence from oriented semiconducting polymer nanostructures
P Kumar, A Mehta, MD Dadmun, J Zheng, L Peyser, AP Bartko, ...
The Journal of Physical Chemistry B 107 (26), 6252-6257

Oriented nanostructures from single molecules of a semiconducting polymer: Polarization evidence for highly aligned intramolecular geometries
A Mehta, P Kumar, MD Dadmun, J Zheng, RM Dickson, T Thundat, ...
Nano Letters 3 (5), 603-607

Atomic force microscopy of single-and double-stranded deoxyribonucleic acid
T Thundat, DP Allison, RJ Warmack, MJ Doktycz, KB Jacobson, ...
Journal of Vacuum Science & Technology A: Vacuum, Surfaces, and Films 11 (4 ...

Modification of tantalum surfaces by scanning tunneling microscopy in an electrochemical cell
T Thundat, LA Nagahara, PI Oden, SM Lindsay, MA George, ...
Journal of Vacuum Science & Technology A: Vacuum, Surfaces, and Films 8 (4 ...

Rapid and highly sensitive detection of dopamine using conjugated oxaborole-based polymer and glycopolymer systems
K Jiang, Y Wang, G Thakur, Y Kotsuchibashi, S Naicker, R Narain, ...
ACS applied materials & interfaces 9 (18), 15225-15231

Piezoelectric self-sensing of adsorption-induced microcantilever bending
JD Adams, B Rogers, L Manning, Z Hu, T Thundat, H Cavazos, SC Minne
Sensors and Actuators A: Physical 121 (2), 457-461

Modal analysis of microcantilever sensors with environmental damping
DW Dareing, T Thundat, S Jeon, M Nicholson

## TITLE

Journal of Applied Physics 97 (8)

### Micro-machined calorimetric biosensors
MJ Doktycz, CL Britton Jr, SF Smith, PI Oden, WL Bryan, JA Moore, ...
US Patent 6,436,346

### Capacitively readout multi-element sensor array with common-mode cancellation
CL Britton Jr, RJ Warmack, WL Bryan, RL Jones, PI Oden, T Thundat
US Patent 6,167,748

### Non-contact passive temperature measuring system and method of operation using micro-mechanical sensors
TG Thundat, PI Oden, PG Datskos
US Patent 6,050,722

Exhibit C

# "Proposal White Paper"

## BROAD AGENCY ANNOUNCEMENT (BAA) 07-10

### *CELL-ALL Ubiquitous Biological and Chemical Sensing*

<u>**Administrative and Technical Points of Contact:**</u>

**Larry Golden, CEO**
**ATPG Technology, LLC**
**522 Peach Grove Place**
**Mauldin, SC 29662**
**864-288-5605 / 864-992-7104**
**lgolden5605@charter.net**

**Authorized Officer:**  *Larry Golden*

| BAA Number: CELL-ALL BAA07-10<br>Title: CELL-SMD; Multi Sensor-Detection | Offeror Name: ATPG TECHNOLOGY, LLC<br>Date: 11/28/2007 |
|---|---|



**Operational Capability:**
1. Ability to effectively sense/detect chemical agents, reliably and securely report position and detection readings.
   Provide software applications to easily manage large scale network.
   Design allows for straightforward integration with existing cell phones
   Ability to graphically depict and filter live data.
2. Goal: ability to detect chemical or biological agents 99%.
   Goal: network throughput 99%.
3. Prototype SMD(cell phone case) target cost is $50 in mass quantities (excluding sensor)
   Competition among sensor developers will drive final cost.
4. Durable, inexpensive device, does not degrade performance of host device
   Makes extensive use of existing technology and builds upon completed spiral of a similar device.

**Proposed Technical Approach:**
1. Provides Sensor Monitoring Device (SMD) in a protective cell phone case.
   Easy to distribute/integrate with cell phone Viewer/Management SW provides hierarchical levels for information flow
2. Incorporate selected sensors into existing SMD functional prototype
   Manufacture prototype cell phone cases to accommodate SMD and sensors
   Enhance/scale existing cell phone, web and desktop support applications
3. First spiral complete, yielded functional prototypes – SMD, web, desktop & cell phone applications
4. Established working relationships with Otter Box and ECBC
5. CELL-ALL technical approach & rational taken from, "Multi Sensor-Detection and Lock Disabling System", (Patent Pending; Pub., 10-18-07; App. #: 11/397,118:)

**Schedule, Cost, Deliverables, & Contact:**
One year Period of Performance, $1,000,000
Prototype and manufacture cell phone cases with integrated SMD, chemical and biological sensors
Enhance/scale viewer/management software to support large sensor network
**Deliverables:**
Prototyped cell phone case containing SMD and sensors
Cell phone & desktop viewer/management SW
System demonstration of: sensor detection, alert transmitted through hierarchy and control center messages to SMD
**Corporate Information:**
ATPG TECHNOLOGY, LLC
Larry Golden, CEO
522 Peach Grove Place
Mauldin, SC 29662
Phone: 864-288-5605
lgolden5605@charter.net

2

## Executive Summary:

Two years ago, recognizing the danger that existed if a WMD was concealed, transported and deployed within our borders, ATPG embarked on the development of a multi-sensor, tracking and detection system. The first development spiral yielded a functional Sensor Monitoring Device (SMD) prototype and tiered communication applications to distribute, monitor and manage the multi-sensor SMD network information. The ubiquitous sensor network solution proposed in this white paper borrows heavily from the technology developed in spiral one. The tiered communication, viewer and management software applications were designed to be part of a large sensor network. For this application the software will be scaled and enhanced to accommodate the volume of traffic that would result from an extremely large sensor network. Our SMD was designed to provide as much flexibility as possible and communicates with a variety of sensors through an array of built-in standard interfaces (SPI, A/D, Serial, Bluetooth, I2C etc). This existing open architecture design affords us the opportunity to collaborate with the U.S. Army Edgewood Chemical and Biological Center (ECBC) to evaluate, test and acquire the most appropriate miniaturized chemical and biological sensors.

ATPG intends to utilize the hardware and software technology developed in spiral one as the basis for the ubiquitous sensor network. The form factor of the SMD will be re-engineered so that it can initially be housed in cell phone cases allowing straightforward integration with existing cell phones. The SMD, housed in the cell phone cases will use a Bluetooth channel to communicate with ATPG software hosted on the cell phone. This software will provide bidirectional communication between the SMD and cell phone. The cell phone software will additionally use email and SMS messaging services to communicate information to control centers. The software for managing the information from the sensor network will be architected in a way that provides a means to efficiently escalate information up the government hierarchy. The software will employ a large database back-end and where practical message routing rules will be implemented to allow for effective and efficient routing of sensor message traffic.

## Utility to Department of Homeland Security:

ATPG's strategy of incorporating its existing SMD design into cell phone cases provides a means to quickly establish a massive sensor network nationwide. ATPG proposes modifying the SMD form factor so that it can be installed into the most common cell phone cases. When a person volunteers for the program they would receive a cell phone case along with an adapter cord that would connect to their existing phone charger; allowing the SMD and phone to charge simultaneously. A switch on the case will allow the volunteer to enable the device at their discretion. If a volunteer elects to participate in the program and their cell phone does not have an on-board GPS, the SMD provided in the cell phone case will be equipped with one. The geographic position of the SMD/cell phone pair will be determined either by GPS, cell phone tower database and signal strength or by a Wi-Fi hotspot database. In the event current position cannot be determined, the device will use its last known good position fix for communications

3

and the position will be flagged as such. Housing the SMD and sensors in a cell phone case provides a number of advantages. Since the SMD will draw all of its power from its own power source the only resources required from the cell phone will be for a dedicated Bluetooth channel and limited processing power to execute the cell phone software. Additionally, the consumables in the cell phone case (battery, sensors etc.) can easily be switched out, or the entire case can be easily replaced. ATPG will be working with the Otter Box Company to design a cell phone case capable of housing the SMD and its sensors, providing a protective, water-resistant case while maintaining complete cell phone interactivity. This approach will allow ATPG to easily and incrementally make changes to the host platform as the technology of the SMD and its sensors are miniaturized.

## Technical Approach:

The creation, implementation and management of a massive sensor network will require a design approach that delivers a system solution. Every tier of the system is important and the end product must be manageable, provide redundancy and implement an open architecture wherever possible. The ATPG solution proposed here focuses on these requirements and delivers a design that translates into a straightforward, deployable sensor network system that can be distributed en masse.

At the lowest level, the SMD is engineered to communicate with a variety of sensors through an array of standard interfaces (SPI, A/D, Serial, I2C etc). This open architecture allows for easily integrating additional sensors into the device and expanding the range of hazardous agents detectable by the SMD. The SMD will continually monitor/control the attached sensors and communicate with the cell phone via a dedicated Bluetooth channel. When the SMD is activated by the user, a small software application installed on the phone will monitors the Bluetooth channel for detection alerts and also forward commands received from control centers to the SMD. The SMD will periodically send its position information to the control center. The position the SMD will report to the control centers is determined using a layered approach. Initially the SMD will look to the on-board GPS (if provided) to determine position. If the cell phone is equipped with a GPS the application on the cell phone will retrieve the position from its own GPS. When a GPS position cannot be determined, the position of the SMD and its user will be calculated based on a cell phone tower database, provided by the FCC and signal strength. If this does not yield a result, the Wi-Fi hotspot database will be utilized to determine SMD and user position. If all these options fail, the last known position can be augmented with the on board accelerometers to estimate the current position which will be reported to the control centers and annotated as a last position and a possible position. All information received by the cell phone application from the SMD will be forwarded to the control centers either through email or SMS messages if email is not available. The information transmitted will be encoded in XML and encrypted prior to transmission. When a user needs to be notified of information from a control center, the cell phone software will use either a ring tone or vibration to call the user's attention to the display. This solution of integrating the SMD into the cell phone case and installing a small software application on the volunteer's cell phone provides a means to easily

4

modify and upgrade the sensor network system as advancements are made to sensor and SMD technology with minimal impact to the user.

The web and desktop software that support the sensor network is designed to support an escalating reporting hierarchy. At each level rules can be established in the message routing software to facilitate the transfer of alert information. Rules can also be established to assist in determining the area affected by an alert. In the event a chemical or biological agent is detected and reported, the software can automatically search for other sensors in a pre-defined area and command them to sample and report back. This information can then be used by first responders and local government to determine the impacted area and aid in creating a plan of action to cope with the event. The reporting hierarchy can be configured as needed but the current configuration sends notification to the local First Responder units, followed by City, County, State and Federal government. As the information works its way up the hierarchy rules at each level fire off to create events that notify necessary personnel at each level. The viewer/management software used at each level of the hierarchy is identical. How the system forwards and responds to data is configured in the message routing rules table. The desktop software uses Google Earth as a viewer and plots the position of the sensors and detections on the map. Filtering options are provided in the software to allow the screen to be decluttered. A hierarchical database of sensors reporting to the viewers at a given control center is maintained to allow simple manipulation of the sensor network. The software will allow the user to drill down into lower levels of the data by clicking on the images on the map or through the windows explorer like interface provided. The software will also allow commands and alerts to be sent to SMD enabled cell phones by clicking on the image or on its text representation. Each SMD representation on the map will display its unique identification number as its label and clicking on the icon will display the last set of data received by the control center. The sensor network data can also be made available to smart phones and PDAs running a variation of the viewer/management software. All data passed through this network will be encrypted and all database and user accounts will be protected by multiple layers of security to ensure the privacy of the volunteers and protect their location from foreign/unwanted access.

As an option all messages sent from the SMD to the control centers could receive notification of receipt; confirmation that the network is operating properly. This could be a builtin fail safe, which would allow the user to be notified first if detection occurred and the information could not be transmitted to a control center. In this scenario the user would be notified of the detection and could take action to leave the area and contact authorities through some other means.

## Personnel and Performer Qualifications and Experience:

Larry Golden is the CEO of ATPG and will be the project manager for this program. Mr. Golden's invention and patent pending sensor monitoring device (Pub. 10-18-07; App. #: 11/397,118) will be used as the departure point for the development of the SMD. Mr. Golden's background is in industrial engineering and management. Larry's duties will include managing the schedule, budget and subcontractors providing the cell phone cases.

5

Harold Kimball is a software engineer with twenty years' experience developing software applications, including embedded systems, operational flight programs, database applications, and web and desktop applications. Mr. Kimball will be the technical lead on this program as well as the lead software developer for the SMD applications. Over the past few years Mr. Kimball's focus has been on developing situational awareness applications, embedded device applications and aircraft simulation software. Mr. Kimball has a Bachelor's degree in Computer Science and is working on his Master's Degree in Artificial Life. Mr. Kimball recently had an article published describing a scalable disaster relief and communications infrastructure system he is developing to aid first responders and disaster relief personnel in their efforts.

Doug Cumbie is an electrical engineer and software engineer with six years' experience developing embedded systems, web applications, situational awareness software and aircraft simulation software. Mr. Cumbie will be the lead Engineer on this program as well as the primary developer for the web and desktop applications. Over the past few years Mr. Cumbie has focused on embedded device development, situational awareness applications and aircraft simulation software. Mr. Cumbie holds Bachelor's degrees in both Computer Engineering and Electrical Engineering.

The Otter Box Corporation will provide custom cell phone cases for housing the SMD developed by ATPG. The Otter Box Corporation has extensive experience manufacturing and distributing custom cases for cell phones, laptops and PDAs. Their manufacturing and distribution experience will play a key role in the ability to efficiently develop, manufacture and distribute a custom cell phone case enveloping the SMD and providing a water resistant and protective case.

U.S. Army Edgewood Chemical and Biological Center (ECBC) will play a vital role in assisting ATPG with evaluating, testing and selecting the most appropriate miniaturized chemical and biological sensors available. ATPG and ECBC have a collaborative agreement in place ensuring ATPG of their services in sensor analysis and selection.

## Commercialization and Capabilities:

ATPG will work closely with Otter Box and ECBC to determine the physical characteristics and requirements needed to create a custom cell phone enclosure for the selected sensors and SMD. ATPG will leverage Otter Box's manufacturing and distribution experience to enable ATPG to produce and deliver large quantities of custom cell phone cases. As mentioned previously the case will be designed and developed so that consumables can easily be swapped out or the entire cell phone case can be replaced. This approach ATPG is pursuing is the most economical and efficient way to mass distribute a sensor network; providing low risk and minimal impact to volunteers of the program. Becoming part of this volunteer network would be a simple process and would only require end-users to; elect to become a volunteer, indicate which type of cell phone they currently use and upon receipt of the new cell phone case commence holstering the cell phone in the case wherever they go. As an option and to solicit interest in the program, volunteers could be provided software applications. These applications could potentially access tracking information of the volunteer's phone and the volunteer's family members' phones; or a moving map application could be provided to enable

6

navigation through the cell phone.  Mr. Kimball and Mr. Cumbie have many years' experience developing and distributing code to demanding end users.  Both individuals have experience providing Situational Awareness and OFP software to the Air Force Special Operations Command (AFSOC) for all fixed wing Special Operations Forces (SOF) aircraft.  Additionally, Mr. Kimball worked for Manheim Auctions, an international organization with a large customer base and participated in the development and distribution of Manheim's software applications.

One method ATPG conceived for fielding the sensor network and implementing its widespread use would be to conduct a pilot program for the nearly 30 million government employees, border patrol personnel and government contractors.  These individuals generally work in what would be considered high value target areas.  Providing these employees with cell phone cases equipped with the SMD and its sensors would immediately give the sensor network nationwide coverage in many areas that would be likely targets of a terrorist attack.  In addition to gaining nationwide coverage; if this pilot program extended to all government employees and its contractors around the world, the network would have the ability to monitor U.S. interests globally.

## Costs, Works and Schedule:

The budgeted cost for this development is $1,000,000, with a projected period of performance of one year.  ATPG will simultaneously commence four primary tasks upon contract award.

1)    ATPG will work with ECBC to evaluate, test and select the most appropriate chemical and biological miniaturized sensors available (4-month effort, $17,137)).

2)    ATPG will research and determine the three most commonly used phones capable of being part of this sensor network and work with Otter Box to design and manufacture cell phone cases to house the SMD and sensors (4-month effort, $45,000).

3)    ATPG will enhance/scale the software applications to support the potentially large volume sensor network that will comprise the Cell-All ubiquitous system (7-month effort, $500,000).

4)    ATPG will restructure and scale down the SMD so it can be accommodated in the cell phone case.  After month 7, integration and testing of the Cell-All system will commence.  The system will be documented (block diagrams, wiring diagrams, and theory of operation manual) and a demonstration date will be scheduled (12-month effort, $437,863).

Prototype cases housing the SMD and sensors, cell phones and viewer/management software executables will be delivered upon project completion.

## Small Business Considerations:

This white paper is submitted from a minority owned small business.

# Cell Phone Tracking and Detection Technology Design and Implementation

## ATPG – Larry Golden
## and
## ETI – Harold Kimball

# Introduction

- Larry Golden – ATPG
- Harold Kimball – ETI President
- Technology/Design being presented was developed in support of a patent filing through a collaborative agreement between ATPG and ETI

# Container Tracking/Detection System Design

- **Sensor Monitoring Device (SMD)**
  - Monitors sensors
  - Communicates information to SCD
- **Sensor Controlling Device (SCD)**

  Monitors SMDs
  - Receives data from SMDs and forwards to base station/control center
  - Receives instructions from base station/control center and commands SMDs (if/when necessary)

# Sensor Monitoring Device (SMD)

- Designed to accommodate a range of sensors and detectors
  - Analog I/O
  - Discrete I/O
  - Serial I/O
- Microcontroller based
- Bluetooth enabled
- Communicates with SCD

# Sensor Controlling Device (SCD)

- Designed to communicate with multiple SMDs to secure/monitor container
- Position and sensor information transmitted to base station and/or control center
- XML used to convey data (interoperability)
  - Transducer Markup Language (TML)
  - Cursor On Target (CoT)
  - Custom XML markup

# Sensor Controlling Device (SCD) (cont.)

- Microcontroller based
- Bluetooth enabled for communication with SMD
- Redundant communication capabilities
  - WiFi, WiMax, CellPhone, Satellite Phone, Long Range RF Modem
- Sensors
  - GPS, Temp, Pressure

# Base Station/Control Center Software Design

- Receives XML messages from deployed SMDs
- Provides Grid display of data
  - Container positions
  - Sensor readings
- Provides Situational Awareness details by plotting tracks on mapping software
  - GoogleEarth
  - FalconView
- Message Router application used to route XML messages through hierarchy
  - Ability to create/set rules at different hierarchy levels

# Cell Phone Device Design

- Smart Phone – roving SCD
- Bluetooth allows communication with SMDs
- Uses cell network to relay communications between SMD and base station/control center

# Port System Design

- Containers equipped with SMD/SCD network
- Port employees equipped with Cell Phone device
- Port Control Center equipped with base station/control center software

# Container Ship System Design

- Nearly identical to Port System Design
  - Containers equipped with SMD/SCD network
  - Network capable of forming mesh network for redundancy
- Base Station equipped for long range maritime communication

# Transport Truck System Design

- Container equipped with SMD/SCD network
- Truck driver equipped with cell phone device
- Container can communicate with control centers
  - Cell network
  - RF modems
  - Satellite phone
- Truck driver's cell phone device can communicate with container network and control center

# Transport Train System Design

- Multiple cargo containers equipped with SMD/SCD network

- Containers Communicate with control centers
  - Cell network
  - Long range RF modem
  - Satellite phone network

# System Design / Implementation Status

- SMD prototype
- SCD prototype
- Cell Phone Device prototype
- Base Station/Control Center Software prototype
- All prototypes are at Technology Readiness Level 4
- Design and implementation continues in support of ATPG patent

# Exhibit D

## SENSOR DEVELOPMENT: Dr. Gilbert E. Pacey & IDCAST

**Ability of proposed work to meet the program goal**

We are aware that the TRUST Project's goals are to develop and demonstrate innovative detection systems that have the following attributes:

1. operate without intervention as an in-situ device to detect and identify WMD threats, contraband, and anomalous substances contained within a sealed maritime shipping container;
2. a single system installed and operating internal to the container without interference with loading/lifting operations;
3. capable of collecting and monitoring a sample that characterizes all the atmosphere within the shipping container during transit;
4. capable of alerting a positive detection during transit (between the time the container is closed and sealed and before entering a U.S. port, assumed to be a maximum of 21 days);
5. capable of communicating with a physical interface mounted outside the container, such as the Marine Asset Tag Tracking System (MATTS);
6. operate without impacting the flow of legitimate commerce;
7. capable of properly operating in the maritime shipboard environment; and
8. consistent with all labor, health, safety, and other applicable regulations.

In addition to these goals we have added that the sensing system should have the following attributes:

1. sensor system should have low power consumption to minimize battery requirements and weight;
2. individual sensors do not necessarily need to be specific for a single species;
3. signal output should remain relative through the process;
4. actual sensor should be very low in price and disposal through normal means; and
5. in order to meet price point the sensor is a one-time use devise that is easily replaced.

**Sensor Technology**

In an effort to address similar sensor needs to this BAA, the Ohio Third Frontier Wright Center for Innovations - the Institute for the Development and Commercialization of Advance Sensor Technology (IDCAST) - was created. IDCAST's mission is to establish collaboration between academics, government and industry to develop new sensor technology (remote and CBRNE). **The IDCAST collaborators' vision** for CBRNE sensors is to use an interdisciplinary, team approach to **fill an experimental synthesis and process toolbox** that contains various sensor platforms, materials, and material synthetic/positioning processes that can be used to **produce new, globally competitive CBRNE sensors.** Seven Ohio universities – Central State, Miami, Ohio State (OSU), Cincinnati, Dayton (UD), Toledo, Wright State and the Air Force graduate school – over 50 companies, and 6 government laboratories including the Air Force Research Laboratory (AFRL) at Wright Patterson AFB are IDCAST members. In just three years, IDCAST has produced new technologies that have created nearly 300 jobs.

The investigation is centered on a new RF based sensor platform, the "Varactor Resonant Sensor". This sensor platform is a simple yet novel design that provides numerous benefits for managing RF signals and promises to provide a platform that can utilize nanodomain phenomena in the molecular recognition elements (MRE) of the sensor platform. The characteristic of the "varactor" include: an ultra efficient method of handling RF signals, lighter and smaller than current devices and is 100 to 1000 times faster than current MEMS technology. Furthermore, it has consistently achieved a 4:1 capacitance ratio. Combination of the varactor technology and functionalized polymers has resulted in a new biosensor platform. It has been demonstrated as both a gas and liquid phase sensor. *One of the major benefits is the sensor can be interrogated with a pulse of RF signal. This is a tremendous benefit when operating in a battery-powered environment.* The benefit to the sensor community is that it is inexpensive, reliable, rugged, adaptable to many analytes, and is relatively simple to manufacture. This platform could be designed as one time disposable or long term sensor systems. Since several devices can be made on one chip, multiple analytes could be measured with the same chip.

From the preliminary draft of the IDCAST CBRNE roadmap, it is obvious that significant advancement will be made when the Molecular Recognition Elements (MRE) /Smart Materials (SM) evolve from a single chemical species to an integrated chemical system that captures a specific analyte, produces a single or preferably multiple enhanced signal response, and exhibits rapid capture and reversibility. However, given the high number of various CBRNE species that could be measured for this project, we suggest that nonspecific sensors that sense a general family of species is more practical. For example a MRE that capture off gases from explosive materials or a MRE that captures biological species from the air.

It is envisioned that the IDCAST interdisciplinary team will work together to produce and test new complex MRE/SM systems that can be used with the "varactor" sensor platform. The increased knowledge and newly developed materials encourage sensor development beyond security applications, including environmental, biomedical, and process control. Furthermore, *many of these syntheses and processes for new materials have applications beyond sensors* in fields like alternative energy materials, multicomposite materials in electronics/ plasmonics/spintronics, smart materials, biomedical devices, and environmental remediation.

What distinguishes IDCAST other SM centers are that our focus on CBRNE sensing creates higher expectations for material performance? The MRE/SM should exhibit specificity, rapid response, reversibility, clear or enhanced transmission of signal, and commercial viability. Additionally, our desire to incorporate nanodomain phenomena creates the exciting synthetic challenge: we must not only produce the chemical species, but place the species in the required structural matrix, enabling us to take full advantage of the nanodomain properties. This is complicated further, as responsive smart nanostructured materials are not single molecules or materials, but are hierarchical systems. Therefore, to achieve the promise of SM, one has to design the operating units and their interaction. SMs must be designed around a function in order to elicit the proper environmental response. Signal sensitivity and output must be considered when selecting the appropriate building blocks; for example, supramolecular chemistry and fluorescence research demonstrate that nanostructures must be in the proper position to function. With the exception of the electronics and some laser photochemistry-based polymer syntheses,

17

the knowledge to incorporate and expand chemical syntheses to deliver spatial control (size/location as opposed to steric) for a sensor SA is limited.

1) How our proposed technology will meet the required and desired attributes and functionality

The varactor will respond to changes in MRE material coated on the sensor platform. The platform provides a number of potential signals. In the electronics regime electronic signal amplitude and the electronic phase shift can be used. If an optical component is added optical magnitude, optical polarization changes, reflection angle change, absorbance, and fluorescence could be used. By modulating these signals using standard frequency modulated averaging techniques, we have introduced molecular dynamic discrimination. In addition, multiplexing these signals produces another layer of discrimination among analytes.

Several physical chemical mechanisms suggest we can effectively couple the electronic driving force to the active interface on the capacitive element. Setting up the capacitor to be a Fabry-Perot resonator (1) makes the optical path highly wavelength sensitive, tunable and can amplify absorbance (2). Usually the interface in a Fabry-Resonator is assumed to be fixed and the spatial distance is adjusted to tune wavelength. However, a resonator has an effective electrodynamic distance which although close, is not necessarily the same as physical distance. Correlation spectroscopy (3) in conjunction with a Fabry-Perot interferometer has already been able to detect CO, $CO_2$, $CH_4$. Phase differential integration increases Fabry-Perot sensor sensitivity (4). Just as in the case of optical coatings introducing a thin film on the resonator reflecting surface introduces a dielectric, electrodynamic element affecting the surface reflection properties. Adjusting the surface film to be sensitive to the applied potential will shift the, sharp, highly sensitive Fabry-Resonator wavelength.

Including molecular dynamics into the detections schema introduces several optical detection modalities. Electrochemical impedance response (5) in the 1 Hz to 1 MHz region demonstrates molecular electronic coupling. In addition to molecular motion related response voltage can also spectrally shift surface plasmon resonance (6). Molecular orientation and the distance among energy exchange elements are critical factors for absorbance and energy transfer. Using a thin film matrix with some polarity, necessary for electric filed coupling, will transfer the energy from the low frequency applied potential sine wave to the polar molecules try to follow the applied field. Photon absorbance is determined by selection rules involving electric field vector orientation excitation photon polarization and molecular orientation. Using polarized light we can follow molecular motion as it is induced with the low frequency applied potential.

If the MRE has the ability to capture the CBRNE species, the varactor will produce a change in the signal. The signal will continue to increase until a saturation point is met. We envision that the fact that a change in signal is occurring is enough of a signal to raise a concern about the container.

Typically the MRE is a combination material. The MRE/SM should exhibit specificity, rapid response, reversibility, clear or enhanced transmission of signal, and commercial viability. Additionally, our desire to incorporate nanodomain phenomena creates the exciting synthetic

challenge: we must not only produce the chemical species, but place the species in the required structural matrix, enabling us to take full advantage of the nanodomain properties. This is complicated further, as responsive smart nanostructured materials are not single molecules or materials, but are hierarchical systems. Therefore, to achieve the promise of SM, one has to design the operating units and their interaction. SMs must be designed around a function in order to elicit the proper environmental response. Signal sensitivity and output must be considered when selecting the appropriate building blocks; for example, supramolecular chemistry and fluorescence research demonstrate that nanostructures must be in the proper position to function.

A point of discussion with DHS for Phase I demonstration is: 1) does the sensor have to be specific or can it be capable of identifying a family of analytes (e.g. peroxide explosives) and 2) what analytes are of most concern? Based on those discussions, we will pursue the preferred analye(s) in Phase I by designing and synthesizing the material for the MRE.

2) Varactor form factor of the Phase I and II prototypes proposed

The sensor device is currently about 100 X100 $\mu m^2$. If different frequencies are needed, the device would increase in size but still be relatively small compared to the signal processing and data analysis units. A suite of sensors would be available to test for various classes of CBRNE speices. In addition it would be possible to build in redundant sensors that can be used to validate each other's response. We envision that a sensor packet would be designed to allow easy reconditioning of the system for its next trip.

3) How the proposed varactor prototype will be operated by the end users under field environments

The sensor would be automatically probed by a pulsed RF signal. This means that the sensor will not be on all the time, but will still be able to capture the CBRNE species. Changes in the varactor signal would be observed and compared to blank signals. If the change is significant, the system would alert the computer/operator that a specific container needs attention.

After the container is cleared at the destination port, the sensor device will be reconditioned by placing a new sensor packet into the system. Given the anticipated MRE materials and level of potential markers captured (except radiological), we anticipate that disposal of the sensor packets would not require significant precautions.

The "varactor" is currently licensed from the University of Dayton Research Institute to an Ohio based start-up Analog Bridge (AB). AB is pursuing telecommunication applications for the varactor device, but can support prototype development and limited production that is scalable to supply DHS users with the sensor technology.

**Detailed technical descriptions and approach**

**Preferred Sensor Platform**
A collaborating team from the Ohio Third Frontier Wright Center for Innovations - the Institute for the Development and Commercialization of Advance Sensor Technology (IDCAST) is

proposing to combine several of its technologies to produce new sensors systems for this BAA. The investigation is centered on a new RF based sensor platform, the "Varactor Resonant Sensor".   This sensor platform is a simple yet novel design that provides numerous benefits for managing RF signals and promises to provide a platform that can utilize nanodomain phenomena in the molecular recognition elements (MRE) of the sensor platform.

The proposed technology is an evolution from one our collaborators Barium Strontium Titanate (BST) thin film variable capacitor, "varactor" technology (1-4).  The benefits of this technology to the RF and sensor industries are reduced weight, small size, efficient processing, very fast switching speeds, and low voltage tunability. The characteristic of the "varactor" include: an ultra efficient method of handling RF signals, lighter and smaller than current devices and is 100 to 1000 times faster than current MEMS technology. Furthermore, it has consistently achieved a 4:1 capacitance ratio.  Combination of the varactor technology and functionalized polymers has resulted in a new biosensor platform.  It has been demonstrated as both a gas and liquid phase sensor. ***One of the major benefits is the sensor can be interrogated with a pulse of RF signal. This is a tremendous benefit when operating in a battery-powered environment.*** The benefit to the sensor community is that it is inexpensive, reliable, rugged, adaptable to many analytes, and is relatively simple to manufacture. This platform could be designed as one time disposable or long term sensor systems. Since several devices can be made on one chip, multiple analytes could be measured with the same chip.

A capacitive test structure has been successfully used to characterization biopolymer films over a wide frequency range (5). The effects of applied electric fields and temperature variations on the biopolymer were determined. The experimental results show that the dielectric properties of biopolymers are tunable by changing the voltage applied to the films. The capacitive sensor coated with molecular recognition materials, like a biopolymer, is a sensor platform.



(a) Metal1

(b) Metal 2 layer

(c) Top view resonant sensor

Figure 1:  The top view of each of the metal layers and the resonant sensor device.

Unlike the vast majority of reported nanosensors that have been miniaturizations of existing sensors, the proposed nanoelectorooptic sensor utilizes nanodomain enabled properties.  The novelty is to combine nano-material optical response, analyte sensitivity, well defined thin film electronic perturbation, and optical detection. The key feature of the detector is the ability to transfer some energy from the larger scale electrically driven sine wave to the molecular/ nanodomain which is interrogated optically and electronically, to provide dual information related, but not totally redundant, detection vectors. This research will expand known electro-

20

optic principles into a dynamic signal detection scheme to create new sensors. This technology enables the attempt to couple the film structure, optical, and electronic components due to the unique and intimate coupling between an electronic driver signal, its output variation, and optical effects prevalent at the nanoscale. Basic research is required to maximize and understand the coupling mechanisms across scale. Experimental works confirm the theoretical basis outlined as a means for creating sensors (2). Knowledge gained will also provide a material science experimental approach to better understanding of material structure property relationships (prediction power).

The resonant sensor platform device is based on ferroelectric varactor shunt switches invented by co-PI GS (1). The "resonant sensor" is a simple yet novel design that provides numerous benefits for managing RF signals. Figure 1 is the resonant test structure that consists of a coplanar transmission line at the input and output, with the transmission line shunted to ground by a series inductance-capacitance (LC) resonator circuit. The test capacitor is formed by sandwiching a uniform recognition material layer between two metal layers. The molecular recognition material can be further functionalized with highly selective biomolecules that have been specifically designed to sense chemical or biological analytes. The current test structure can be characterized using the resonance frequency, amplitude of the signal loss in the sensor, or impedance changes. Because of the multitude of measurement parameters, sensitive sensors with low false-positives can be realized.



**Figure 2:** A three-dimensional representation of the capacitive test structure, showing the overlap of the signal conductor in the top metal and the shunt line in the bottom metal which form the test capacitor. Note that the large ground pad capacitor is in series with the test capacitor, resulting in the equivalent

Metal 2 layer pattern is that of the coplanar waveguide transmission line (Ground, Signal and Ground). The top view of the resonant sensor shows the recognition material sandwiched between Metal 1 and Metal 2 layers. The overlap area of the Signal line (Metal 2) with the shunt line (Metal 1) results in the test capacitor. The test capacitor and the inductor in Metal 1 form a resonant circuit with a specific resonance frequency. Once the recognition material sensing layer binds the analytes either a capacitance change or leakage conductance change (across the capacitor or between the signal line and ground line) results in a changes in the output power to input power ratio, the reflected power, and the phase angle between the input and output. Capacitance changes also results in a resonance frequency shift. Measuring these parameters could result in improved specificity and decrease false positives. Integrating an antenna to this resonant sensor will allow for wireless sensing. Each resonator is only a few mm long, and can be designed for a specific resonance frequency. A varactor array can be formed on a single wafer to detect multiple analytes. An alternative schematic is shown in Figure 2.

The test capacitance of the recognition material is calculated using the formula given in Equation 1.

$$C(V) = \varepsilon A/d \qquad (1)$$

where $\varepsilon$ is the permittivity of the polymer, A is the overlap area, and d is the polymer thickness. The equation for the shunt resistance is:

$$R(V) = 1/\omega C(V) \tan\delta \qquad (2)$$

where $\omega$ is the angular frequency in radians and $\tan\delta$ is the loss tangent. The parasitic inductance can be computed as [3]:

$$L = Z_0/2 \ \pi f \sin (2 \ \pi l/\lambda_g) \qquad (3)$$

where $Z_0$ is the characteristic impedance of the CPW transmission line, f is the operating frequency in Hertz, l is the length of the line shunting to ground, and $\lambda_g$ is the guide wavelength. The equation for the parasitic resistance is given by [3]:

$$R_S = 1/\sigma wt \qquad (3)$$

where $\sigma$ is the conductivity of the gold, t is the thickness of the conductor and w is the width of the conductor. Figure 3 is the electrical schematic and Figure 4 is a photograph of a fabricated test structure.





Figure 3: Model of the test structure that is primarily used for analysis at microwave frequencies.

Figure 4. Photograph of a resonant test structure along with the coplanar waveguide probes.

Preliminary Data

A preliminary study of biopolymers was conducted. The biopolymers tested in this study include deoxyribonucleic acid (DNA)-based and silk based biopolymers. The resonant test structures used in this study were fabricated on a three-inch wafer of high resistivity silicon (>10 kΩ.cm). This structure is made up of four distinct layers on the silicon wafer. The adhesion layer consists of 100 Å of chromium sputtered directly onto the silicon wafer. The patterned bottom metal layer was formed by e-beam deposition of 7500 Å of gold through a shadow mask. The bottom metal layer consists of two ground lines shunted together by a 100 µm wide conductor. The next layer is the biopolymer, which is deposited as a thin-film using the standard spin-coating technique. After spin-coating the polymer layer, the top metal layer was formed by e-beam evaporation of 3500 Å of gold through another shadow mask. The top metal layer consists of the ground-signal-ground coplanar waveguide (CPW) transmission line. The signal conductor is 100 µm wide, resulting in the test capacitor area of 100 x 100 µm$^2$. The pitch of the CPW is 150 µm.

Examples of the swept frequency scattering parameter S21 (ratio of output power to the input power in dB) values for silk polymer based resonant test structures are plotted in Figure 4. As shown in the figure each of the resonant test structure has a unique resonance frequency. These



devices are denoted as r4 c3 the row and with column number in the array of fabricated resonant test structures.

The resonant test structures were tested with different chemicals such as isopropanol, DI water, and by blowing air from one's mouth. The swept frequency scattering parameters were obtained for each of the measurements.

Figure 5:  A set of resonant test structures tested at room temperature. The devices tested were in the same row (row 4) and column 3, 4, 5, and 6.

changed to 1.83 pF after the introduction of ethanol. Similar effect is observed for introduction of isopropanol and DI water. In the case of DI water, the introduction of DI water resulted in a reduced shunt resistance across the capacitor. Figure 6 shows the swept frequency response for the resonant sensor before and after the introduction of isopropanol. Again, there is a change in the capacitance from approximately 1.65 pF to 1.687 pF. The change in capacitance is reproducible and quite small in this case.

Note that the S21 shows changes in resonance frequency as well as amplitude. Apart from the resonance frequency and the magnitude of S21,

Figure 6 shows responses for before and after introduction of ethanol, the test performed twice on a silk based resonant sensor. For this silk based resonant sensor, the reference capacitance was 1.65 pF before the introduction of the ethanol, and it



Figure 6.  Silk biopolymer resonant test structure tested using ethanol. Note that the S21 shows changes in resonance frequency as well as



Figure 7. Silk biopolymer based resonant test structure tested using isopropanol. The curve indicated as "raw" is the one obtained before the chemical was introduced.

phase of S21 is also a measurand for sensing applications. Figure 7 shows the swept frequency phase plot for the resonant test structure before and after introducing ethanol. One can clearly see that the phase variations around the resonance frequency are distinctly different before and after introduction of ethanol. Multiple measurands such as magnitude and phase of S21, resonant frequency, and magnitude and phase of S11 (ratio of the reflected power to input power) allows for the resonance test structure to be highly sensitive

and selective sensor. *The phase variations around the resonance frequency show distinctive characteristics before and after introduction of ethanol.*

**Task 1 Pre-start-up:** Phase I analyte selection

A point of discussion with DHS for Phase I demonstration is: 1) does the sensor have to be specific or can it be capable of identifying a family of analytes (e.g. peroxide explosives) and 2) what analytes are of most concern? Based on those discussions, we will pursue the preferred analye(s) in Phase I by designing and synthesizing the material for the MRE.

**Task 2:** Manufacture Varactor Sensor

The manufacturing of the varactor is established and does not present a significant risk. The



Figure 8: Swept frequency phase of S21 for the same silk based resonant test structure as in figure 5.

capacitive test structures used in this study were fabricated on a two-inch wafer of high resistivity silicon (>10 k$\Omega$.cm). The structure is made up of four distinct layers on the silicon wafer. The adhesion layer consists of 100 Å of chromium sputtered directly onto the silicon wafer. The patterned bottom metal layer was formed by e-beam evaporation of 7500 Å of gold through a shadow mask. The bottom metal layer consists of two ground lines shunted together by a 100µm wide conductor. The next layer is the polymer, which was deposited as a thin-film using the standard spin-coating technique. The NRE has to be placed on the device prior to the last manufacturing step. After spin-coating the polymer layer, the top metal layer was formed by e-beam evaporation of 3500 Å of gold through another shadow mask. The top metal layer consists of the ground-signal-ground CPW transmission line. The signal conductor is 100 µm wide, resulting in a test capacitor area of 100 X100 µm². The pitch of the CPW is 200µm.

A network analyzer and an on-wafer microwave probe station were used to measure the scattering parameters (S parameters) of the capacitive test structure. The S parameters were measured using the following procedure. First, the network analyzer and probe station were

24

calibrated over the frequency range of interest (1–20 GHz) using a Line-Reflect-Reflect-Match calibration [16]. Then, the temperature of the thermal chuck was set to the desired value and the desired DC bias voltage was applied to the signal lead of the probe using a bias tee. Finally, the S parameters were recorded and saved.

**Task 3:** <u>Response to environmental and sample conditions</u>
In this task we will investigate the varactors response to temperature and other environmental conditions. At this early stage little work has been performed on how the sensor responds to basic environmental and sample conditions. We hypothesize that even though the equations that describe the signal production are not temperature dependent; the physical properties of the material on the sensor platform may exhibit some response to environmental and sample conditions. Our first question to answer is how much fluctuation in the signals does a change in temperature produce?

A line of varactors will be placed in a small environmental chamber to control temperature. Some varactors will be uncoated and others will have various thicknesses of polystyrene which has a glass transition ($T_g$) temperature at 100°C. As the polystyrene approaches the $T_g$, the Young modulus ($\sigma = E\varepsilon$  $\sigma$ = Tensile stress; $\varepsilon$ = Tensile strain) and hardness will change dramatically. By observing the rate of signal change versus temperature, we will have an answer for polystyrene temperature effects. We will use other polymers like nylon 66 and polymethacrylate with different $T_g$s. We will then test the biopolymers that have been used in the prior section to observe their temperature effects.

**Task 4:** <u>Identification of prospective materials for MREs</u>
In this task we will investigate various prospective MRE material behavior and determine their applicability as recognition materials for a resonant biosensor. The physical mechanisms causing the dielectric tunability and the changes in tunability with increased temperature will be studied. Finally, this capacitive test structure is being used to investigate the relationship between applied voltage and dielectric property changes in the biopolymers.

Arrays of resonant sensors will be created with two resonant sensors having a distinct resonance frequency. One will be used as a reference and the other as a test sensor, with selective introduction of analytes/bio-chemicals. Effect of various external stimuli (temperature, voltage, and humidity) will also be studied for each of the biopolymer. Multitude of sensing layers (biopolymers, organic polymers, nanocomposites, multilayered polymer stack, etc) will be synthesized for effective sensing. Measurements of S-parameters with swept frequency S11, S21 being the most important parameters. The important measurands are the resonance frequency, amplitude and phase of S21 at resonance, amplitude and phase of S11. A plot of resonance frequency vs. % of analyte in the gas stream or in the liquid phase will be obtained for each of the analytes, and possibly with mixed analyte (2, 3, or more) system. The sensitivity and selectivity of the sensor may be obtained by calculating the slope of the curve. Also it may be possible to compute the sensitivity and selectivity of the sensors using the first derivative of the phase of S21 as a function of frequency (d(theta)/df).

The measured S parameters are imported into the Applied Wave Research Microwave Office simulation package. First, an initial estimate of the electrical model parameters is made, using

Eq. 1–4. Then, the electrical model for the test structure is tuned or optimized to match the S-parameters of the model to the experimental results across the frequency range. This procedure is repeated for each capacitive test structure at every bias voltage and temperature to find the specific values for the electrical model. Once the electrical equivalent parameters are accurately obtained, the dielectric properties of the biopolymers ($\varepsilon_r$ and tan$\delta$) can be calculated using Eqs. (1) and (2). New resonant test structures with perforated top electrodes will be utilized to create fringing fields for combining optical techniques with the RF/microwave fields. The perforated electrodes also allow for interaction of the analytes with the sensing layer as well.

**Task 5:** <u>Investigate the response factors for various coatings such as layer-by-layer, self-assembly, and nanoinfused nanomaterials.</u>
We hypothesize that this new technology can be combined with structured nanomaterials to produce new sensors. We have demonstrated that this platform is conducive to additional interrogative signals that will increase information resulting in decreased false positives. This device allows us to couple molecular effects (polarization, molecular motion, and optical energy transfer dynamics) to electronic stimulation and detection. This can be used in three ways: 1) the resulting coupling allows us to drive molecular motion in a controlled way, and 2) sensing changes in molecular motion allows us to detect molecular interaction electronically (e.g. observation of nanodomain collective properties), and 3) forced dynamic coherence will reduce sensor noise and permit lock-in signal averaging detection.

Our progression through these nanostructured materials will begin with self assembled monolayers which exhibit the highest level of molecular motion (swaying parallel to the surface), Layer-by-Layer (LbL) multilayer materials that exhibit some molecular motion in and between the layers, and nanoinfused polymers that exhibited very limited motion. Besides investigating the fundamental physics of molecular motion, this sensor requires a less complicated molecular structured SAMs. SAMs are chemically modified to create two functions, a specific binding site and a signal producing site (sometime the same site performs both functions). The varactor only needs the specific binding site; although there may be interesting effects for optical contained SAMs.

<u>Self-Assembled Monolayers</u>
A big advantage of SAMs is their integration with a biological recognition element for development of biosensors (9-10). SAMs are stable and present a uniform surface structure whose monolayer thickness can be varied easily. Biomolecule immobilization on a SAM requires very small amount of materials and specific analytes can be detected using various transducers. SAMs can help orient and control immobilization of biomolecules (11-13), prevent protein denaturation at an electrode surface and enhance biomolecule stability (14-15). For fabrication of a biosensor (16-23), specific immobilization of a biomolecule on a SAM surface is an important. Sometimes SAMs of thiols with peptides, proteins, carbohydrates or other biomolecules on the free end are not easy to fabricate. SAMs modification can result in development of surfaces with large/complex ligands and molecules needed for biology and biochemistry (24-25). A SAM can be utilized to reduce non-specific binding and to minimize steric hindrance between molecule and its binding counterpart (26-27). These can be exploited to immobilize biomolecules in a defined manner and to improve sensitivity of biosensor (28-34). A new strategy has been demonstrated for specific and efficient immobilization of protein using

semi-fluorinated SAM. The study reveals that such SAMs reduce non-specific protein adsorption and result in highly sensitive measurements with low limits of detection (35). Mixed SAM of biotinylated and ethylene glycol-terminated long-chain alkane thiol on Au surface can be employed for the immobilization of streptavidin (36).

Before going into specifics about the system to be tested, we need to describe how the sensor platform is constructed and what tests will be performed. Unlike an ITO or gold coated plate where total immersion of the plate into the modifying solution is allowed, the varactor will have to have the modifying solutions carefully placed on the sensing plate.   We do this with micropipets under a microscope.  Some spillage over the plate is allowed, but we do not want to expose the entire varactor layered stack to the solution.  For example a thiol solution used to modify a gold sensing surface would also attach to a gold surface elsewhere in the varactor.  To complete the sensor the top structure is then added.  There is some risk that some materials may not survive the last step although we have had success with the biopolymers tested so far.  We will observe the various signal produced as a function of frequency applied to the varactor.  If molecular motion varied by changing the frequency, then another level of selectivity control could exist.  We would expect that a complexed SAM would be affected by the frequency differently than a noncomplexed SAM.

The common test is for a gold nanoparticle.  In this case a gold nanoparticle attached to a thiol anchored long chain alkylthiol which in turn is modified to produce a terminal undecanoic acid will be tested using cadmium and lead ions as the analyte (7).  This data will be compared to the other materials.

Test systems for our sensor would be streptavidin films immobilized using the biotin–thiol method and biotin–BSA (16).  These systems have been used for both quartz crystalmicro-balance (QCM) and surface Plasmon resonance (SPR) systems. Studies suggest that streptavidin film assembled on the biotin–thiol-treated surface provides a better platform and results in more efficient DNA capture ensuring better sensitivity for DNA hybridization detection.  To make the varactor sensor, a biotin-containing thiol mixture which 10% biotin-PEG disulfide and 90% 11-mercaptol-1-undecanol at a net concentration of 1mM in ethanol was left on the sensing platform overnight.  Any excess solution that was not adsorbed onto the surface of the platform will be rinsed off with ethanol. After drying off the ethanol with nitrogen, the sensor will be ready for testing.

A second test system would be a SAM structure that was shown to be an effective cholesterol sensing material (20).  A clean gold surface of the sensing element is reacted with 11-amino-1-undecanethiol hydrochloride in a 1 mM ethanol solution of 11-amino-1-undecanethiol hydrochloride for 24 h at room temperature. The SAM-modified gold plates are rinsed with ethanol and water several times and dried under a stream of nitrogen.  This surface is then modified with drops of glutaraldehyde (0.1%) onto SAM containing varactor for about 2 h, after which these sensing elements were washed with water a number of times. Cholesterol oxidase is immobilized onto glutaraldehyde modified SAM sensing element by placing drops of cholesterol oxidase  and keeping these for about 12 h at room temperature. The resulting SAM is washed with phosphate buffer (50mM, pH 7.0) to remove any unbound enzyme and was stored at 4 °C when not in use.

27

Layer-by-Layer Assemblies

Besides LbLs being more rigid than SAMs they also permit precise control of the thickness and architecture of the nanostructured multilayer by the deposition sequence. Therefore, we cannot only test for the molecular motion question but also test how the thickness of the sensing material affects signal levels. In a typical LbL process, a supporting substrate is dipped alternately in dilute aqueous solutions of oppositely charged polyelectrolytes. Immersion times typically are several minutes in the case of polyelectrolytes. Cyclic repetition of the above procedure produces thin films comprised of sequentially adsorbed layers of polycations and polyanions. The use of electrostatic attraction between oppositely charged molecules as the driving force for multilayer preparation is perhaps the most versatile and least sterically demanding fabrication method; however, formation of LbL assemblies also has been accomplished by other types of interaction, for example hydrogen bonds (37), metal-ligand coordination bonds (38) and strong biospecific interaction (39).

Of importance in the present study is the control of the thickness and density of the deposit. The thickness of multilayer films can be controlled by the following ways. As suggested from the mode of preparation, the LbL multilayer thickness increases linearly with the number of pairs of oppositely charged components (40) The number of pairs that can be adsorbed can exceed 100 (41), and the thickness of a pair of components can be varied over the Angstrom to nm range (40). Thus, a wide range of total film thickness is attainable. LbL thickness is fine-tuned by control of such deposition conditions as the salt content, pH, and the polyelectrolyte concentration of the precursor solutions. Perhaps the most important of these is ionic strength. Lvov et al. (42) monitored the deposition of multilayer films consisting of polyvinyl sulfate, PVS, and PAH by small angle X-ray scattering. They found that the addition of small amounts of electrolyte to the PVS solution leads to an increase of the thickness of one layer pair from 13Å (0.01 mol/L NaCl) to 34 Å(0.9 mol/L NaCl). Lösche et al. (43) investigated multilayer films comprising polystyrene sulfonate, PSS, and PAH by neutron reflectometry. They found that the dependence of the equilibrium thickness, $d$, per layer pair on ionic strength, $I$, is linear, with a sensitivity, $\Delta d/\Delta I$=16 Å L/mol. The effect of salt content, which is similar to the well-known "rod-to-coil" transition of polyelectrolytes in solution, is due to screening of electrostatic charges on the polymer chain (42).

Again a gold nanoparticle which is modified to produce a terminal undecanoic acid will be incorporated into an LbL structure and tested using cadmium and lead ions as the analyte (7). This data will be compared to the other materials.

For example one question to ask; how does a well characterized layer-by-layer system behave as the molecular recognition element on this sensor platform? The MU lab used the LbL electrostatic deposition method to fabricate multilayer films of pentaerythritol-based metallodendrimer with RuII terpyridine subunits (RuDen) that has a positive charge and ds-DNA (ds, double-stranded) that has a negative charge due to its phosphate backbone. The absorbance at 263 nm varied linearly with the number of layer pairs in the range 1-6. This LBL was used to monitor the level of DNA damage caused by styrene oxide. In the prior work the assembly was on a glassy carbon electrode coated with a monolayer of aminobenzoic acid. The measurement was based upon the RuDen-catalyzed oxidation of sites, e.g. guanine, that are exposed when ds-

28

DNA is damaged. The peak current at 1.07 V vs. Ag | AgCl in square wave voltammetry increases with incubation time for 30 min. The process was also monitored by the shift in the spectrum of a long period grating (LPG) fiber coated with (DNA | RuDen). A typical shift, which is due to changes in the refractive index of the coating, was 0.3 and 1.8 nm for 5 and 30 min exposures, respectively, using an algorithm that can measure a shift of $1 \times 10^{-4}$ nm (44).

We will use the same LbL material and observe the response of the new sensor to the introduction of styrene. The initial study will introduce the styrene to the sensor for a 5 min period and compare the changes between the sensor before and after the styrene introduction. As shown in the prior section, there are various signals that can be measured for the same sensor. Using similar approaches several known LbL biosensor systems will be investigated.

Another question we have is can the molecular motion that is produced by the applied frequency be used to enhance the sensor's performance. For years Lakowicz has demonstrated metal-enhanced fluorescence (MEF) and the significant changes in the photophysical properties of fluorophores in the presence of metallic nanostructures and nanoparticles. MEF is largely dependent on several factors, such as chemical nature, size, shape of the nanostructure, and its distance from the interrogating fluorophore (45). He used a LbL assembly to understand the distance dependence nature of MEF. They observed a maximum of a ~6-fold increase in the fluorescence intensity from a monolayer of the SRB at a distance of ~9 nm from the metal-nanostructured surface, with the enhancement decreasing down to ~1.5-fold at about a 30 nm separation distance. Consistently, the minimum lifetimes was about 4-fold shorter than those on glass slides without silver, with the lifetimes being about nearly the same for 15 layers of the PSS/PAH assembly.

We will use the same sulforhodamine B (SRB) assembled on the plasmonic nanostructured silver islands films surface. They controlled the distance between the fluorophores and the surfaces by controlling the number of layered pairs of polystyrene sulfonate (PSS) and polyallylamine hydrochloride (PAH). The SRB is electrostatically attached to the positively charged PAH layer. We will start with a single layer pair and observed whether increasing frequency on the capacitor changes molecular orientation. The varied proximity of Orientation of the SRB probe molecule adsorbed in PSS/PAH-layered assembly was determined by polarized absorption spectroscopy. The observed tilt angle of the probe transition dipole moment with respect to the surface normal was 40°.

The implication for biosensors is that the enhance fluorescence that can be realized which will improve detection limits. In addition the study provides improved understanding of the interaction between plasmonic nanostructures and fluorophores and, more importantly, their distance dependence nature when using a robust, easy, and inexpensive alternate electrostatic LbL assembly as a bottom-up nanofabrication technique to control the probe distance from the surface.

<u>Nanoinfused Materials</u>
The nanoinfusion process provides an unprecedented opportunity to design new functional nanostructured materials in order to better investigate electron transfer, and chemical reaction mechanisms (46-49. Our interest in this material for this study is that the molecular motion of

the analyte specific element in the polymer has very restricted molecular motion. The process deposits/grows nanoparticles in the free volume of the polymer. This process occurs when the ambient gas that resides within a polymer's free volume is evacuated which allows other reactive gases to transfer into this space with little difficulty as long as the precursor molecules are sufficiently small enough to easily diffuse into the free volume space. In essence, the polymeric matrix acts as a 3-dimensional molecular template that controls: 1) the amount of organometallic or inorganic precursor that can be added and 2) the physical structure and size of the molecular network that is subsequently formed. Following evacuation, the molecular free volume of the polymer is filled with a gaseous precursor (organometallic or inorganic CVD compound) and is then treated chemically, thermally, or photolytically to convert the precursor molecules to metal nanoparticles or to create an interpenetrating network of organic or inorganic chemical functionality within the polymer's bulk free volume. This results in the formation of nano-scale particles and/or networks having mono-dispersed size distributions close to 1 with controlled sizes ranging from 5nm to ~100nm within the host's polymer free volume. Of importance to biosensors is that molecular recognition elements can added to the nanoparticles and in case like fluorescence, the nanodomain enhancement properties can be utilized.

Again a gold nanoinfused nanoparticle will be modified to produce a terminal undecanoic acid and will be tested using cadmium and lead ions as the analyte (7). This data will be compared to the other materials.

**Task 5:** <u>Test Sensor System</u>
After laboratory testing the device will be tested inside a container where a controlled released of the analyte will be performed. We will evaluate the response, detection levels, and long terms stability over a 21 day period. Successful results would be that we meet or exceed DHS's stated requirements in the BAA.

**Statement of Work, Schedules, Tasks, and Milestones**

| Task | Start-up | Q1 | Q2 | Q3 | Q4 | Milestones |
|------|----------|----|----|----|----|------------|
|      |          |    |    |    |    |            |
| 1    |    →     |    |    |    |    | Analyte Identified |
| 2    |          |    |    |    | →  | Manufacturing Routine |
| 3    |          |    |    |    |    | Material – environmental response understood |
| 4 and 5 |       |    |    | →  |    | MRE toolbox filled with multiple material options |
| 6    |          |    |    |    | →  | Successful Test |

**Deliverables**

Phase I deliverable is working CBRNE sensor for particular analyte of family of analytes that has met the DHS's requirement for container surveillance.

**Management Plan**

IDCAST has established effective management that will be implemented for this project. IDCAST financially invests in innovative projects that clearly lead to commercial products.   As a result an advisory team (academic, industry, government) will oversee the strategic and tactical plans for the project with quarterly evaluation of the research and integrative elements. They will be given the task to initiate new lines of research and terminate support for less effective ones.

**Risks Mitigation Plan**

| Task | Risk | Planned Mitigation | Risk Level | Alternative Approach |
|------|------|-------------------|------------|---------------------|
| Task 1 | | | | |
| Task 2 | Manufacturing Varactor | | Low | None |
| Task 3 | MRE placement | Alternative anchoring materials | Medium | Place recognition material in more Stable support |
| Task 4 | Environmental Response | Change anchoring materials | Medium | Change anchoring materials It will be comprise among stability, signal, specificity |
| Task 5 | Specificity versus selectivity | Losing specificity to acquire satisfactory operational parameters | Dependent on CBRNE area, medium to high | Change to another capture agent if available |
| Task 6 | Sensor meets all DHS requirements | Continued development | Medium to High | Change materials |

**Facilities**

The IDCAST collaborators have extensive laboratory space at their universities. The IDCAST facilities now house over 100,000 sq.ft. of research space.  Equipment available for this project includes: Jeol High Resolution TEM, Zeiss SEM, NMR (300, 500, 600, 850 MHz), Horiba photon counting/lifetime Fluorimeter, UV-Vis, TGA-DSC, LC-MS, GC, LPG, Autoclave, Various ovens/furnaces, Plasmon Sputterer, Nanoinfusion reactor, LC, IC, Electrochemical stations, Rapid Stop-flow system, MALDI-TOF/TOF, BET, AFM, Reflectance spectrometer,

Raman (with microscope), IR (with microscope), and a microwave synthesis system.   The Nanoscale Engineering Science and Technology (NEST) Center, a joint effort between the University of Dayton Research Institute (UDRI), the School of Engineering and the College of Arts and Sciences, will be utilized for the fabrication of the sensors, actuators and electronics. This facility consists of a 1200 sq.ft clean room with modern fabrication and lithography equipment, such as an IR backside aligner, multiple-target magnetron sputtering system, Inductively Coupled Plasma (ICP) etcher, and Plasma enhanced Chemical Vapor Deposition (PECVD). It also includes characterization facilities such as Atomic Force Microscopy (AFM) and Ultrasonic AFM (UAFM). There is a modular clean room with a large area pulsed laser deposition system, and a dc/rf sputtering system. Co-PI GS also has a measurements lab where he has an on-wafer probe station with a temperature controlled wafer chuck, and the ability to characterize sensors and actuators using DC/AC/RF/ and Microwave signals. A DC voltage of up to 5000 V can be applied with a current limit of up to 10 mA. A wireless sensor measurement set up is currently being set up.

**Requirements for Government-furnished Resources**

A discussion about whether there are any analytes that the government wants to determine specifically as opposed to nonspecific.

# Exhibit E

# ATPG
# Technology, LLC
## *Anti-Terrorism Product Grouping*

**Larry Golden, CEO**
**522 Peach Grove Place, Mauldin, SC 29662**
E-mail: lgolden5605@charter.net
E-mail: atpg-tech@charter.net
**Bus. 864-288-5605 / Mobile: 864-992-7104**

January 18, 2008

DHS; S&T Directorate
Attn: Edward Turner; Program Manager
1120 Vermont Ave., NW
Washington, D.C. 20528

Re: Phase I: Cargo Container / Phase II: Cell Phone Detector Cases / and
    Phase III: Stall-to-Stop Vehicles

Dear Mr. Turner:

## "DUAL-USE" TECHNOLOGIES AND THE "PRODUCT GROUPING" STRATEGIES:

**"Dual-Use" Technologies:** Every dollar spent fighting this war is a stunning blow to world productivity and could well be echoed in higher inflation rates, followed by a lowered standard of living. The events of September 11 were, indeed, attacks on a way of life, and their effectiveness must be judged in terms of not only lost lives, but also lost livelihoods….Moreover, new enemies, aware as never before of our society's vulnerabilities, may well attempt to exploit them in the years ahead. That is where a coordinated campaign to combine terrorism prevention with economic growth becomes crucial….We have ample precedent for such a campaign. In the last 20 years, the U.S. government has come to recognize that many military technologies are too expensive to build independently and are best developed in tandem with civilian applications. Often called "dual-use" technologies, they have included the integrated circuit….Dual-use technologies offer dual economies in the war on terrorism. They reduce costs by increasing production volume. But just as important, they expand the base of designers, testers and users, thus greatly expanding the number of smart people evaluating and improving them. Cheaper products and more brainpower--a powerful one-two punch!....Saving lives, saving money and saving the environment in one program-now that's the American way….In the coming R&D war on terrorism, Congress, the U.S. Defense Advanced Research Projects Agency and other organizations should give full attention to promoting antiterrorist technologies that follow two fundamental guidelines.

First, these technologies should be designed to deny terrorists tools and targets. Second, they should not be an economic burden on society; they must have a broad and substantial impact on commerce and productivity....We will never track down every terrorist in the world, nor stop the insane and malevolent from imposing their warped visions on others. But we can deny those targets worthy of attack-including our underlying economic prosperity. *(Eliminating the Tools of Terror, Technical Review, April, 2002)*

**"Product Grouping" Strategies:** The strategy is to group anti-terrorism systems devices, detectors, and scanners with communication methods like GPS, RF, cell phones and cell towers, navigation, internet, wireless, telematics, satellite, alarms, and electronic communication to deter and/or prevent terrorist acts, activities or threats while making it economically feasible for commercialization. The strategy is to group into categories based on similarities of security problems, similarities of solutions, similarities of design, similarities of materials, similarities of cost, similarities of technical advancement capabilities, and similarities of availability. The strategy is centered on creating demands which encourages competition and by mass-producing, can significantly reduce cost. The advantages of "Product Grouping" are: products uniform, greater specialization, optimum utilization of workers and machinery, low production cost per unit, low stock-piling cost, production control is simplified, high sales turnover, and equipment standardized.

**"Dual-Use" Technologies , "Product Grouping" Strategies and the "SAFE CONTAINER" Project:** With this combination we get interchangeable, integrable sensors and detectors that offer improved dynamic response, greatly reduced size, high precision, increased reliability, specific design, high sensitivity, simplicity, low cost, quick response, low power requirement, that can be micromachined and mass-produced. The sensors and detectors can be mass-produced in the millions at low prices, which is the main appeal. The combination allows us to integrate past safe container initiatives, current safe container initiatives and future safe container initiatives; operational through a (CPU) central processing unit or (SCD) sensor controlling device. When an announcement is made by the DHS; S&T Directorate that 3 million plus cargo containers will be equipped with a security device that has an open platform for chemical, biological, explosive, human, radiation, and nuclear detectors, the sensor and detector industry will began producing high quality, low cost detectors and sensors to meet that demand in hopes of offering a sensor(s) that meets the requirements for use in securing cargo containers. When an announcement is made by the DHS; S&T Directorate that 3 million plus cargo containers will be equipped with a security device that has an open platform for anti-terrorism devices such as detector cases, detector cell phone cases, satellite biometric cell-phone keypads, stall-to-stop devices, communication methods, locks, lock disablers and warning/ready lights, the industries will began producing high quality, low cost anti-terrorism devices to meet that demand in hopes of offering an anti-terrorism device that meets the requirements for use in securing cargo containers.

**"Dual-Use" Technologies, "Product Grouping" Strategies the "SAFE CONTAINER" Project and the security device; "Multi Sensor Detection and Lock Disabling System":** The security device needed to pull all the technologies, strategies

2

and program goals together, is designed to do ubiquitous sensing (everywhere at all times) to secure vulnerable areas of transportation, storage, distribution, and shipment. A (CPU) central processing unit or (SCD) sensor controlling device can be mounted or installed on the inside of all cargo containers. Our focus is on the inside of cargo containers because the (GAO) Government Accountability Office stated in a report to the Congressional Requesters, "the effectiveness of a radiation isotope identification device is diminished as its distance from the radioactive source increases, and by the thickness of the metal container housing the radioactive source. As a result, secondary inspections that rely solely on external examinations may not always be able to locate, isolate, and identify an illicit shipment of nuclear material". A device on the inside of the container is ATPG'S primary focus, but our "patent pending" technology can be designed for outside use. Inside the container is the focus of DHS; BAA07-02A and DHS; BAA04-06.

**Important Notice:** ATPG Technology, LLC filed a disclosure document on November 17, 2004 and a patent application on April 5, 2006, (App. #: 11/397,118) with the Patent and Trademark Office for a "MULTI SENSOR DETECTION AND LOCK DISABLING SYSTEM", that published on October 18, 2007 (Pub. #: US 2007-0241881 A1). ATPG Technology, LLC filed an International patent application (App. #: PCT/US07/80293) under the (PTO) Patent Cooperation Treaty. The PTO's Total Contracting Parties: 137 Countries and Member States. The 'Filing and Receipt' date is October 3, 2007 and is titled: "MULTI SENSOR DETECTION AND LOCK DISABLING SYSTEM.

# GENERAL DESCRIPTION & SOLUTIONS ALIGNMENT FOR "CARGO CONTAINERS, CELL PHONES & VEHICLES"

**Open Platform for Sensors and Detectors:** *(Phase I, II & III)* interchangeable and integrable sensors and detectors to handle new, innovative and advancing technology. Included but are not limited to; chemical, biological, nuclear, radiological, explosive, human, pressure, contraband, and glass break.

**Open Platform for Anti-Terrorism Devices:** *(Phase I, II & III)* interchangeable and integrable anti-terrorism devices to handle new, innovative and advancing technology. Included but are not limited to; cell phones, portable detector cases, locks, warning/ready lights, stall-to-stop devices, scanners, tampering devices and testers.

**Communication Package:** *(Phase I, II & III)* the communication methods and devices included in the RFI; "White Paper" include but is not limited to; internet, WiFi, WiMax, Bluetooth, GPS, navigation, satellite, broadband, cell phones, cell towers and RF. In phase II more concentration and research will be placed on protecting all communications, providing tamper resistant communications, providing the means to forward all alert messages, providing data protection for all incoming and outgoing data and messages, addressing technical issues associated with communications, including radio frequency allocations domestically and internationally, etc.

3

**Outside Warning/Ready Light Indicator:** *(Phase I, II & III)* lights are used to indicate an alert and to indicate what type of contamination is inside the container. The lights can be used as a reliable and convenient way of identifying a cargo container stacked around or within 200 other cargo containers on a wet, windy night after the security device signaled contamination. The ready lights indicate a systems test has been performed and the security device components are all signaling. The lights indicate the battery level.

**Power Source:** *(Phase I, II & III)* The introduction of a new generation of rechargeable battery technology that will solve many of the problems related to technology mobility in the future by providing a source of energy many times that which exists today in a substantially reduced size.

**Satellite Phone with Keypad:** *(Phase I, II & III)* can be used as a SCD for the detectors and sensors embedded in a dock worker or inspector's cell phone case, belt etc… The phone can also be used to receive codes for unlocking and resetting the lock disabling device. An A satellite phone or satphone is simply a mobile phone that uses orbiting satellites instead of cell towers to connect with main phone lines. While systems vary, some satellite phones will work on just about every portion of the planet. Most mobile telephone networks operate close to capacity during normal times and spikes in call volumes caused by widespread emergencies often overload the system just when it is needed the most. Examples reported in the media where this have occurred include the 2001 September 11 attacks, the Hawaiian earthquake, the 2003 Northeast blackouts, the 2005 London Tube bombings, Hurricane Katrina, and the 2007 Minnesota bridge collapse. Thus mobile phones are better for isolated emergencies such as vehicle accidents.

**Biometric Cell Phone with Keypad:** *(Phase I, II & III)* can be used as a SCD for the detectors and sensors embedded in a dock worker or inspector's cell phone case, belt etc… The biometric cell phone can also be used to receive codes for unlocking and resetting the lock disabling device once an authorized person is identified. If the driver of a truck carrying a cargo container across country is stalled-to-stopped, the driver can use the biometric cell phone to identify himself and a signal is sent to open the doors.

**Lock; Lock disabling device:** *(Phase I)* 1- Products that do not have locks. The products include but are not limited to; mail drop boxes, newspaper vending boxes, trash cans, etc. 2- Products that have locks. The products include but are not limited to; cargo containers, mini-storage houses, warehouses, lockers, cluster mail boxes, keyed mail boxes, trailers, etc. (disable and override the current locks). 3- Products that have biometric locks. The products include but are not limited to; airport lockers, vehicles, etc. (disable and override the current locks). 4- Products that have locks and are mobile. The products include but are not limited to; cars, trains, ships, mail carriers, planes, trucks, vans, buses, campers, etc. (disable and override the current locks)

**Security Device Systems Tester:** *(Phase I)* the systems tester is designed to test and verify correct operations of the "multi sensor detection and lock disabling system" sensors, anti-terrorism devices, communication methods and other components used with and used on the multi sensor device. The tester can be during the onloading and

4

offloading of the cargo containers. The tester can also be used at truck weight-in stations, our Nation's borders, and at the entry points of warehouses and distribution centers. The tester is wireless and can also a plug and socket for making connections with the cargo container. A stand-alone hand held tester that is battery operated can be given to authorized persons.

**Detector Case:** *(Phase II)* The detector as it is referred to in this document and the RFI; "White Paper" document as the (CPU) central processing unit or (SCD) sensor controlling device for mounting or installing inside to cargo container can also be used (as described in my patent application) in other ways to provide security for the cargo container. ATPG's strategy of incorporating its existing SMD design into cell phone cases provides a means to quickly establish a massive sensor network nationwide. ATPG proposes modifying the SMD form factor so that it can be installed into the most common cell phone cases. A person would receive a cell phone case along with an adapter cord that would connect to their existing phone charger; allowing the SMD and phone to charge simultaneously. A switch on the case will allow a person to enable the device at their discretion. If the cell phone does not have an on board GPS, the SMD provided in the cell phone case will be equipped with one. The geographic position of the SMD/cell phone pair will be determined either by GPS, cell phone tower database and signal strength or by a Wi-Fi hotspot database. In the event current position cannot be determined, the device will use its last known good position fix for communications and the position will be flagged as such. Housing the SMD and sensors in a cell phone case provides a number of advantages. Since the SMD will draw all of its power from its own power source the only resources required from the cell phone will be for a dedicated Bluetooth channel and limited processing power to execute the cell phone software. Additionally the consumables in the cell phone case (battery, sensors etc.) can easily be switched out, or the entire case can be easily replaced. One method for fielding the sensor network and implementing its widespread use would be to conduct a pilot program for the program for the nearly 30 million government workers, border patrol personnel, government contractors, maritime workers, seaport workers, and cargo ship personnel. These individuals generally work in what would be considered high value target areas. Providing these individuals with cell phones cases equipped with the SCD and its sensors would immediately give the sensor network nationwide coverage in many areas that would be likely targets of a terrorist attack. In addition to gaining national coverage; if this pilot program is extended to all government employees and its contractors around the World, the network would have the ability to monitor U.S. interests globally.

**Stall-to-Stop Device:** *(Phase III)* having the technology to stall-to-stop a vehicle carrying a potential threat is a big plus in an effort to stop or prevent terrorist (included are drivers unaware of the potential threat they are transporting), who may be transporting other terrorist, WMD, chemical and biological warfare, and explosives from reaching its targets. In addition to trucks carrying cargo containers, the stall-to-stop technology is being researched for consideration in the other cargo container intermodal transportation modes such as ships, trains and eventually planes.

# LEVEL OF EFFORT NEEDED TO PERFORM A SYSTEM DEMONSTRATION

## *Phase I: (Cargo Containers)*

**Targeted Area:**  Project Manager; and Inventor of patent-pending technology designed to handle multiple sensors, devices, systems, detectors and scanners to protect and secure vulnerable areas.
**Company Name:**  ATPG Technology, LLC (Lead Company for this Project)
**Company Profile:**  ATPG (Anti-Terrorism Product Grouping); the grouping of products to prevent or deter terrorist activities. ATPG is an R&D company for preventing terrorism. ATPG's grouping strategy reduces the cost to commercialize.
**Contact Person:**  Larry Golden, CEO (Project Manager for this Project)
**Contact Number:**  864-288-5605 / 864-992-7104
**Contact E-mail:**  lgolden5605@charter.net
**Rough Order of Magnitude:**  To serve as Project Manager and Lead Company for this project. To provide patent-pending technology (publish 10-5-07). To move the technology from research and development to a finished product. To establish Contracts, Collaborative Agreements, Joint Ventures, and Partnerships with participating companies, institutions, laboratories and firms. To monitor the "scope of work" schedules by traveling to the different work sites to visit with the Program Manager, Chief Engineer, Chief Scientist, R&D department and the Production department for the different companies involved. Total cost for R&D: $625,000 dollars.
**Device Cost per/unit @ 3,000,000 units:**  $3,500 per/unit (detectors, lock, software included)

**Targeted Area:**  Laboratory for Testing.
**Company Name:**  U.S. Army Edgewood Chemical Biological Center (ECBC)
**Company Profile:**  Edgewood Chemical Biological Center (ECBC) (www.ecbc.army.mil) science and technology expertise has protected the United States from the threat of chemical weapons since 1917. Since that time, the Center has expanded its mission to include biological materials and emerges today as the nation's premier authority on chemical and biological defense.
**Program Manager:**  Daniel M. Nowak
**Chief Scientist:**  Dr. Augustus W. Fountain III
**Contact Number:**  410-436-5631 / 410-436-0683
**Contact E-mail:**  daniel.nowak@us.army.mil / augustus.w.fountain@us.army.mil
**Rough Order of Magnitude:** Scope of Work (Draft):  During the term of this agreement ECBC will provide technical advice on the identification and selection of commercial off-the-shelf (COTS) or Domestic Nuclear Detection Office (DNDO) developed chemical agent detectors, biological agent detectors, explosives detectors, and others as deemed necessary for integration under the SAFECON BAA.  ECBC will also plan and coordinate an on-site test, for a period of one-week, of the integrated devices; assuming all materials would be provided by the proposer. Laboratory total cost for R&D: $17,137 dollars

**Targeted Area:**  Batteries (power source).
**Company Name:**  Excellatron Solid State, LLC
**Company Profile:**  Excellatron (www.excellatron.com) is a subsidiary of Johnson Research and Development Co., LLC. Excellatron is introducing a new generation of rechargeable battery

technology that will solve many of the problems related to technology mobility in the future by providing a source of energy many times that which exists today in a substantially reduced size.
**Contact Person:** Tony Pace
**Program Manager:** Steve Buckingham
**Contact Number:** 404-584-2475
**Contact E-mail:** pace@excellatron.com
**Rough Order of Magnitude:** This development effort is assumed to span a six month period. While it is not possible to be specific on the price of such an effort, owing to the final desired performance requirements are solidified and the program requirements are refined. Assuming that a modification to one of our existing products would be satisfactory to meet the desired application needs. Total cost for R&D: $199,313 dollars
**Battery Cost per/unit @ 3,000,000 units:** $50 per/unit


**Targeted Area:** Software Applications
**Company Name:** ETI (Enabling Technologies Inc.)
**Company Profile:** ETI (www.eti-web.com) was founded in July 2006 to develop intelligent and inexpensive technology to support all areas of disaster relief. ETI is developing desktop, handheld, COTs GPS and microcontroller based situational awareness solutions. These applications utilize WiFi, Bluetooth, long and short range RF radios, Cell Phone, Ham Radio and the internet as communication mediums. The applications are designed to enable disaster relief personnel to easily track, communicate and manage the relief effort and effortlessly flow this data through the system and up the command hierarchy. ETI has also developed a product called FlightSimto1553 that provides low-cost dynamic 1553 data to drive hot-mockups and simulation labs requiring specific 1553 messages without a full-blown simulation.
**Contact Person:** Harold Kimball
**Program Manager:** Harold Kimball
**Chief Engineer:** Doug Cumbie / Ronald Doster
**Contact Number:** 702-875-3857
**Contact E-mail:** hkimball@eti-web.com
**Rough Order of Magnitude:** Each Container will be equipped with a central processing unit (cpu) that will be capable of Bluetooth, WiFi, cellphone, and long and short range RF radios (possibly data enabled ham radios) The controlling device will also be equipped with a GPS, compass and accelerometers to determine position. All devices (sensors and CPUs) that are in range will form a mesh network. All devices in a container will have a unique id identifying that container and CPU. This id will link back to the containers manifest. In the event a container's CPU fails, sensors in that container will establish communication with the CPU in a nearby container. Failure of the CPU will be propagated through the network to the base station. A detection of a problem by any sensor with a failed CPU will be able to communicate the problem through another containers CPU. If a container's CPU is unable to achieve a GPS fix, the CPU will communicate with nearby containers to establish its position along with the last position reported by the GPS and updated by the accelerometers. A base station application will be developed to manage and track all containers within range (i.e. on a ship or in a ship yard). Containers leaving a ship or ship yard will be tracked through one of the aforementioned communication mediums. Total cost for R&D: $750,000 dollars
**Software Cost per/unit @ 3,000,000 units:** $450 per/unit


**Targeted Area:** Chemical, Explosive, Radiological, and Nuclear detection
**Company Name:** Oak Ridge National Laboratory

7

**Company Profile:**   Oak Ridge National Laboratory (www.ornl.gov) is a Federally Funded Research and Development Corporation (FFRDC) managed and overseen by the Department of Energy and is its largest science and energy laboratory. Managed since April 2000 by a partnership of the University of Tennessee and Battelle, and with the creation of DOE in the 1970s, ORNL became an international center for the study of nuclear energy and related research in the physical and life sciences.   The National Security Directorate's missions are: To provide federal, state and local government agencies and departments, the technology and expertise to support national and homeland security needs. Develop for or transfer technology to industry so it can be used in support of national or homeland security objectives as well as to enhance America's economic competitiveness in world markets. The National Security Directorate achieves both of its primary missions by leveraging the science and technology investment made by the Department of Energy and other organizations by understanding our customers' challenges and working with them to find the right technology solutions.

**Contact Person:**   Richard L. Stouder, Blair Ross

**Chief Scientist:**   Dr. Thomas Thundat: Oak Ridge National Laboratory (ORNL) is a federally funded research and development center in Oak Ridge, Tennessee, United States. Founded in 1943, the laboratory is sponsored by the United States Department of Energy and administered by UT–Battelle, LLC

**Contact Number:** (865-574-3053 / 865-207-6239); 865-576-1034

**Contact E-mail:** stouderrl@ornl.gov / rossb@ornl.gov

**Rough Order of Magnitude:**   Based on contact with several of our researchers, I believe that ORNL could provide new technology or access to technologies that we have helped develop in the following areas: For Chemical and Explosives detection, we are developing microcantilever-based technology that shows great promise.  It will be small and have low power requirements, and could be achievable in the timeframe described in the BAA summary. For Radiological and Nuclear detection, we have been working with relatively low-cost gamma detection technologies that we can assist in configuring for this application.  Alpha and beta detection is not really feasible given the configuration you described in your concept, but most of the potential threats we are concerned with have a gamma signature.   Total cost for R&D: $500,000 dollars

**Cost per/unit @ 3,000,000 units:** Technology-transfer to EWA


**Targeted Area:**  Biological Threat Detection

**Company Name:**  US Naval Research Laboratory (NRL)

**Company Profile:**  The NRL is the corporate research laboratory for the Navy and Marine Corps and conducts a broad program of scientific research, technology and advanced development. NRL has served the Navy and the nation for over 80 years and continues to meet the complex technological challenges of today's world.  The Center for Bio/Molecular Science & Engineering Center for Bio-Molecular Science and Engineering (CBMSE) has a multidisciplinary staff with backgrounds and experiences in analytical and physical chemistry, electrochemistry, physics and mathematics, inorganic and organic chemistry, chemical and electrical engineering, biochemistry, biotechnology, molecular and cellular biology, bioinformatics, microbiology, and biomedical engineering. Along with federal employees, the CBMSE has National Research Council (NRC) post doctoral fellows and other contractors working onsite. The staff comes to NRL from industry, academics, and other government facilities, resulting in programs that span the full spectrum from basic to applied research.

**Contact Person(s):**  Chris R. Taitt, Paul T. Charles

**Program Manager:** Chris R. Taitt

**Contact Number(s):**  202-404-4208/ 202-404-6064

**Contact E-mail (s):** chris.taitt@nrl.navy.mil; paul.charles@nrl.navy.mil

8

**Rough Order of Magnitude:**  Biosensor research for biothreat detection has been a mainstay of CBMSE for over 15 years.  Biosensor systems and ancillary technologies developed at NRL that have been transitioned to the commercial sector include fiber optic biosensors (RAPTOR, Analyte2000), flow immunosensors (FAST2000), array biosensors and air samplers (SASS 2000, SASS 2000-Plus).  A key quality that NRL researchers bring to the proposed work is the ability to take scientific concepts from the laboratory to the field, participating in at least 15 blind/field trials using 3 different optical detectors over the past 10 years.  Particularly relevant to this project, members of the assembled team have demonstrated integration of both lab prototype and commercial biosensors into fully automated, and autonomous systems, capable of remote operations ("flying biosensors").  The work proposed here will require similar engineering, biochemical, and logistical preparations to integrate a manually operated biosensor with an appropriate air collector for low-power, automated detection of potential biothreats within the shipping containers, as well as outside. Total cost for R&D: $1,500,000 dollars per year

**Cost per/unit @ 3,000,000 units:** Technology-transfer to commercial partner (TBD)

**Targeted Area:**  Human Detection

**Company Name:**  Home Security Store, Inc.

**Company Profile:**  Home Security Store, Inc. (www.homesecuritystore.com) Founded in 1972. Our Company was built on top quality personal service and a genuine concern for our customers. We bring together highly-trained, professional technicians and a state-of-the-art product line to provide the most comprehensive security source. Our expertise and experience in security systems will prove invaluable. Precision engineered for outstanding performance and reliability, yet surprisingly easy to use, your Security products continue to deliver true security to your family and business for years to come.

**Contact Person:**  Theresa Winn

**Contact Number:**  888-501-7870 (ext. 205)

**Contact E-mail:**  Theresa@homesecuritystore.com

**Rough Order of Magnitude:**  *RCR-A; GE Exclusive range-control Motion Detector:*

Dual Technology Motion Sensors offer new, easy solutions for your most challenging residential or commercial applications. Using a sophisticated combination of precision controlled microwave and passive infrared (PIR) technologies, these sensors give you total Coverage-on-Demand! A jumper switch allows you to quickly select from a variety of precise range settings. Coverage-on-Demand ensures that the sensor detects only objects within a precise area, and not in adjacent rooms or outside—a common problem for less sophisticated dual technology sensors. The sensor works like sonar on a submarine, transmitting radar signals that "ping" the coverage area, then bounce back to the sensor on the same path. Objects that are out of the covered range are ignored. The sensor determines the attributes of an object by calculating its size and distance from the sensor. Range Settings 9, 18, 27, 35 feet.  Cost for R&D:  NONE

**Human detector cost per/unit @ 3,000,000 units:** $39.95 per/unit

**Targeted Area:**  External Light Indicator, Internal Locking Mechanism, Consulting Services, Product Development, Manufacturing

**Company Name:**  Stainless Fittings Group, LLC

**Company Profile:**  Located in Upstate South Carolina, Stainless Fittings Group LLC (SFGSC) is a partnership of key individuals providing advanced design and manufacturing solutions along with specialized product lines in the stainless manufactured parts market.  SFGSC partners have 100+ years of combined experience in finding unique solutions and opportunities to stay competitive in the global market.   In addition to machined parts and manufacturing services, SFGSC works in partnership with several jointly owed groups to provide Engineering, Computer, and Security service support in a wide variety of areas.  We also represent an affiliate sourcing

company with domestic and foreign contacts as well as experience in the sourcing and import/export of manufactured parts.

**Contact Person:** James Laughridge
**Program Manager:** James Laughridge
**Contact Number:** 864-834-0205
**Contact Email:** jamesL@sfgsc.com
**Rough Order of Magnitude:** Provide consulting services for concept design, development, component sourcing, testing, and product documentation. Utilize current production area and affiliated consulting resources to develop, test, pilot, and produce integral components in the SAFECON development project as summarized below:

1) Support development of an external light indicator device on shipping container which communicates with internal sensing unit to display various pass/fail codes and indicates the type of contamination inside the container. Provide cheap, secure and reliable solution for display and work with ATPG group to integrate with the internal container sensing and transmitter unit. Provide component sourcing and costing functions to transfer an approved product to the manufacturing stage to meet a demand of 3 million units or demand as necessary.

2) Support development and manufacture of internal locking mechanism which will be used to secure containers automatically if the internal container sensing unit is triggered. Develop concept drawings and sample parts for client evaluation and testing. Provide manufactured and/or sourced parts to meet demand as necessary.

Research & Development: $200,000 dollars
**Outside light indicator cost per/unit @ 3,000,000 units:** $50.00 per/unit
**Internal locking mechanism cost per/unit @ 3,000,000 units:** $50.00 per/unit


**Targeted Area:** Hardware design; molding; fabrication; assembly and production
**Company Name:** EWA, (Electronic Warfare Associates, Inc.)
**Company Profile:** EWA, Inc. (www.ewa.com) is a broad-based technology company providing professional services and specialized products to both U.S. and foreign customers. Our employees are highly skilled engineers with many years of experience in industry, government, and the military. EWA provides an ever broadening range of innovative technology solutions for government and industry. New requirements mean new answers must be found. EWA Inc. is renowned for its research and development capabilities, particularly for the military. Our continuing internal R&D keeps us on the technology edge. From advanced communications devices, to digital signal processing, to information and infrastructure security, EWA, Inc., is a technology leader.
**Contact Person:** Rick Bailer
**Program Manager:** Tom Bonazza
**Contact Number:** 703-904-5007 / 304-367-0770
**Contact E-mail:** rbailer@ewa.com / tbonazza@ewa.com
**Rough Order of Magnitude:** Design and build the protective covering for the detectors and CPU. Determining placement of the processor, detectors and internal locking device. Testing to withstand vibration. Development of the chemical, explosive, radiological, nuclear and biological detectors (technology transfer for the detectors will come from the Oak Ridge National Laboratory and the Naval Research Laboratory). Design for the outside light indicators. EWA will test and evaluate the finished product. (software will come from ETI; Enabling Technologies Inc). Total cost for R&D: $675,000 dollars
**Cost; (detectors and casings) @ 3,000,000 units:** average $400 per/unit ($2,500 total)

10

**Targeted Area:**  Accounting, Auditing and Bookkeeping
**Company Name:**  Jennings Cook & Company (Certified Public Accountants)
**Company Profile:**   Jennings Cook & Company (www.jenningscook.com) Jennings Cook & Company, CPAs, P.A., is one of the oldest CPA firms in the Greenville, South Carolina, area. We have been committed to providing quality personal service to our clients since 1965. Our success is based on our clients knowing that we are always available to them and that they are very important to us. The CPAs of Jennings Cook & Co. maintain memberships with the following professional associations: American Institute of Certified Public Accountants and South Carolina Association of Certified Public Accountants. The staff of Jennings Cook & Company consists of six CPA's, seven staff accountants, and two clerical employees.
**Contact Person:**  Douglas P. Schmieding, CPA
**Program Manager:**  Douglas P. Schmieding, CPA
**Contact Number:**  (864-297-4700)
**Contact E-mail:**  ds@jenningscook.com
**Rough Order of Magnitude:**   Accounting, auditing, consulting and management advisory services.   Services include; business management consultation, assistance in developing accounting systems and controls, preparation of business valuations, litigation support services, computer software selection and installation, preparation of compiled, reviewed and audited financial statements, monthly bookkeeping services, including payroll tax reporting, performance of agreed-upon procedures, preparation of budgets, forecasts and projections, review of internal controls for incoming and outgoing funds. Total cost for Accounting services: $24,000/yr.


## *Phase II: (Cell Phone Detector Cases)*


**Targeted Area:**  Project Manager; and Inventor of patent-pending technology designed to handle multiple sensors, devices, systems, detectors and scanners to protect and secure vulnerable areas.
**Company Name:**  ATPG Technology, LLC (Lead Company for this Project)
**Company Profile:**   ATPG (Anti-Terrorism Product Grouping); the grouping of products to prevent or deter terrorist activities. ATPG is an R&D company for preventing terrorism. ATPG's grouping strategy reduces the cost to commercialize.
**Contact Person:**  Larry Golden, CEO (Project Manager for this Project)
**Contact Number:**  864-288-5605 / 864-992-7104
**Contact E-mail:**  lgolden5605@charter.net
**Rough Order of Magnitude:**   To serve as Project Manager and Lead Company for this project. To provide patent-pending technology (publish 10-5-07). To move the technology from research and development to a finished product. To establish Contracts, Collaborative Agreements, Joint Ventures, and Partnerships with participating companies, institutions, laboratories and firms. To monitor the "scope of work" schedules by traveling to the different work sites to visit with the Program Manager, Chief Engineer, Chief Scientist, R&D department and the Production department for the different companies involved. Total cost for R&D: $500,000 dollars.


**Targeted Area:**  Software Applications; (Detector case and Systems Tester)
**Company Name:**  ETI (Enabling Technologies Inc.)
**Company Profile:**  ETI (www.eti-web.com) was founded in July 2006 to develop intelligent and inexpensive technology to support all areas of disaster relief. ETI is developing desktop, handheld, COTs GPS and microcontroller based situational awareness solutions. These

applications utilize WiFi, Bluetooth, long and short range RF radios, Cell Phone, Ham Radio and the internet as communication mediums. The applications are designed to enable disaster relief personnel to easily track, communicate and manage the relief effort and effortlessly flow this data through the system and up the command hierarchy. ETI has also developed a product called FlightSimto1553 that provides low-cost dynamic 1553 data to drive hot-mockups and simulation labs requiring specific 1553 messages without a full-blown simulation.

**Contact Person:**  Harold Kimball
**Program Manager:**  Harold Kimball
**Chief Engineer:**  Doug Cumbie / Ronald Doster
**Contact Number:**  702-875-3857
**Contact E-mail:**  hkimball@eti-web.com
**Rough Order of Magnitude:**  At the lowest level, the SMD is engineered to communicate with a variety of sensors through an array of standard interfaces (SPI, A/D, Serial, I2C etc).  This open architecture allows for easily integrating additional sensors into the device and expanding the range of hazardous agents detectable by the SMD.  The SMD will continually monitor/control the attached sensors and communicate with the cell phone via a dedicated Bluetooth channel.  When the SMD is activated by the user, a small software application installed on the phone will monitors the Bluetooth channel for detection alerts and also forward commands received from control centers to the SMD.  The SMD will periodically send its position information to the control center.  The position the SMD will report to the control centers is determined using a layered approach.  Initially the SMD will look to the on-board GPS (if provided) to determine position.  If the cell phone is equipped with a GPS the application on the cell phone will retrieve the position from that GPS.  When a GPS position cannot be determined, the position of the SMD and its user will be calculated based on a cell phone tower database, provided by the FCC and signal strength.  If this does not yield a result, the Wi-Fi hotspot database will be utilized to determine SMD and user position.  If all these options fail the last known position will be reported to the control centers and annotated as such.  All information received by the cell phone application from the SMD will be forwarded to the control centers either through email or SMS messages if email is not available.  The information transmitted will be encoded in XML and encrypted prior to transmission.  When a user needs to be notified of information from a control center, the cell phone software will use either a ring tone or vibration to call the user's attention to the display.  This solution of integrating the SMD into the cell phone case and installing a small software application on the volunteer's cell phone provides a means to easily modify and upgrade the sensor network system as advancements are made to sensor and SMD technology with minimal impact to the use. The web and desktop software to support the sensor network is designed to support an escalating reporting hierarchy.  At each level rules can be established in the message routing software to facilitate the transfer of alert information. Rules can also be established to assist in determining the area affected by an alert.  In the event a chemical or biological agent is detected and reported, the software can automatically search for other sensors in a pre-defined area and command them to sample and report back.  This information can then be used by first responders and local government to determine the impacted area and aid in creating a plan of action to cope with the event.  The reporting hierarchy can be configured as needed but the current configuration sends notification to the local First Responder units, followed by City, County, State and Federal government.  As the information works its way up the

12

hierarchy rules at each level fire off to create events that notify necessary personnel at each level. The viewer/management software used at each level of the hierarchy is identical. How the system forwards and responds to data is configured in the message routing rules table. The desktop software uses Google Earth as a viewer and plots the position of the sensors and detections on the map. Filtering options are provided in the software to allow the screen to be decluttered. A hierarchical database of sensors reporting to the viewers at a given control center is maintained to allow simple manipulation of the sensor network. The software will allow the user to drill down into lower levels of the data by clicking on the images on the map or through the windows explorer like interface provided. The software will also allow commands and alerts to be sent to SMD enabled cell phones by clicking on the image or on its text representation. Each SMD representation on the map will display its unique identification number as its label and clicking on the icon will display the last set of data received by the control center. The sensor network data can also be made available to smart phones and PDAs running a variation of the viewer/management software. All data passed through this network will be encrypted and all database and user accounts will be protected by multiple layers of security to ensure the privacy of the volunteers and protect their location from foreign access. Total cost for R&D: $325,000 dollars

**Software Cost per/unit @ 30,000,000 units:** $50 per/unit


**Targeted Area:** Sensors for Chemical, Radioactive, and Biological Threat detection
**Company Name:** ISU (Iowa State University)
**Company Profile:** ISU (www.iastate.edu) is a large, prestigious university offering 100+ majors to over 26,000 students in various streams of science and technology. Iowa State's undergraduate engineering program is one the ten largest in the United States, with its Electrical and Computer Engineering program is ranked within the top 25 of all public universities by U.S. News and World Report. ISU has excellent microelectronics and materials research capabilities combined with state-of-the-art analytical and biotechnology characterization instruments to realize an extensive array of microanalysis systems, sensors, system-on-chip, and biochemical platforms.
**Contact Person:** Santosh Pandey
**Program Manager:** Santosh Pandey
**Contact Number:** 515-520-9674/ 515-294-7504
**Contact E-mail:** pandey@iastate.edu
**Rough Order of Magnitude:** Novel sensor device architecture has been developed based on charge-modulation in a Floating-Gate Field-Effect Transistor. The sensor device picks up any charge fluctuations in the external environment which then modulates the electron concentration in the sensor device. Thereafter, the response is read electronically and the data can be processed off-chip. Our initial results suggest a much improved charge sensitivity: a 5 pico-coulombs of charge produced a 0.8 volts change on the sensor's floating-gate. For chemical and biological sensing, various surface modifications will be performed to adsorb or bind molecular species on the sensor device and observe the charge fluctuations. Any radioactive or nuclear exposure will also alter the inherent charge on the floating-gate of the sensor device which can then be detected electronically. The versatility of the sensor device for the detection of a wide spectrum of chemical, biological, radioactive and nuclear species is well-suited for the proposed application. Compared to optical detection schemes, the proposed all-electronic sensor chip design allows us to interface the sensor chip with additional communication electronics in the cell phone with ease of portability and reduced overhead. We have fabricated an array of 128 sensor devices through a commercial silicon foundry. The smallest sensing area is 1.5um x 1.5um. The sensor topology

13

permits us to drastically reduce the sensor dimensions even further (up to 90nm x 90nm), provided we have access to the high-end fabrication foundries. A fast readout mechanism has been incorporated on the sensor chip, similar to that used in high-density flash memory arrays. Our published work demonstrates the sensor device can differentiate miniscule charges in charged poly-electrolytes with varying polarity and concentration. For biological testing, we hypothesize that each biological agent has a unique charge signature that can be mirrored as a change in the differential threshold voltage of our highly-sensitive sensor devices.  The device array produced a differential threshold voltage shift of ~0.4 volts for a cluster of 1-2 biological cells over the sensing area. To our knowledge, this is the smallest biological or chemical charge-sensing silicon device ever reported which directly interfaces with biological species and non-destructively records their behavior.   Since the charge-sensing mechanism here are purely capacitive, the applied voltage can be scaled down and easily integrated with other integrated-circuit power lines in the cell phone. The device design has a much reduced working area which leads to better charge sensitivity and possibility of integrating thousands of such sensor devices for high-throughput recognition of chemical and biological agents. The estimated cost for R&D: $300,000

**Fabrication Cost of Sensor Chips per/unit @30,000,000:** $20 per unit

## *Phase III: (Stall-to-Stop Vehicles)*

**Targeted Area:**  Project Manager; and Inventor of patent-pending technology designed to handle multiple sensors, devices, systems, detectors and scanners to protect and secure vulnerable areas.
**Company Name:**  ATPG Technology, LLC (Lead Company for this Project)
**Company Profile:**  ATPG (Anti-Terrorism Product Grouping); the grouping of products to prevent or deter terrorist activities. ATPG is an R&D company for preventing terrorism. ATPG's grouping strategy reduces the cost to commercialize.
**Contact Person:**  Larry Golden, CEO (Project Manager for this Project)
**Contact Number:**  864-288-5605 / 864-992-7104
**Contact E-mail:**  lgolden5605@charter.net

**Targeted Area:** Diesel and Gasoline Engine Stall to Stop
**Company Name:** Daniel's Auto Service
**Company Profile:** Contractor; Electro-Mechanic Repair
**Contact Person:** Daniel Lungui
**Program Manager:** Daniel Lungui
**Contact Number:** 864-275-3876
**Contact E-mail:** dalungui@bellsouth.net
**Rough Order of Magnitude:** On gasoline engine operated vehicles this proposed device would be integrated into the line with the fuel pump circuit which can alter the normal operation of the fuel pump by changing the current flow according to the necessary circumstances of stall or stop of engine. On diesel engines on the other hand the fuel shut off solenoid valve circuit would be controlled by this device. In both applications by changing the voltage of the circuit with this device the fuel flow can be partially restricted or completely cut off. The above described procedures are reversible and would not damage the engine. The estimated cost for R&D: $175,000.

**Stall-to-Stop device cost per/unit @ 3,000,000 units:** $45.00 per/unit

14

## *Phase I Budget: (Cargo Containers)*

| Company Name: | Cost: |
|---|---|
| ATPG Technology, LLC<br>ATPG (Anti-Terrorism Product Grouping) | $625,000 |
| ECBC<br>Edgewood Chem/Bio Center (Department of the Army) | $17,137 |
| Excellatron Solid State, LLC<br>Johnson Research and Development Co., LLC. | $199,313 |
| ETI<br>Enabling Technologies Inc. | $750,000 |
| ORNL<br>Oak Ridge National Laboratory (Department of Energy) | $500,000 |
| NRL<br>US Naval Research Laboratory (Department of the Navy) | $1,500,000 |
| Home Security Store, Inc.<br>RCR-A; GE Exclusive range-control Motion Detector | $0 |
| EWA<br>Electronic Warfare Associates, Inc. | $675,000 |
| Douglas P. Schmieding, CPA<br>Jennings Cook & Company, CPAs, P.A. | $24,000 |
| SFGSC<br>Stainless Fittings Group, LLC | $200,000 |
| | $4,490,450 |

## *Phase II Budget: (Cell Phone Detector Cases)*

| Company Name: | Cost: |
|---|---|
| ATPG Technology, LLC<br>ATPG (Anti-Terrorism Product Grouping) | $500,000 |
| ETI<br>Enabling Technologies Inc. | $375,000 |
| ISU<br>Iowa State University (Electrical & Computer Engineering) | $300,000 |
| | $1,175,000 |

## *Phase III Budget: (Stall-to-Stop Vehicles)*

| Company Name: | Cost: |
|---|---|
| ATPG Technology, LLC<br>ATPG (Anti-Terrorism Product Grouping) | $100,000 |
| Daniel Lungui<br>Daniel's Auto Service | $125,000 |
| | $225,000 |

15