PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EMS

EP13L July 2013   OD: 15 x 9.5

PS10001000059

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE 864 288-5605

Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

U.S. District Court for the NDC-San Fran
Case No: 26-0831-LJC
450 Golden Gate Avenue, Box 36060
San Francisco, CA

ZIP + 4® (U.S. ADDRESSES ONLY)

9 4 1 0 2 - 3 4 8 9

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

 **PEEL FROM THIS CORNER**

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE



---

**UNITED STATES POSTAL SERVICE®**   Retail

**E**   US POSTAGE PAID
$33.50
Origin: 29606
01/30/26
4536250273-77

### PRIORITY MAIL EXPRESS®

LARRY GOLDEN
APT 1102
740 WOODRUFF RD
GREENVILLE SC 29607-4061
(864) 288-5605

1 Lb 14.20 Oz
RDC 07

SIGNATURE REQUIRED

EXPECTED DELIVERY DAY: 02/04/26

C004

SHIP TO:
US DISTRICT COURT THE NDC SAN FRAN
STE 36060
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3432



USPS SIGNATURE® TRACKING #

9581 7103 7346 6030 9017 95



UNITED STATES POSTAL SERVICE®




