Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-831@cases.warrenllp.com

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 3:26-cv-00831-LJC<br><br>**ADMINISTRATIVE MOTION FOR SCHEDULING ORDER REGARDING MOTION TO DISMISS** |

Under Civil Local Rule 7-11, Defendant Google LLC respectfully moves for administrative relief setting a deadline to file its motion to dismiss following transfer of this action to this Court. The Declaration of Matthew S. Warren ("Warren Decl.") supports this motion.

**BACKGROUND**

On September 18, 2025, plaintiff Larry Golden filed this patent infringement action in the Western District of Texas. Compl. On December 10, Google moved to transfer the case to this Court. Docket No. 15. On December 23, Mr. Golden filed an amended complaint. Docket No. 18. On January 6, 2026, Google moved to dismiss the amended complaint. Docket No. 22. On January 22, the Western District of Texas granted Google's motion to transfer, Docket No. 30, and in a text-only order denied Google's pending motion to dismiss without prejudice to re-filing in this Court.

//

**ARGUMENT**

Likely out of deference to this Court's management of its own docket, the Western District's order denying Google's motion to dismiss did not specify a date by which Google should re-file in this Court. Rule 12 does not cover this situation, where the court ordered re-filing of a motion rather than an answer. *See id.* Google suggested the parties agree that Google's motion to dismiss would be due on Friday, February 27, 2026. Warren Decl. ¶ 2. Mr. Golden declined to make any agreement. *Id.*

To avoid confusion or disputes, Google respectfully requests that the Court set a schedule for Google's motion to dismiss this action. A deadline of Friday, February 27, 2026, will allow Google to prepare a motion appropriate for this Court. The Court may enter this order under Civil Local Rule 7-11 and its inherent authority.

**CONCLUSION**

For all the reasons stated above, Google respectfully requests that the Court grant this motion and set a deadline of February 27, 2026, for Google's motion to dismiss.

Date: February 6, 2026

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-434@cases.warrenllp.com

*Attorneys for Defendant Google LLC*