Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-831@cases.warrenllp.com

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| LARRY GOLDEN, | ) | Case No. 3:26-cv-00831-LJC |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF MATTHEW S.** |
| v. | ) | **WARREN IN SUPPORT OF** |
| | ) | **ADMINISTRATIVE MOTION FOR** |
| GOOGLE LLC, | ) | **SCHEDULING ORDER REGARDING** |
| | ) | **MOTION TO DISMISS** |
| Defendant. | ) | |
| ———————————————————— | ) | |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

    1.    I am an attorney licensed to practice before this Court and the State of California.  I am a partner at Warren LLP, counsel for defendant Google LLC in this action.  My statements below are based on my personal knowledge and, if called as a witness, I would testify competently to them.

    2.    On February 6, 2026, I met and conferred by telephone with plaintiff Larry Golden regarding Google's Administrative Motion for Scheduling Order Regarding Motion to Dismiss.  Mr. Golden stated that he would oppose the motion.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 6, 2026, at Fairlee, Vermont.

_____
Matthew S. Warren