Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-831@cases.warrenllp.com

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN, | Case No. 3:26-cv-00831-LJC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR SCHEDULING ORDER REGARDING MOTION TO DISMISS** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

Before the Court is Defendant Google LLC's Administrative Motion for Scheduling Order Regarding Motion to Dismiss. The Court, having considered the Motion, finds that it should be and is hereby GRANTED. Google shall file its motion to dismiss plaintiff's amended complaint no later than February 27, 2026.

**IT IS SO ORDERED**.

Date: _____

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE