1
2
3
4
5
6
7

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-831@cases.warrenllp.com

*Attorneys for Defendant Google LLC*

8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12
13
14
15
16
17

| | |
|---|---|
| LARRY GOLDEN,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant. | ) Case No. 3:26-cv-00831-LJC<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>) |

18
19
20
21
22
23
24
25
26
27
28

1   I, Jessica Lord, declare under 28 U.S.C. § 1746:

2       I am an attorney at Warren LLP and admitted to practice before this Court. My

3   business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  On February 6,

4   2026, I served the following documents:

5       1.    Administrative Motion for Scheduling Order Regarding Motion to Dismiss;

6       2.    Declaration of Matthew S. Warren in Support of Administrative Motion for Scheduling

7   Order Regarding Motion to Dismiss; and

8       3.    [Proposed] Order Granting Defendant's Administrative Motion for Scheduling Order

9   Regarding Motion to Dismiss

10  on plaintiff Larry Golden by First Class Mail at the following address:

11      Larry Golden
        740 Woodruff Road, No. 1102
12      Greenville, South Carolina, 29607

13  by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody

14  of the United States Postal Service.  On the same day, I also sent a courtesy copy of the foregoing

15  document by electronic mail to Mr. Golden at atpg-tech@charter.net.

16      I certify under penalty of perjury that the foregoing is true and correct. Executed on February

17  6, 2026, at San Francisco, California.

18  *[signature]*
    Jessica Lord