1  Matthew S. Warren (State Bar No. 230565)
2  Erika H. Warren (State Bar No. 295570)
   DeMarcus B. T. Williams (State Bar No. 329756)
3  WARREN LLP
   2261 Market Street, No. 606
4  San Francisco, California, 94114
   +1 (415) 895-2940
5  +1 (415) 895-2964 facsimile
   26-831@cases.warrenllp.com
6
   *Attorneys for Defendant Google LLC*
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  LARRY GOLDEN,                      )
                                       )
13      Plaintiff,                     )
                                       )
14  v.                                 )   Case No. 3:22-cv-05246-RFL
                                       )
15  GOOGLE LLC,                        )
                                       )
16      Defendant.                     )
    _____)
17                                     )
    LARRY GOLDEN,                      )
18                                     )
        Plaintiff,                     )
19                                     )   Case No. 3:26-cv-00831-LJC
    v.                                 )
20                                     )   **DECLARATION OF MATTHEW S.**
    GOOGLE LLC,                        )   **WARREN IN SUPPORT OF**
21                                     )   **ADMINISTRATIVE MOTION**
        Defendant.                     )   **TO CONSIDER WHETHER**
22  _____)   **CASES SHOULD BE RELATED**

23  I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

24      1.     I am an attorney licensed to practice before this Court and the State of California. I am

25  a partner at Warren LLP, counsel for defendant Google LLC in this action. My statements below are

26  based on my personal knowledge and, if called as a witness, I would testify competently to them.

27  //

28  //

                                          – 1 –            Case No. 3:26-cv-00831-LJC
                                                    DECLARATION OF MATTHEW S. WARREN

2.       On February 6, 2026, I met and conferred by telephone with plaintiff Larry Golden

regarding Google's Administrative Motion to Consider Whether Cases Should be Related.  Mr. Golden

stated that he would respond to the motion after reviewing it.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

February 6, 2026, at Fairlee, Vermont.

_____

Matthew S. Warren

Case No. 3:26-cv-00831-LJC

DECLARATION OF MATTHEW S. WARREN