1  Matthew S. Warren (State Bar No. 230565)
2  Erika H. Warren (State Bar No. 295570)
   DeMarcus B. T. Williams (State Bar No. 329756)
3  WARREN LLP
   2261 Market Street, No. 606
4  San Francisco, California, 94114
   +1 (415) 895-2940
5  +1 (415) 895-2964 facsimile
6  26-831@cases.warrenllp.com

7  *Attorneys for Defendant Google LLC*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN, | |
| Plaintiff, | |
| v. | Case No. 3:22-cv-05246-RFL |
| GOOGLE LLC, | |
| Defendant. | |
| LARRY GOLDEN, | |
| Plaintiff, | |
| v. | Case No. 3:26-cv-00831-LJC |
| GOOGLE LLC, | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION** |
| Defendant. | |

Before the Court is Defendant Google LLC's Administrative Motion to consider whether cases should be related ("Administrative Motion") under Civil L. R. 3-12 and 7-11. The Court, having considered the Administrative Motion and related documentation, hereby GRANTS Google's Administrative Motion and relates the following actions:

- *Golden v. Google LLC*, No. 3:26-cv-00831-LJC (N.D. Cal. Sept. 18, 2025) is related to
- *Golden v. Google LLC*, 3:22-cv-05246-RFL (N.D. Cal. Sept. 14, 2022).

1 | **SO ORDERED.**

2 | **SIGNED ON:** _____

3

4 | _____
HON. LISA J. CISNEROS
5 | MAGISTRATE JUDGE