PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM
GREENVILLE, SC 29616
FEB 09, 2026
94102
$16.90
RDC 03   0 Lb 5.00 Oz   S2323Y500434-10



UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

EXPECTED DELIVERY DAY: 02/12/26

USPS SIGNATURE® TRACKING #

9510 8105 5565 6040 0989 79

- Ex... ...mestic use.
- Do... ...ce (restrictions apply).*
- USPS Trac... ...d many international destinations.
- Limited internat... 
- When used internatio... ...required.

*Insurance does not cover certain ite... ...exclusions see the Domestic Mail Manual at http://pe.usps.c...
** See International Mail Manual at http://pe.u... ...ty and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.


USPS.COM/PICKUP

INSPECTED
FEB 12 2026
U.S. MARSHALS SERVICE



UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

TO:

U.S. District Court For The
Northern District of California
Case No: 26-0831
450 Golden Gate Avenue
San Francisco, CA 94102

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

U.S. MARSHALS SERVICE
INSPECTED BY
FEB 12 2026

RECEIVED
FEB 12 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.