# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 992-7104

Email: atpg-tech@charter.net





| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>        Defendants. | CIVIL CASE NO: 3:2026cv00831-LJC<br><br>**JURY TRIAL DEMANDED**<br><br>(Infringement under 35 U.S.C § 271(g))<br>(Joint Patent Infringement)<br>(Direct Patent Infringement),<br>(Willful Patent Infringement),<br><br>February 6, 2026 |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated: Feb. 6, 2026    Signed by: *Larry Golden*

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

If the Defendant declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge; Plaintiff consents to the reassignment of this case to a United States District Judge in the District of South Carolina.[1]

Dated: *Feb. 6, 2026*    Signed by: *Larry Golden*

---

[1] Pending before this Court is Plaintiff's Motion for "Stay" of the Proceedings to Gather Witness Statements Dkt. No. 33; filed 2/5/26. Defendant stated on the record in a motion hearing in *Golden v. Google LLC*, WDOT Case No. 25-0434 on January 22, 2026 that the Defendant Google has at least 4 witnesses that will be displaced and inconvenienced if the case were to remain in the Western District of Texas—Waco Division. For the reason, Plaintiff filed a Motion for "stay" of the proceedings to allow Google a chance to produce the witnesses Google stated on the record, they have.

In Plaintiff's Motion for "Stay" of the Proceedings to Gather Witness Statements; Plaintiff provided a list of nine witnesses; their qualifications; and what factual issues the witnesses will testify to during trial. The Defendant's response is due by 2/19/26.

Should the Defendant decide not to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, Plaintiff consents to the reassignment of this case to a United States District Judge in the District of South Carolina. Plaintiff resides in the State of South Carolina [Related case no. is *Golden v. Google, LLC* SCDC case no 21-0244]

Should the Defendant decide not to produce the witnesses Plaintiff consents to this case being sent back to Waco, Texas. All of Plaintiff's witnesses are located on the East Coast: one from South Carolina; one from Tennessee; two from Georgia; and five are from Ohio. If the Defendant do not produce the four witnesses, means the Defendant Google lied to get this case transferred to the Northern District of California. A lie should not be rewarded.

## CONCLUSION

Google filed a motion to transfer this case to the Northern District of California for the following reasons: "[T]he comparison between the transferor and transferee forums is not altered by the presence of other witnesses and documents in places outside both forums." ... "[W]hen there are numerous witnesses in the transferee venue and the only other witnesses are far outside the plaintiff's chosen forum; the witness convenience factor favors transfer."

If Google fail to produce the witnesses, Plaintiff believes Google lied in Court on the record about having witnesses, and for that reason alone the case should be transferred back to the Western District of Texas.

                                                        Sincerely,

                                                        s/ *Larry Golden*

                                                        Larry Golden, *Pro Se* Plaintiff
                                                        740 Woodruff Rd., #1102
                                                        Greenville, SC 29607
                                                        (M) 8649927104
                                                        Email: atpg-tech@charter.net

## **VERIFICATION**

### Pursuant to 28 U.S.C. § 1746

I, Larry Golden, over the age of 18, competent to testify, and having firsthand knowledge of the facts stated herein, do hereby declare, certify, verify, affirm, and state under penalty of perjury under the laws of the United States of America, that the foregoing statements are true, correct, and complete to the best of my understanding, knowledge, and belief, and made in good faith.

Executed and signed this 6th day of February, 2026, with all rights reserved and without recourse and without prejudice; is this "verification" for "Plaintiff's Consent to Proceed Before a United States Magistrate Judge".

s/ *Larry Golden*
Larry Golden, Pro Se
740 Woodruff Rd., #1102
Greenville, South Carolina 29607
atpg-tech@charter.net
864-992-7104

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of February, 2026, a true and correct copy of the foregoing "Plaintiff's Consent to Proceed Before a United States Magistrate Judge", was served upon the following Defendant via express mail:

>Matthew Warren
>Warren LLP
>2261 Market Street, No. 606
>San Francisco, CA 94114
>Phone: 415-895-2940
>Fax: 415-895-2964
>Email: matt@warrenllp.com

>s/ *Larry Golden*
>Larry Golden, Pro Se
>740 Woodruff Rd., #1102
>Greenville, South Carolina 29607
>atpg-tech@charter.net
>864-992-7104

RECEIVED FEB 1 1 2026 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES POSTAL SERVICE** | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

LARRY GOLDEN
740 WOODRUFF RD
#1102
GREENVILLE, SC 29607

**TO:**

U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CASE No: 26-0831
450 GOLDEN GATE AVE. 16th FLOR
SAN FRANCISCO, CA 94102

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE

SF

**VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE**

