IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA -
SAN FRANCISCO

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
Phone (864) 992-7104
Email: atpg-tech@charter.net

**FILED**
FEB 12 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

LARRY GOLDEN,

    Plaintiff,

    v.

GOOGLE LLC

    Defendants.

CIVIL CASE NO: 3:2026cv00831-LJC

**JURY TRIAL DEMANDED**

(Infringement under 35 U.S.C § 271(g)
(Joint Patent Infringement)
(Direct Patent Infringement),
(Willful Patent Infringement),

February 9, 2026

## PLAINTIFF'S RESPONSE TO GOOGLE'S MOTION FOR SCHEDULING

Google's motion to dismiss is untimely. The Western District of Texas in Golden v. Google case no. 25-0434 postponed Google's motion to dismiss because Google also had a motion to transfer pending. Likewise in this current case Plaintiff have not only a motion to transfer pending, but also a motion to stay and a demand for jury trial on damages. Therefore, Google's motion to dismiss should not be scheduled until after Plaintiff's pending motions are decided.

Sincerely,

s/ *Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(M) 8649927104

Email: atpg-tech@charter.net

## **VERIFICATION**

### **Pursuant to 28 U.S.C. § 1746**

I, Larry Golden, over the age of 18, competent to testify, and having firsthand knowledge of the facts stated herein, do hereby declare, certify, verify, affirm, and state under penalty of perjury under the laws of the United States of America, that the foregoing statements are true, correct, and complete to the best of my understanding, knowledge, and belief, and made in good faith.

Executed and signed this 9th day of February, 2026, with all rights reserved and without recourse and without prejudice; is this "verification" for "Plaintiff's Response to Google's Motion for Scheduling".

*s/ Larry Golden*

Larry Golden, Pro Se
740 Woodruff Rd., #1102
Greenville, South Carolina 29607
atpg-tech@charter.net
864-992-7104

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of February, 2026, a true and correct copy of the foregoing "Plaintiff's Response to Google's Motion for Scheduling", was served upon the following Defendant via priority express mail:

        Matthew Warren
        Warren LLP
        2261 Market Street, No. 606
        San Francisco, CA 94114
        Phone: 415-895-2940
        Fax: 415-895-2964
        Email: matt@warrenllp.com

        *s/ Larry Golden*
        Larry Golden, Pro Se
        740 Woodruff Rd., #1102
        Greenville, South Carolina 29607
        atpg-tech@charter.net
        864-992-7104

4