Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-831@cases.warrenllp.com

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00831-LJC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF LARRY GOLDEN'S MOTION FOR STAY OF THE PROCEEDINGS TO GATHER WITNESS STATEMENTS** |

Before the Court is Plaintiff Larry Golden's Motion for "Stay" of the Proceedings to Gather

Witness Statements ("Motion"). The Court, having considered the Motion, finds that it should be and is

hereby DENIED.

**IT IS SO ORDERED**.

Date: _____

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE