











**UNITED STATES POSTAL SERVICE** — Retail

US POSTAGE PAID
**$16.90**
Origin: 29616
02/21/26
4536240276-10

PRIORITY MAIL®

1 Lb 0.40 Oz
RDC 03

EXPECTED DELIVERY DAY: 02/25/26

C004

SHIP TO:
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS SIGNATURE® TRACKING #

9510 8105 5562 6052 7164 68

TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**RECEIVED**

FEB 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE | PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**
Larry Golden
740 Woodruff Road
#1102
Greenville, SC 29607

**TO:**
U.S. District Court For The Northern
District of California - San Francisco
Case No: 26-0831-LJC
450 Golden Gate Avenue
San Francisco, CA 94102

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE



# FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



FEB 25 2026 — MARSHALS SERVICE

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs.