Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B.T. Williams (State Bar No. 329756)
26-831@cases.warrenllp.com
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>    Defendant. | Case No. 3:26-cv-00831-JD<br><br>**DECLARATION OF DEMARCUS B. T. WILLIAMS IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS** |

I, DeMarcus B. T. Williams, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice before this Court and the State of California. I am an attorney at Warren LLP, counsel for defendant Google LLC in this action. My statements below are based on my personal knowledge and, if called as a witness, I would testify competently to them.

2. Attached as Exhibit 1 is a true and correct copy of an August 29, 2011, Response to Final Office Action and Request for Continued Examination in the file history of U.S. Patent Application No. 12/802,001 which resulted in U.S. Patent No. 8,334,761 B2, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/12802001/documents on February 27, 2026.

3. Attached as Exhibit 2 is a true and correct copy of a January 23, 2012, Response to Non-Final Office Action in the file history of U.S. Patent Application No. 12/802,001 which resulted in U.S. Patent No. 8,334,761 B2, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/12802001/documents on February 27, 2026.

4.	Attached as Exhibit 3 is a true and correct copy of a June 25, 2012, Response to Non Final Office Action in the file history of U.S. Patent Application No. 12/802,001 which resulted in U.S. Patent No. 8,334,761 B2, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/12802001/documents on February 27, 2026.

5.	Attached as Exhibit 4 is a true and correct copy of a December 18, 2012, Issue Notification in the file history of U.S. Patent Application No. 12/802,001 which resulted in U.S. Patent No. 8,334,761 B2, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/12802001/documents on February 27, 2026.

6.	Attached as Exhibit 5 is a true and correct copy of a March 31, 2011, Amendments in the file history of U.S. Patent Application No. 13/065,837 which resulted in U.S. Patent No. RE43,891 E1, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/13065837/documents on February 27, 2026.

7.	Attached as Exhibit 6 is a true and correct copy of a July 18, 2011, Office Action Summary in the file history of U.S. Patent Application No. 13/065,837 which resulted in U.S. Patent No. RE43,891 E1, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/13065837/documents on February 27, 2026.

8.	Attached as Exhibit 7 is a true and correct copy of an August 5, 2011, Response to Non-Final Office Action in the file history of U.S. Patent Application No. 13/065,837 which resulted in U.S. Patent No. RE43,891 E1, which I retrieved from https://data.uspto.gov/patent-file-wrapper/search/details/13065837/documents on February 27, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2026, at San Francisco, California.

_____
DeMarcus B. T. Williams