# EXHIBIT 5

# IN THE OFFICE OF THE UNITED STATES PATENT

# AND TRADEMARK OFFICE

April 8, 2011

| | |
|---|---|
| Applicant: | Larry Golden |
| Reissue of U.S. Patent No.: | 7,636,033 |
| Application No.: | 12/155,573 |
| Issued: | December 22, 2009 |
| Art Unit: | 2612 |
| Examiner: | Van Trieu |
| Docket No.: | N/A |
| Customer No: | 96964 |

Commissioner for Patents

P.O. Box 1450

Alexandria, VA  22313-1450

## AMENDMENTS

Sir:

Please amend the following:

**Amendments to the Specifications** begin on page 2 of the paper.

**Amendments to the Claims** begin on page 3 of the paper as a listing of claims.

**Remarks/Arguments** begin on page 26 of the paper.

Reissue of U.S. Patent No.: 7,636,033
Issue Date: December 22, 2009
Inventor: Larry Golden

**Amendments to the Specifications:**

I.      A copy of the "Certificate of Correction", signed and sealed on the Sixth Day of July, 2010 by David J. Kappos; Director of the United States Patent and Trademark Office is enclosed:

On the Title Page, below Item (65) please add:

--(63) Related U.S. Application Data.

II.      A copy of the "Certificate of Correction", signed and sealed on the Thirteenth Day of April, 2010 by David J. Kappos; Director of the United States Patent and Trademark Office is enclosed:

Title page, item [63] and Col. 1, line 5-10 insert the following:

This application is a continuation-in-part of U.S. Patent Application Serial No. 11 /397,118 titled "Multi Sensor Detection and Lock Disabling System" filed on April 5, 2006 and is now U.S. Patent No. 7,358,497, the complete subject matter of which is incorporated by reference herein in its entirety. This application is a continuation-in-part of U.S. Patent Application Serial No. 11/397,118 and names as the inventor, Larry Golden, being the same inventor named in the aforedescribed prior application having the Serial No. 11/397,118, and thus this application constitutes a continuation-in-part as set forth in 35 U.S.C. 120 and claims the effective filing date of prior application having Serial No. 11/397,118 and is now U.S. Patent No. 7,385,497.

Reissue of U.S. Patent No.: 7,636,033
Issue Date: December 22, 2009
Inventor: Larry Golden

## Amendments to the Claims:

Claims 1, 2, 3, 4, 5, 6, 7, 8, and 10 are amended from the original patent.

Claims 11-98 are added as new

1.    [currently amended]    A stall-to-stop or vehicle slow-down [and lock disabling] system for slowing and stopping a vehicle and [locking passengers inside the vehicle] wherein the vehicle includes a transceiver, and a stall-to-stop or vehicle slow-down system [and a lock disabling system] that are interconnected to the electromotive system [and the locking mechanism] of the vehicle, comprising:

monitoring equipment located at a determinate monitoring site;

at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom;

at least one [GPS] satellite capable of sending signals to the monitoring equipment and receiving signals from the monitoring equipment;

at least one [the GPS] satellite or at least one cell phone tower capable of two-way signal communication with the transceiver on the vehicle; and

whereupon a distress signal sent by a mobile, portable, or fixed communication device to the cell phone tower or satellite causes a signal to be sent to the monitoring equipment which then communicates [with the GPS satellite so that the GPS satellite can locate and communicate] with the transceiver on the vehicle regarding specifics of the distress event parameters so that the monitoring equipment and the cell phone tower or satellite can exchange signals whereby the cell phone tower or satellite transmits to the transceiver so that the transceiver can execute commands that actuate the stall-to-stop or vehicle slow-down system. [and the lock disabling system for stopping the vehicle and locking the vehicle so that anyone inside the vehicle remains in the

3

~~vehicle.~~]

2.      [currently amended]    The stall-to-stop or vehicle slow-down [~~and lock disabling~~] system of claim 1 wherein the [~~portable~~] mobile communication device is a cell phone or smart phone.

3.      [currently amended]    The stall-to-stop or vehicle slow-down [~~and lock disabling~~] system of claim 2 wherein the portable communication device is a laptop computer.

4.      [currently amended]    The stall-to-stop or vehicle slow-down [~~and lock disabling~~] system of claim 3 wherein the vehicle is an [~~airplane~~] automobile.

5.      [currently amended]    The stall-to-stop or vehicle slow-down [~~and lock disabling~~] system of claim 4 wherein the vehicle is a railway train or airplane.

6.      [currently amended]    The stall-to-stop or vehicle slow-down [~~and lock disabling~~] system of claim 5 wherein the vehicle is a ship.

7.      [currently amended]    A stall-to-stop and lock disabling system for slowing and stopping a vehicle and locking passengers inside the vehicle wherein the vehicle includes a transceiver, a stall-to-stop system and a lock disabling system that are interconnected to the electromotive system and the locking mechanism of the vehicle, comprising:
        monitoring equipment located at a determinate monitoring site;
        at least one [~~GPS~~] satellite or at least one cell phone tower capable of sending and receiving signals to and from the monitoring equipment and the transceiver of the vehicle;
        at least one [~~the GPS~~] satellite or at least one cell phone tower capable of two-way signal communication with the transceiver of the vehicle; and
        whereupon a distress signal sent from a mobile, portable, or fixed telecommunication device to [the GPS] a cell phone tower or a satellite causes a signal to be sent to the monitoring equipment [~~followed by the GPS satellite locating and communicating with the transceiver of the vehicle~~] for exchanging information on the problem situation, location, and speed of the vehicle

4

resulting in the monitoring equipment transmitting a signal to [the GPS] a cell phone tower or a satellite [and the GPS satellite] for communicating with the transceiver of the vehicle for executing commands that actuate the stall-to-stop system and the lock disabling system for stopping the vehicle and locking the vehicle so that anyone inside the vehicle must remain inside the vehicle.

8.      [currently amended]    The stall-to-stop and lock disabling system of claim 7 wherein the [portable] mobile communication device is a cell phone, smart phone or PDA.

9.      [original]    The stall-to-stop and lock disabling system of claim 8 wherein the portable communication device is a laptop computer.

10.     [currently amended]    The stall-to-stop and lock disabling system of claim 9 wherein the [portable] fixed communication device is a desktop PC.

11.     [new]    A vehicle adapted for receipt of a signal from a remote location to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising:

at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

an electrical system in electrical communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means;

5

a receiver in computer communication with the computer system and adapted to receive at least one control signal from a remote location to activate a stall-to-stop means or vehicle slowdown means; and

wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor.

12.    [new]  The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 11, further including a global positioning system (GPS) receiver adapted for communication with at least one satellite.

13.    [new]  The stall-to-stop disabling and slowdown system of claim 12 wherein the stall-to-stop and slowdown means can be activated by an authorized individual which includes but is not limited to the owner, pilot, conductor, captain, police, highway patrol, security guard, port security and military personnel to the monitoring equipment from a fixed, portable or mobile communication device for activating the system.

14.    [new]   The stall-to-stop disabling and slowdown system of claim 13 wherein a communication device; that of a cell phone, smart phone or handheld; capable of sending signals to the vehicle's operating equipment systems of at least one of, but not limited to, an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

15.    [new]   The stall-to-stop disabling and slowdown system of claim 14 wherein the disabling and slowdown means activation engages the computer, electrical, fuel, and/or air systems of the vehicle or a combination of the computer, electrical, fuel and air systems that include but are not limited to vehicle brakes, foot peddle, lights, speed controls, ignition, steering, transmission, and the horsepower of the motor.

16.     [new]  The stall-to-stop disabling and slowdown system of claim 15 wherein the system can be adapted, modified or designed to include: an open bust or open platform for integrating any new and innovative technology that includes but is not limited to; warning lights indicators; sound alarm indicators; voice alarm indicators; a vehicle's electrical, mechanical or computer system for locking and unlocking of doors, windows, sun-roofs, trunks or hoods; applications for unlocking or locking a vehicle using a smart phone, cell phone or PDA.

17.     [new]  The stall-to-stop disabling and slowdown system of claim 16 wherein the disabling and slowdown means reduces the speed of the vehicle to an idle speed and eventually stops the vehicle or to an advanced reduced stall and an immediate stop.

18.     [new]  The stall-to-stop disabling and slowdown system of claim 17 wherein the disabling and slowdown means both have a flexible sequence of signals that includes a warning signal of flashing the vehicle lights or the locking of the doors can happened before or after the signal to stall-to-stop or signal to slowdown the vehicle is sent.

19.     [new]  The stall-to-stop disabling and slowdown system of claim 18 wherein the disabling and slowdown means both have the ability to slowdown or stall the vehicle naturally and without any action on the brakes, door locks, or steering wheel, and both have the ability to slowdown or stall the vehicle through unnatural means where there may be action on the brakes, door locks, and steering for navigation to a safe stop.

20.     [new]  The stall-to-stop disabling and slowdown system of claim 19 wherein the disabling and slowdown means including the devices that is monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design, of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation; similarities in material composition of at least one of: steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole; similarities in security

7

problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

21.    [new]    The stall-to-stop disabling and slowdown system of claim 20 wherein the disabling and slowdown means is designed to be used with or without biometrics for authentication and identification, thereby allowing access to the product by authorized, trained and equipped individuals and preventing access to the products by unauthorized, untrained, and unequipped individuals.

22.    [new]    A vehicle adapted for receipt of a signal from a pre-programmed automated system to control the vehicles' stall-to-stop means or vehicle slowdown means, comprising:

at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor;

an electrical system in electrical communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a computer system in signal transmission communication with at least one of the brake, the foot peddle, the radar, the camera, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor;

a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means;

a receiver in computer communication with the computer system and adapted to receive at least one control signal from a pre-programmed automated system to activate a stall-to-stop means or vehicle slowdown means; and

wherein the at least one control signal is communicated from the receiver to the electrical system or the computer system to control at least one of the brake, the foot peddle, the

radar, the navigational system, the light, the speed control, the ignition system, the steering wheel, the transmission, the fuel system, and the motor.

23.    [new]   The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 22, further including a global positioning system (GPS) receiver adapted for communication with at least one satellite.

24.    [new]   The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 22, pre-programmed automated system further including a cellular communication device adapted for communication with at least one cell phone tower; further including, at least one satellite connection capable of communicating with the pre-programmed automated system; further including, at least one modem connection for short and long range radio frequency transmissions with the pre-programmed automated system.

25.    [new]   The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 22, where-in the at least one control signal is sent to the pre-programmed automated system for bringing a vehicle experiencing unintended acceleration to a slowdown, idle or stop.

26.    [new]   The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 22, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means when sensors of at least one of; navigation, camera, radar, guidance, motion, distance, weight, height are interconnected to the vehicles onboard electrical system and/or computer system for controlling at least one of a brake, a brake override system, an electronic throttle, a foot peddle, a light, a speed control, an ignition system, a steering wheel, a transmission, a fuel system, and a motor.

27.    [new]   The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 26, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means; when the vehicle is electric, a car, truck, ship, boat, train, or plane.

9

28.    [new]  The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 27, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means; when it is determined an emergency exist for the vehicle, driver, passenger(s), pedestrians or surrounding environment.

29.    [new]  The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 28, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means; when there is an in-vehicle notification warning of: crash, vehicle parking, speeding; driving too fast for conditions; construction zone; school zone; accident ahead; brake failure; acceleration/deceleration failure; acceleration/deceleration cruise control.

30.    [new]  The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 29, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means; when the vehicle moves outside a designated perimeter or zone.

31.    [new]  The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 30, further includes vehicles pre-programmed to automatically activate the stall-to-stop means or vehicle slowdown means; when there is a detection of a bomb, weapon of mass destruction, chemical or biological agents, located in, on, or adjacent to a vehicle.

32.    [new]  The vehicles' stall-to-stop means or the vehicles' slowdown means of claim 31, pre-programmed automated system is designed to be used with or without biometrics for authentication and identification, thereby allowing access to the vehicle by authorized, trained and equipped individuals and preventing access to the vehicle by unauthorized, untrained, and unequipped individuals.

33.    [new]  The stall-to-stop disabling and slowdown system of claim 32 wherein the pre-programmed automated system can be grouped into anti-terrorist product groupings based on the categories of similarities of design, of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing

and stopping devices, specification, development and implementation; similarities in material composition of at least one of: steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole; similarities in security problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

34.    [new]    A multi-sensor detection system for monitoring products and for detecting explosive, nuclear, contraband, chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising:

at least one cell phone; one cell phone detector case having a front side, a rear side, a power source, and a central processing unit (cpu);

a plurality of indicator lights with each indicator light corresponding to and indicating the detection of at least one specific chemical, biological, nuclear, explosive and radiological agent or compound;

a plurality of interchangeable cell phone sensors for detecting the chemical, biological, and radiological agents and compounds and capable of being disposed within the cell phone;

a plurality of interchangeable detector case sensors for detecting the chemical, biological, and radiological agents and compounds and capable of being disposed within the detector case;

each detector case including at least one of, a sound alarm indicator, a readings panel, a light alarm indicator and a sensor;

an Internet connection, a GPS connection, and a power connection located on the rear, side, or front and which are interconnected with the cpu;

an automatic/mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained, and unequipped individuals; and

whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual

11

confirmation of the detection and sends out a signal to another cell phone case, a handheld, a computer terminal located at a monitoring site, followed by communicating with the cpu of the multi-sensor detection system for exchanging information.

35.    [new]  The multi-sensor detection system of claim 34 wherein each cell phone detector case includes a recharging cradle or seat, a front side, a top, a bottom, and a pair of opposed sides.

36.    [new]  The multi-sensor detection system of claim 35 wherein the cell phone; the cell phone detector case monitor includes standard keypad functions and more specialized system use ring tone, email, photos, and texting functions as well as viewing screens.

37.    [new]  The multi-sensor detection system of claim 36 wherein the cell phone; the cell phone detector case includes telecommunication, telematics, long and short range radio frequency communication means that are interactive with any type of motive vehicle that includes, but is not limited to cars, trucks, vans, SUVs, trains, subways, boats, ships, UAVs, UGVs, and airplanes.

38.    [new]    The multi-sensor detection system of claim 37 wherein the cell phone; the cell phone detector case; capable of sending signals to the vehicle's operating equipment systems of at least one of, but not limited to, an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

39.    [new]  The multi-sensor detection system of claim 38 wherein the cell phone; the cell phone detector case can be adapted or incorporated with cell phone towers and satellites for use with satellite communication and/or a cell tower, wi-fi, wi-max, broadband, GPS, navigation, RFID chips, RFID tags, RFID readers, and radio frequencies for short and long range transmissions interconnected to the central processing unit (cpu).

40.    [new]    The multi-sensor detection system of claim 39 wherein the cell phone; the cell phone detector case has monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween.

41.    [new]    The multi-sensor detection system of claim 40 wherein the cell phone; the cell phone detector case having a basic monitoring terminal can be adapted and incorporated to include desktop computers, notebook, PC's, laptops, cell phones, smart phones, LCD monitors, and satellite monitoring.

42.    [new]    The multi-sensor detection system of claim 41 wherein the cell phone detector case can be modified and adapted for inclusion with cell phone cases, satellite cell phone cases, laptop cases, notebook PC cases, PDA cases, carry-on cases, suitcases and briefcases.

43.    [new]    The multi-sensor detection system of claim 42 wherein the cell phone; the cell phone detector case can be interconnected through wire or wireless for communication, signals, commands and transmission of data.

44.    [new]    The multi-sensor detection system of claim 43 wherein the cell phone; the cell phone detector case includes a power connection that is interconnected to the central processing unit (cpu) and power source can be battery, electrical, or solar.

45.    [new]    The multi-sensor detection system of claim 44 wherein the cell phone; the cell phone detector case is designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, using a smart phone, cell phone, PDA, laptop or desktop.

46.    [new]    The multi-sensor detection system of claim 45 wherein the cell phone; the cell phone detector case is designed to be equipped with a RFID chip for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses

13

and businesses, capable of a two-way, bio-directional RFID communication link that makes the cell phone; the cell phone detector case work as a RFID tag or RFID reader."

47.    [new]    The multi-sensor detection system of claim 46 wherein the cell phone; the cell phone detector case is designed as readers for barcodes will allow a reader to scan a barcode of a product or object and get more information about it; wherein the product or object is connected to the internet by means of, but not limited to, the cell phone; the cell phone detector case scanning of barcodes, RFID tags, and sensors.

48.    [new]    The multi-sensor detection system of claim 47 wherein the cell phone; the cell phone detector case has a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection, all of which is interconnected to the central processing unit (cpu).

49.    [new]    The multi-sensor detection system of claim 48 wherein the cell phone; the cell phone detector case has a plurality of interchangeable and integrable sensors for detecting the chemical, biological, radiological, nuclear, explosive and contraband agents and compounds which is capable of being disposed within each detector case.

50.    [new]    The multi-sensor detection system of claim 49 wherein the cell phone; the cell phone detector case has a plurality of indicator lights with each indicator light corresponding to one chemical, biological, radiological, nuclear explosive and contraband agent or compound which is capable of being disposed within the detector case and lighting up upon detection of that specific agent or compound for providing visual confirmation of the detection.

51.    [new]    The multi-sensor detection system of claim 50 wherein the cell phone; the cell phone detector case can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to and from a cell phone, smart phone, PDA or handheld device.

52.    [new]  The multi-sensor detection system of claim 51 wherein the cell phone; the cell phone detector case has a display or LCD screen for visualization of the status of the sensors and other data reporting information.

53.    [new]  The multi-sensor detection system of claim 52 wherein the cell phone; the cell phone detector case is designed to be used with or without biometrics for authentication and identification, with at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse or signature, thereby allowing access to the product by authorized, trained, and equipped individuals and preventing access to the product by unauthorized, untrained, and unequipped individuals.

54.    [new]  The multi-sensor detection system of claim 53 wherein the cell phone; the cell phone detector case is designed to be used as a standalone detection system for the detection of bombs that have been surgically implanted by using at least one of the interchangeable human vitals sensors of; a heart sensor, a nerve sensor, a perspiration sensor, a inflammation sensor, a pulse sensor, a blood pressure sensor, a temperature sensor, a breath sensor, or a radiation sensor.

55.    [new]  The multi-sensor detection system of claim 54 wherein the cell phone; the cell phone detector case having products to be monitored, the devices that are monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation; similarities in material composition of at least one of: steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole; similarities in security problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

15

56.    [new]    The automatic/mechanical lock disabler system of claim 34 wherein an automatic/mechanical lock disabler is designed to lock, or disable the lock of the product thus preventing further contamination and denying access to the product by unauthorized, untrained, and unequipped individuals.

57.    [new]    The automatic/mechanical lock disabler system of claim 56 wherein the automatic/mechanical lock disabler is designed to unlock or enable the lock of the product thus allowing access to the product by authorized, trained, and equipped individuals.

58.    [new]    The automatic/mechanical lock disabler system of claim 57 wherein the automatic/mechanical lock disabler is designed for outside and/or inside of the products listed in the product grouping.

59.    [new]    The automatic/mechanical lock disabler system of claim 58 wherein the automatic/mechanical lock disabler is designed as one combined unit of lock and detector case for outside and/or inside of the products listed in the product grouping.

60.    [new]    The automatic/mechanical lock disabler system of claim 59 wherein the automatic/mechanical lock disabler is designed as separate units of lock and detector case; interconnected through wire or wireless for communication, signals, commands and transmission of data.

61.    [new]    The automatic/mechanical lock disabler system of claim 60 wherein the automatic/mechanical lock disabler has a power connection which is interconnected to the central processing unit (cpu) and includes a power source of battery, electrical or solar.

62.    [new]    The automatic/mechanical lock disabler system of claim 61 wherein the automatic/mechanical lock disabler is designed to be used with or without biometrics for authentication and identification, thereby allowing access to the product by authorized, trained

16

and equipped individuals and preventing access to the product by unauthorized, untrained, and equipped individuals.

63.    [new]    The automatic/mechanical lock disabler system of claim 62 wherein the automatic/mechanical lock disabler includes at least one of a; Blue tooth connection, a Wi-Fi connection, a short and long range radio frequency connection, an Internet connection, a Cellular connection, a Satellite connection, all of which are interconnected to the central processing unit (cpu).

64.    [new]    The automatic/mechanical lock disabler system of claim 63 wherein the automatic/mechanical lock disabler includes a plurality of interchangeable and integrable sensors for detecting the chemical, biological, radiological, nuclear, explosive and contraband agents and compounds to include sensors for detecting humans, motion, temperature, shock and tampering which is capable of being disposed within the automatic/mechanical lock disabler.

65.    [new]    The automatic/mechanical lock disabler system of claim 64 wherein the automatic/mechanical lock disabler has a plurality of indicator lights with each indicator light corresponding to one chemical, biological, radiological, nuclear, explosive, and contraband agent or compound to include indicator lights corresponding to detecting humans, motion, temperature, shock and tampering which is capable of being disposed within the automatic/mechanical lock disabler and lighting up upon detection of that specific agent or compound for providing visual confirmation of the detection.

66.    [new]    The automatic/mechanical lock disabler system of claim 65 wherein the automatic/mechanical lock disabler can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to a cell phone, smart phone, PDA or handheld device.

67.    [new]    The automatic/mechanical lock disabler system of claim 66 wherein a communication device, that of a cell phone, smart phone or handheld; capable of sending signals to the vehicle's operating equipment systems of at least one of, but not limited to, an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

68.    [new]    The automatic/mechanical lock disabler system of claim 67 wherein the automatic/mechanical lock disabler is designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, using a smart phone, cell phone, PDA, laptop or desktop.

69.    [new]    The automatic/mechanical lock disabler system of claim 68 wherein the automatic/mechanical lock disabler is designed to be equipped with a RFID chip for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, capable of a two-way, bio-directional RFID communication link that makes the cell phone, smart phone or PDA, and the automatic/mechanical lock disabler work as a RFID tag or RFID reader."

70.    [new]    The automatic/mechanical lock disabler system of claim 69 wherein the automatic/mechanical lock disabler wherein a cell phone, smart phone, handheld or PDA is designed as readers for barcodes; therewith allowing the reader to scan the barcode of an automatic/mechanical lock disabler to get more information about it; wherein the automatic/mechanical lock disabler is connected to the internet by means of, but not limited to, the cell phone, smart phone, handheld or PDA for scanning of barcodes, RFID tags, and sensors.

71.    [new]    The automatic/mechanical lock disabler system of claim 70 wherein the automatic/mechanical lock disabler includes a display or LCD screen for visualization of the status of the sensors and other data reporting information associated with the functions of the automatic/mechanical lock disabler.

18

72.     [new]     The automatic/mechanical lock disabler system of claim 71 wherein the automatic/mechanical lock disabler can be used with cars, trains, airplanes, ships and any of the products listed in the product groupings.

73.     [new]     The automatic/mechanical lock disabler system of claim 72 wherein the automatic/mechanical lock disabler can operate in two modes: a standard operating mode of locking and unlocking where the detection system is not activated, or the security operating mode of locking and unlocking is handled by an authorized person using any of the communication devices and methods listed in the product groupings, with the detection system activated and all the features of the detection system is activated, if needed, to include but not limited to the sensors, GPS, warning light indicators, communication devices and methods.

74.     [new]     The automatic/mechanical lock disabler system of claim 73 wherein the automatic/mechanical lock disabler can operate with designated perimeters sensors or ranges sensors and if the lock moves outside the perimeter, the lock automatically goes to the security operating mode of locking and/or unlocking with the detection system activated and all the features of the detection system is activated, if needed, to include but not limited to the sensors, GPS, warning light indicators, communication devices and methods.

75.     [new]     The automatic/mechanical lock disabler system of claim 74 wherein the automatic/mechanical lock disabler wherein the products to be monitored, the devices that is monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation: similarities in material composition of at least one of; steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole: similarities in security problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for

19

weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

76.    [new]   The multi-sensor detection and automatic/mechanical lock disabler system of claim 75 wherein the products to be monitored, the devices that is monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation: similarities in material composition of at least one of; steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole: similarities in security problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

77.    [new]   A multi-sensor detection system for monitoring products and for detecting explosive, nuclear, contraband, chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising:

    a plurality of interchangeable and integrable sensors for detecting the chemical, biological, radiological, explosive, nuclear, human and contraband agents and compounds and capable of being disposed within the detector case;

    monitoring equipment located at a determinate site, to include, but is not limited to computers, laptops, notebooks, PCs, handhelds, readers, cell phones, PDAs and smart phones for the receipt and transmission of signals therebetween;

    at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom;

    at least one satellite capable of transmitting signals to the monitoring equipment and receiving signals from the monitoring equipment;

at least one satellite or at least one cell phone tower capable of two-way signal communication between the multi sensor detection device and the monitoring equipment;

at least one modem for short and/or long range radio frequency communication between the multi sensor detection device and the monitoring equipment;

at least one internet connection capable of communication between the multi sensor detection device and the monitoring equipment;

whereupon a signal sent from a multi sensor detection device to a satellite; or to a cell phone tower; or through short and/or long range radio frequency; causes a signal to be sent to the monitoring equipment of, but not limited to, at least one of a cell phone, smart phone, PDA, or handheld device, followed by the transmitting of location data and sensor data.

78.    [new]    The multi-sensor detection system of claim 77, further includes a global positioning system (GPS) receiver adopted for communication with at least one satellite.

79.    [new]    The multi-sensor detection system of claim 77, capable of forming a wired or wireless sensor network.

80.    [new]    The multi-sensor detection system of claim 77, capable of forming a mesh network for redundancy.

81.    [new]    The multi-sensor detection system of claim 77, capable of transmitting identification data, location data, power source data, and sensor data.

82.    [new]    The multi-sensor detection system of claim 77, wherein the power source is electrical, battery, solar, or a combination thereof.

83.    [new]    The multi-sensor detection system of claim 77, capable of being embedded into; placed in, on, or adjacent to a product or area targeted for monitoring.

84.    [new]   The multi-sensor detection system of claim 77, capable of sending signals thereto and receiving signals therefrom to lock, disable a lock, enable a lock, or unlock a lock that is interconnected to the multi sensor detection device and monitoring equipment.

85.    [new]   The multi-sensor detection system of claim 77, capable of transmitting biometric and authentication data include, but is not limited to, fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

86.    [new]   The multi-sensor detection system of claim 77, interconnected with a camera to view the environment in real-time or to store the data for transmission and review at a later time.

87.    [new]   The multi-sensor detection system of claim 77, interconnected with a camera; light and video sensors to allow the user to view the environment from a cell phone, smart phone, PDA, handheld, laptop, desktop, workstation or monitoring site.

88.    [new]      A built-in, embedded multi sensor detection system for monitoring products with a plurality of interchangeable and integrable sensors detecting for chemical, biological, radiological, nuclear, explosive, human, contraband; camera, light and video sensors allow the user to access, review and respond to network multi sensor detection systems and view the environment from a cell phone, smart phone, PDA, handheld, laptop, desktop, workstation or monitoring site; sensors for motion, locks, perimeter, temperature, tampering and breach for the prevention of terrorist activity and theft, comprising at least one of;

       a built-in, embedded interchangeable or fixed detector case;

       a built-in, embedded interchangeable or fixed sensor array;

       a built-in, embedded central processing unit (CPU);

       a built-in, embedded power source of electric, solar or battery;

       a built-in, embedded plurality of indicator lights;

       a built-in, embedded automatic/mechanical lock disabler;

       a built-in, embedded biometric reader for authentication;

a built-in, embedded internet, global positioning (GPS), navigation component, tracking component, cellular component, satellite component, short and long range radio frequency component, RFID tag, RFID reader, Wi-Fi, antenna, Bluetooth, interface/gateway component.

89.    [new]    The built-in, embedded multi sensor detection system of claim 88 wherein the product is a maritime cargo container; truck tractor trailer; trailer.

90.    [new]    The built-in, embedded multi sensor detection system of claim 88 wherein the product is a mini storage building; warehouse; newspaper vending machine.

91.    [new]    The built-in, embedded multi sensor detection system of claim 88 wherein the product is a car, truck, bus, camper, train, ship, vessel, boat, plane, unmanned aerial vehicle, unmanned sea vehicle, unmanned ground vehicle.

92.    [new]    Multi sensor detection, stall-to-stop, lock disabling system wherein the security systems can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation: similarities in material composition of at least one of; steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole: similarities in security problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat, grouping security devices to form a network of ubiquitous sensing and detecting; comprising:

a multi sensor detection system with a plurality of interchangeable and integrable sensors detecting for chemical, biological, radiological, nuclear, explosive, human, contraband; camera, light and video sensors allow the user to access, review and respond to network multi sensor detection systems and view the environment from a cell phone, PDA, handheld, laptop, desktop, workstation or monitoring site;

a built-in, embedded multi sensor detection system for monitoring products with a plurality of interchangeable and integrable sensors detecting for chemical, biological, radiological, nuclear, explosive, human, contraband; camera, light and video sensors allow the user to access, review and respond to network multi sensor detection systems and view the environment from a cell phone, PDA, handheld, laptop, desktop, workstation or monitoring site; sensors for motion, locks, perimeter, temperature, tampering and breach for the prevention of terrorist activity and theft.

a cell phone; cell phone detection system with a plurality of interchangeable and integrable sensors detecting for chemical, biological, radiological, nuclear, explosive, contraband; camera, light and video sensors allow the user to access, review and respond to network cell phone detection systems and view the environment from a cell phone, PDA, handheld, laptop, desktop, workstation or monitoring site;

a stall-to-stop system with a stall to stop means and/or slowdown to idle means interconnected to a plurality of interchangeable and integrable sensors for speed, navigation, brakes, electrical, computer, air, fuel, motion, locks; camera, light and video sensors allow the user to access, review and respond to network stall-to-stop systems and view the environment from a cell phone, PDA, handheld, laptop, desktop, workstation or monitoring site;

an external automatic/mechanical lock disabler system with a plurality of interchangeable and integrable sensors detecting for chemical, biological, radiological, nuclear, explosive, contraband, perimeter, motion, tampering, temperature, breach; camera, light and video sensors allow the user to access, review and respond to network automatic/mechanical lock disabler systems and view the environment from a cell phone, PDA, handheld, laptop, desktop, workstation or monitoring site; capable of receiving and sending at least one signal of lock/unlock; wired or wireless; battery, solar or electrical; monitoring equipment and devices; communication equipment and devices; and/or biometrics to prevent entry or exit of unauthorized or untrained persons, thus locking any unauthorized or untrained persons, thief or terrorist inside any of the products listed in any of the product groupings categories; and

an internal automatic/mechanical lock disabler system with a plurality of interchangeable and integrable sensors detecting for chemical, biological, radiological, nuclear, explosive, contraband, human, perimeter, motion, tampering, temperature, breach; camera, light and video

sensors allow the user to access, review and respond to network internal automatic/mechanical lock disabler systems and view the environment from a cell phone, PDA, handheld, laptop, desktop, workstation or monitoring site; capable of receiving and sending at least one signal of lock/unlock; wired or wireless; battery, solar or electrical; monitoring equipment and devices; communication equipment and devices; and/or biometrics to prevent entry or exit of unauthorized or untrained persons, thus locking any unauthorized or untrained persons, thief or terrorist inside any of the products listed in any of the product groupings categories.

93.    [new]    The internal automatic/mechanical lock disabler system of claim 92 is interconnected to the multi sensor detection system.

94.    [new]    The internal automatic/mechanical lock disabler system of claim 92 is interconnected to the built-in multi sensor detection system.

95.    [new]    The internal automatic/mechanical lock disabler system of claim 92 is interconnected to the cell phone; cell phone detection system.

96.    [new]    The internal automatic/mechanical lock disabler system of claim 92 is interconnected to the stall-to-stop system.

97.    [new]    The internal automatic/mechanical lock disabler system of claim 92 is interconnected to the external automatic/mechanical lock disabler system.

98.    [new]    At least two of the security systems of claim 92; the multi sensor detection system; the built-in, embedded multi sensor detection system; the cell phone detection system; the stall-to-stop system; the external automatic/mechanical lock disabler system; the internal automatic/mechanical lock disabler system; the communication equipment, means and devices; the monitoring equipment, means and devices; operating independent of each other or interconnected with each other; capable of communicating therebetween; operating under at least one network and under at least one central control center.

25

Reissue of U.S. Patent No.: 7,636,033
Issue Date: December 22, 2009
Inventor: Larry Golden

**Applicant Remarks/Arguments:**

I.      A copy of the "Certificate of Correction", signed and sealed on the Sixth Day of July, 2010 by David J. Kappos; Director of the United States Patent and Trademark Office is enclosed: Below is the correction made to the original patent:

On the Title Page, below Item (65) please add: --(63) Related U.S. Application Data.

II.      A copy of the "Certificate of Correction", signed and sealed on the Thirteenth Day of April, 2010 by David J. Kappos; Director of the United States Patent and Trademark Office is enclosed: Below is the correction made to the original patent:

Title page, item [63] and Col. 1, line 5-10 insert the following:

This application is a continuation-in-part of U.S. Patent Application Serial No. 11 /397,118…….

III.    Claims 1, 2, 3, 4, 5, 6, 7, 8, and 10 have been amended from the original patent.

Claims 9, remains the same as the original patent.

Claims 11-98 are added as new.

IV.    Claims 1-10; are original claims of U.S. Patent No.: 7,636,033

V.      Claim 11; claim 13; & claims 15-21; are claims similar to claims submitted with the pending patent application no.: 12/657,356. The claims have cleared Licensing and Review (L&R) and were allowed by the Examiner on 11/04/2010.

VI.    Claim 22-30; are claims similar to claims submitted with the pending patent application no.: 12/802,001. The claims have cleared Licensing and Review (L&R) and were placed on the Examiner's docket on 10/24/2010.

VII.    Claims 34-37; claims 39-44; claims 48-53; claims 55-66; & claims 71-76; are claims similar to claims submitted with the pending patent application no.: 12/657,356. The claims have cleared Licensing and Review (L&R) and were allowed by the Examiner on 11/04/2010.

VIII.    Claims 88-98; are claims similar to claims submitted with the pending patent application no.: 12/802,001. The claims have cleared Licensing and Review (L&R) and were placed on the Examiner's docket on 10/24/2010.

IX.    Claims 12, 14, 31, 32, 33, 38, 45, 46, 47, 54, 67, 68, 69, 70; & claims 77-87; are claims submitted with this reissue patent application with subject matter that have been cleared by Licensing and Review (L&R); that was presented in the specifications, drawings, and claims of the U.S. Patent No.: 7,636,033. [All specifications (not to include claims) and drawings are the same]

X.    Pending application 12/657,356 and pending application 12/802,001 are in a pending abandonment status, awaiting the final decision of this reissue patent application.

Respectfully submitted

Applicant; Larry Golden
Customer No.: 96964

27