1  Matthew S. Warren (State Bar No. 230565)
2  Erika H. Warren (State Bar No. 295570)
   DeMarcus B.T. Williams (State Bar No. 329756)
3  26-831@cases.warrenllp.com
   WARREN LLP
4  2261 Market Street, No. 606
   San Francisco, California, 94114
5  +1 (415) 895-2940
   +1 (415) 895-2964 facsimile
6
   *Attorneys for Defendant Google LLC*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  LARRY GOLDEN,                    )  Case No. 3:26-cv-00831-JD
                                     )
11      Plaintiff,                   )
                                     )
12  v.                               )  **CERTIFICATE OF SERVICE**
                                     )
13  GOOGLE LLC                       )
                                     )
14      Defendant.                   )
                                     )
15  _____ )

1  I, DeMarcus B. T. Williams, declare under 28 U.S.C. § 1746:

2      I am an attorney at Warren LLP and admitted to practice before this Court and the State of

3  California.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.

4  On February 27, 2026, I served the following documents:

5      1.    Notice of Motion and Defendant Google LLC's Motion to Dismiss; and

6      2.    Declaration of DeMarcus B.T. Williams in Support of Defendant Google LLC's Motion

7  to Dismiss and Exhibits 1 to 7 thereto

8  on plaintiff Larry Golden by First Class Mail at the following address:

9      Larry Golden
    740 Woodruff Road, No. 1102
10     Greenville, South Carolina, 29607

11 by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody

12 of the United States Postal Service.  On the same day, I also sent a courtesy copy of these documents

13 by electronic mail to Mr. Golden at atpg-tech@charter.net.

14     I certify under penalty of perjury that the foregoing is true and correct.  Executed on February

15 27, 2026, at San Francisco, California.

16

17                                       DeMarcus B. T. Williams