

PRIORITY MAIL®

PRIORITY MAIL
FLAT RATE PADDED ENVELOPE
POSTAGE REQUIRED

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Larry Golden
740 Woodruff RD
#1102
Greenville, SC 29607

TO:
U.S. District Court for the
NDC - San Francisco
Case No: 26-0831
450 Golden Gate Ave,
San Francisco, CA 94102

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE

d Flat Rate Envelope
E May 2025
x 12.5

vided solely for use in sending Priority Mail® shipments. Misuses may be a violation of federal law.
025; All rights reserved.

PA



PRESS FIRMLY TO SEAL

how2recycle.info

PLASTIC BAG



# UNITED STATES
# POSTAL SERVICE

**UNITED STATES POSTAL SERVICE.**

Retail

**P**

US POSTAGE PAID

**$17.90**

Origin: 29606
03/09/26
4536250273-7

## PRIORITY MAIL®

2 Lb 0.80 Oz

**RDC 03**

EXPECTED DELIVERY DAY:   03/12/26

C004

SHIP TO:



450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS SIGNATURE® TRACKING #



9510 8103 7346 6068 9190 20



PS00001000016

This packaging is the property of the U.S. Postal Service® and is
This package is not for resale. EP14PE © U.S. Postal Service; M

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL



**UNITED STATES POSTAL SERVICE** ®

# PADDED FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000016

Padded Flat Rate Envelope
EP14PE May 2025
ID: 9.5 x 12.5

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, th

