Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B.T. Williams (State Bar No. 329756)
26-831@cases.warrenllp.com
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN, | Case No. 3:26-cv-00831-JD |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| GOOGLE LLC | |
| Defendant. | |

I, DeMarcus B. T. Williams, declare under 28 U.S.C. § 1746:

I am an attorney at Warren LLP and admitted to practice before this Court and the State of California.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  On March 20, 2026, I served the following document:

1.    Reply in Support of Defendant Google LLC's Motion to Dismiss.

on plaintiff Larry Golden by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.  On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 20, 2026, at San Francisco, California.

_____
DeMarcus B. T. Williams