UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN, | Case No.  26-cv-00831-JD |
| Plaintiff, | |
| v. | **ORDER VACATING APRIL 16, 2026 HEARING** |
| GOOGLE LLC, | |
| Defendant. | |

The hearing set for April 16, 2026 on Google's motion to dismiss, Dkt. No. 54, is vacated. The Court will take up Golden's request for a stay, Dkt. No. 33, and Google's motion to dismiss at the case management conference on April 30, 2026.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____
JAMES DONATO
United States District Judge