# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN

Plaintiff(s)

v.

GOOGLE LLC

Defendant(s)

CASE No C 3:26-cv-00831

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: April 9, 2026

Mishima Alam
_____
Party

Date: April 9, 2026

Matthew S. Warren
_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: April 9, 2026

_____
Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2026, I served the foregoing ADR Certification by Parties and Counsel on the plaintiff by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service.

On the same day, I also sent a courtesy copy of this document by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on April 9, 2026, at San Francisco, California.

_____
Kailey Fung