Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-831@cases.warrenllp.com

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN, | Case No. 3:26-cv-00831-JD |
| Plaintiff, | **DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1.    I am an attorney licensed to practice before this Court and the State of California.  I am a partner at Warren LLP, counsel for defendant Google LLC in this action.  My statements below are based on my personal knowledge and, if called as a witness, I would testify competently to them.

2.    Attached as Exhibit 1 is a true and correct copy of an email from plaintiff Larry Golden on June 4, 2026.

3.    Google will suffer substantial harm or prejudice if the Court does not extend the time as requested in this motion because it will not have adequate time to review Mr. Golden's second amended complaint and prepare a meaningful response.

4.    Google has sought an extension of time once before in this action, a 45-day extension to respond to Mr. Golden's original complaint.  The Court granted this request.

5.      Should the Court grant Google's request, it would not affect the schedule for this action, which is stayed pending resolution of Google's forthcoming motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 4, 2026, at San Francisco, California.

Matthew S. Warren

DECLARATION OF MATTHEW S. WARREN