# Exhibit 1



## RE: Golden v. Google LLC, No. 26-831 (N.D. California)

**atpg-tech@charter.net** <atpg-tech@charter.net>                    Thu, Jun 4, 2026 at 8:20 AM
To: Matt Warren <matt@warrenllp.com>
Cc: "Golden v. Google LLC" <26-831@cases.warrenllp.com>

I will not oppose

Larry

--------------------

From: "Matt Warren" <matt@warrenllp.com>
To: "Larry Golden" <atpg-tech@charter.net>
Cc: "Golden v. Google LLC" <26-831@cases.warrenllp.com>
Sent: June 4, 2026 at 9:04 AM MDT
Subject: Golden v. Google LLC, No. 26-831 (N.D. California)
Mr. Golden:

I hope you are doing well.  As you know, I represent defendant Google LLC in this matter.  Google plans to seek an extension of its time to respond to your second amended complaint through and including July 2, 2026, due to the new allegations in the complaint, which require additional time for Google to prepare its response.

Could you please let us know whether you agree to this extension of Google's time to respond to the second amended complaint?  Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren      matt@warrenllp.com      +1 (415) 895-2928