Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-831@cases.warrenllp.com

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | ) Case No. 3:26-cv-00831-JD<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **UNOPPOSED ADMINISTRATIVE**<br>) **MOTION FOR EXTENSION OF TIME**<br>) **TO RESPOND TO PLAINTIFF'S**<br>) **SECOND AMENDED COMPLAINT**<br>)<br>)<br>) |

For good cause shown, the time for defendant Google LLC to file and serve its response to plaintiff's second amended complaint is hereby extended to Thursday, July 2, 2026.

**IT IS SO ORDERED**.

Date: _____

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE