Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B.T. Williams (State Bar No. 329756)
26-831@cases.warrenllp.com
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN, | Case No. 3:26-cv-00831-JD |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| GOOGLE LLC | |
| Defendant. | |

I, Kailey Fung, declare under 28 U.S.C. § 1746:

On June 4, 2026, I served the following documents:

1.  Unopposed Administrative Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint;

2.  Declaration of Matthew S. Warren in Support of Unopposed Administrative Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint and Exhibit 1 thereto; and

3.  [Proposed] Order Granting Unopposed Administrative Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint.

on plaintiff Larry Golden by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody

of the United States Postal Service.  On the same day, I also sent a courtesy copy of these documents by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on June 4, 2026, at San Francisco, California.

Kailey Fung

CERTIFICATE OF SERVICE