Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B.T. Williams (State Bar No. 329756)
26-831@cases.warrenllp.com
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN, | Case No. 3:26-cv-00831-JD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE LLC | |
| Defendant. | |

I, Kailey Fung, declare under 28 U.S.C. § 1746:

On July 23, 2026, I served the Reply in Support of Motion to Dismiss Second Amended Complaint by Defendant Google LLC on plaintiff Larry Golden by First Class Mail at the following address:

Larry Golden
740 Woodruff Road, No. 1102
Greenville, South Carolina, 29607

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service. On the same day, I also sent a courtesy copy of these documents by electronic mail to Mr. Golden at atpg-tech@charter.net.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2026, at San Francisco, California.

_____
Kailey Fung