UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN,

        Plaintiff,

    v.

GOOGLE LLC,

        Defendant.

Case No. 26-cv-00831-JD

**ORDER RE AUGUST 6, 2026 HEARING**

The motion to dismiss, Dkt. No. 74, is submitted on the papers. Civil L.R. 7-1(b). The hearing set for August 6, 2026 is vacated.

**IT IS SO ORDERED.**

Dated: July 31, 2026

JAMES DONATO
United States District Judge