United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 26-cv-00831-JD

**ORDER RE MOTION FOR LEAVE TO FILE**

The request for leave to file a motion for default judgment and summary judgment, Dkt. No. 80, is denied.

**IT IS SO ORDERED.**

Dated: August 17, 2026

JAMES DONATO
United States District Judge